# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MARIA LUISA GARZA, INDIVIDUALLY | § | |
| AND | § | |
| OSCAR GARZA, SR., INDIVIDUALLY | § | |
| | § | CIVIL ACTION NO. 2:12cv00198 |
| VS. | § | |
| | § | JURY REQUESTED |
| WYETH, LLC f/k/a WYETH d/b/a | § | |
| WYETH INC., ET AL. | § | |

## APPENDIX TO
## MEMORANDUM OF LAW IN SUPPORT OF
## DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S
## MOTION FOR SUMMARY JUDGMENT

| Exhibit No. | Description of Document | Appendix Page Nos. |
|---|---|---|
| 1 | Transcript of Initial Conference, Dec. 21, 2012 | App. Pg. 1 |
| 2 | April 22, 2003 FDA approval letter for Reglan® | App. Pg. 29 |
| 3 | July 26, 2004 FDA approval letter for Reglan® | App. Pg. 31 |
| 4 | FDA-approved revised Reglan® label | App. Pg. 34 |
| 5 | Affidavit of Philip Erickson | App. Pg. 45 |
| |     Ex. A:  June 24, 2005 letter to FDA | App. Pg. 47 |
| |     Ex. B:  June 24, 2005 letter to FDA | App. Pg. 79 |
| |     Ex. C:  July 20, 2009 letter to FDA | App. Pg. 81 |
| |     Ex. D:  July 20, 2009 letter to FDA | App. Pg. 185 |
| |     Ex. E:  Excerpt from NDC Directory | App. Pg. 188 |
| 6 | June 30, 2009 FDA approval letter for Reglan® | App. Pg. 190 |
| 7 | FDA-approved revised Reglan® label | App. Pg. 194 |
| 8 | Regulatory event timeline | App. Pg. 230 |
| 9 | Plaintiff Maria Luisa Garza's pharmacy records | App. Pg. 231 |
| 10 | Summary chart of pharmacy records | App. Pg. 243 |
| 11 | Declaration of Michael A. Walsh | App. Pg. 244 |

Respectfully submitted,

/s/ Michael A. Walsh
Michael A. Walsh
Texas State Bar No. 00790146
SD Texas Bar No. 21846
**STRASBURGER & PRICE, LLP**
901 Main Street, Suite 4300

Dallas, TX  75202
Phone: 214-651-4300
Fax: 214-651-4330
E-mail:  michael.walsh@strasburger.com

Jonathan I. Price
**GOODWIN PROCTER LLP**
The New York Times Building
620 Eighth Avenue
New York, New York 10018
Phone: 212-813-8800
Fax: 212-355-3333
E-mail:  JPrice@goodwinprocter.com

Richard A. Oetheimer
**GOODWIN PROCTER LLP**
Exchange Place
53 State Street
Boston, MA 02109
Phone: 617-570-1000
Fax: 617-523-1231
E-mail:  ROetheimer@goodwinprocter.com

**ATTORNEYS FOR DEFENDANT TEVA
PHARMACEUTICALS USA, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2013, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic system.  Parties may access this filing through the Court's system.

*/s/  Michael A. Walsh*

# Exhibit 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION


| | | |
|---|---|---|
| MARY JACKSON, ET AL., | ) | CASE NO:  2:12-CV-196 |
| | ) | |
| Plaintiffs, | ) | CIVIL |
| | ) | |
| vs. | ) | Corpus Christi, Texas |
| | ) | |
| WYETH, LLC, ET AL., | ) | Friday, December 21, 2012 |
| | ) | |
| Defendants. | ) | (9:03 a.m. to 9:35 a.m.) |
| MARIA LUISA GARZA, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CASE NO:  2:12-CV-198 |
| | ) | |
| WYETH, LLC, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |


INITIAL CONFERENCE

BEFORE THE HONORABLE NELVA GONZALES RAMOS,
UNITED STATES DISTRICT JUDGE


Appearances:              See next page

Court Recorder:           Genay Rogan

Clerk:                    Brandy Cortez

Court Security Officer:   Adrian Perez

Transcribed by:           Exceptional Reporting Services, Inc.
                          P.O. Box 18668
                          Corpus Christi, TX 78480-8668
                          361 949-2988


Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

**APPEARANCES FOR 2:12-CV-196:**


Mary Jackson, et al.:        ROBERT BRZEZINSKI, ESQ.
                            J. THOMAS RHODES, III, ESQ.
                            Rhodes Law Firm
                            126 Villita St.
                            San Antonio, TX 78205


Wyeth and Pfizer:           MICHAEL R. KLATT, ESQ.
                            816 Congress Ave., Suite 1510
                            Austin, TX 78701


Schwarz Pharma:             QUINNCY N. MC NEAL, ESQ.
                            Mayer Brown
                            700 Louisiana St., Suite 3400
                            Houston, TX 77002


Teva Pharmaceuticals:       MICHAEL A. WALSH, ESQ.
                            Strasburger Price
                            901 Main, Suite 4300
                            Dallas, TX 75202


Generics Bidco, et al:      JORGE C. RANGEL, ESQ.
                            615 N. Upper Broadway, Suite 2020
                            Corpus Christi, TX 78401


**APPEARANCES FOR 2:12-CV-198**


Maria Garza, et al.:        J. THOMAS RHODES, III, ESQ.
                            Rhodes Law Firm
                            126 Villita St.
                            San Antonio, TX 78205


Wyeth and Pfizer:           MICHAEL R. KLATT, ESQ.
                            816 Congress Ave., Suite 1510
                            Austin, TX 78701


Schwartz Pharma:            QUINNCY N. MC NEAL, ESQ.
                            Mayer Brown
                            700 Louisiana St., Suite 3400
                            Houston, TX 77002


Teva Pharmaceuticals:       MICHAEL A. WALSH, ESQ.
                            Strasburger Price
                            901 Main, Suite 4300
                            Dallas, TX 75202

3

<u>APPEARANCES FOR 2:12-CV-198</u>    (Continued)


Watson Pharma, et al.:    REX A. LITTRELL, ESQ.
                          Ulmer Berne
                          88 E. Broad St., Suite 1600
                          Columbus, OH 43215

4

1    **Corpus Christi, Texas; Friday, December 21, 2012; 9:03 a.m.**

2                        **(Call to Order)**

3         **THE COURT:**  Court calls Cause Number C-12-196,

4    *Jackson, et al. versus Wyeth, et al.*

5         **MR. BRZEZINSKI:**  Good morning, your Honor.

6         **THE COURT:**  Good morning.

7         **MR. BRZEZINSKI:**  Robert Brzezinski and Tom Rhodes for

8    the plaintiff.

9         **THE COURT:**  Good morning.

10        **MR. WALSH:**  Judge, Mike Walsh for Defendant TEVA

11   Pharmaceuticals.

12        **MR. MCNEAL:**  Your Honor, Quincy McNeal for Defendant,

13   Schwarz Pharma.

14        **MR. LITTRELL:**  Your Honor, I'm Rex Littrell for the

15   PLIVA, Barr, and Watson defendants, but I am actually not in

16   *Jackson;* we're in *Garza.*

17        **THE COURT:**  Right.  Okay.  And I was going to try to

18   clean that up in a minute.

19        **MR. KLATT:**  Your Honor, Mike Klatt for Pfizer and

20   Wyeth in both the *Jackson* and the *Garza* cases.

21        **MR. RANGEL:**  Your Honor, Jorge Rangel for Defendant

22   Generics Bidco in *Jackson.*  We are not in *Garza.*

23        **THE COURT:**  You're -- okay.  Let me go ahead and call

24   the other case, too, and let's flesh out the parties and then

25   we can proceed.  So, then, C-12-198 is *Garza, et al. versus*

5

1  *Wyeth, et al*.  And I know there was a dismissal or a

2  stipulation dismissing some of the defendants on *Jackson* but

3  not *Garza*.

4          **MR. BRZEZINSKI:**  That's correct, your Honor.

5          **THE COURT:**  And I think those were Watson, Barr --

6          **MR. LITTRELL:**  Yes, your Honor.

7          **THE COURT:**  -- PLIVA, and Qualitest, which is really

8  you, Mr. Rangel, as Bid -- Bidco, right?

9          **MR. RANGEL:**  Yes, your Honor.

10         **THE COURT:**  So, you all are not in the *Jackson* case.

11         **MR. LITTRELL:**  Correct.

12         **THE COURT:**  And they're going to remain in the *Garza*

13  case for now, at least, or --

14         **MR. BRZEZINSKI:**  That's correct, your Honor.

15         **THE COURT:**  Okay.  Can we address these cases

16  together even though -- understanding that some parties are

17  involved in one and not the other?

18         **MR. BRZEZINSKI:**  That would be fine with us, your

19  Honor.

20         **THE COURT:**  Okay.

21         **MR. WALSH:**  And, your Honor, if I might add,

22  Mr. Littrell is -- will be arguing the pre-emption issues.  The

23  issues are the same in both cases, so, because he's probably

24  the most knowledgeable person --

25         **THE COURT:**  Okay.

**EXCEPTIONAL REPORTING SERVICES, INC**

6

1        **MR. WALSH:**  -- in the country on the issue, it would

2    make more sense for you to hear from him.

3        **THE COURT:**  All right.  And we're going to argue the

4    motions to dismiss.  Let me just, before we get there -- on the

5    scheduling order, obviously, the one that had been proposed is

6    not appropriate at this point.  So, let's proceed on the

7    argument on the motion to dismiss, and then we can address the

8    scheduling order.

9        **MR. LITTRELL:**  Good morning, your Honor.

10       **THE COURT:**  Good morning.

11       **MR. LITTRELL:**  Again, I'm Rex Littrell for PLIVA and

12   the Barr defendants and the Watson defendants.  I am not the

13   most knowledgeable person about pre-emption in the country, but

14   I'll take that as a little Christmas gift from Mr. Walsh.

15       We are here this morning on motions to dismiss filed

16   in both cases, and I would just argue for both of them because

17   the issues are the same.  Basically --

18       **THE COURT:**  And let me just be clear, though.  Then,

19   the motions to dismiss on *Jackson*, it's TEVA and Bidco, and on

20   *Garza* it's Barr and TEVA, correct?

21       **MR. LITTRELL:**  It's actually all of the defendants

22   have now joined the motion in *Garza*.

23       **THE COURT:**  Okay.

24       **MR. LITTRELL:**  It was originally filed by two, I

25   believe, and then everyone else joined.

**EXCEPTIONAL REPORTING SERVICES, INC**

7

1          **THE COURT:**  Okay.  You can proceed.

2          **MR. LITTRELL:**  Thank you, your Honor.

3          What the plaintiffs -- the issue before us this

4     morning is federal pre-emption, obviously, and the impact of

5     the United States Supreme Court in *Mensing versus PLIVA*.

6     Generally, what both plaintiffs have alleged in their

7     complaints is that they were injured as a result of the

8     ingestion of the medication metoclopramide, brand name Reglan;

9     the generic form is known as metoclopramide.  They've sued both

10    the manufacturers of the brand name drug and then, of course,

11    the generics, and they assert a number of causes of action for

12    negligence, strict liability, breach of implied warranties,

13    misrepresentation, suppression of evidence and fraud, and then

14    deceptive trade practices.

15          As the generic defendants have set forth in their

16    briefs, we believe all of those claims are pre-empted by

17    federal pre-emption under the Supreme Court's decision in

18    *Mensing*.  That case involved the same drugs, it involved the

19    same alleged injury, it involved most of the same parties, and

20    even some of the counsel are the same in both cases.  And it is

21    a decision that since its come out has been applied by courts

22    throughout the country to dismiss state law tort claims against

23    generic drugs manufacturers.  The second ground for the

24    generics' motion is that we believe the claims are also barred

25    under Section 82.007 of the Texas Civil Practice and Remedies

8

1    Code.  And I'll address both of those briefly.

2         *Mensing* we believe is the controlling decision

3    regarding personal injury cases against generic drug

4    manufacturers.  In *Mensing* the Supreme Court considered whether

5    state law tort claims against generic manufacturers are pre-

6    empted by federal law.  They considered that issue at the

7    motion to dismiss stage, and it found that the lawsuits had to

8    be dismissed because federal pre-emption did apply, and it

9    dismissed -- or ordered the lower courts to dismiss the

10   lawsuits in their entirety.  Those complaints in *Mensing*, which

11   actually were two cases, *Mensing* and another case called

12   Dimensi [sic] out of the -- *Demahy* out of the Fifth Circuit --

13   both also alleged the same claims that we see here, the same

14   wide range of state tort law claims.

15        And, again, what the Supreme Court really found was

16   that in the pharmaceutical context that all claims against drug

17   manufacturers really boil down to failure-to-warn claims.  That

18   underlying analysis in *Mensing* is consistent with what Texas

19   courts have held under Texas state law.  They have also held

20   that all claims, no matter how articulated, in a pharmaceutical

21   case really boil down to failure-to-warn claims; should the

22   labeling have provided some additional or different warning

23   than what it provided.

24        And while the *Mensing* decision was hotly disputed

25   amongst the justices -- it was a 5-4 decision -- the one thing

1   that all the justices agreed about was its broad impact.  The

2   majority said that they recognized the unfortunate hand that

3   they were dealing to people who took generic drugs, but they

4   felt they were forced to do so by the federal regulatory

5   scheme.  The dissenters also agreed in the dissent that the

6   impact of the decision was to stop litigation against generic

7   drug manufacturers, which, of course, they didn't want to

8   happen.  That's why they were in the dissent.

9           This decision has been applied by a number of judges

10  here in the Southern District of Texas.  We have provided your

11  Honor with the *Del Valle* decisions, which were both the

12  magistrate judge and the district judge decision; the *Farris*

13  (phonetic) decision, and the *Eckhardt* decision.  All discuss

14  *Mensing*, and a couple of those also discuss Section 82.007.

15  The claims also were recently revisited by the Fifth Circuit in

16  the *Demahy* case.  The case went back down after *Mensing* was

17  dismissed by the district court.  The plaintiff disputed that

18  dismissal, said that all claims should not have been dismissed.

19  That went back to the Fifth Circuit.  The Fifth Circuit again

20  found that all claims had to be dismissed.  That decision is

21  consistent with other circuit court decisions, federal circuit

22  courts, by the Sixth Circuit, the Eighth Circuit, and the Ninth

23  Circuit, and then all of the numerous other decisions that we

24  cited for your Honor is in the briefs.

25           So, looking at it in terms of this case and this

10

1  particular complaint, which I can tell your Honor is very

2  similar to the *Mensing* complaint in terms of its allegations,

3  the core of the plaintiffs' complaint is very clearly set

4  forth.  They say this case involves the drug companies

5  defendants' failure to warn doctors of -- and patients of

6  information within their knowledge or possession regarding

7  Reglan.  They also say that their injuries came about as a

8  foreseeable and proximate result of the drug company

9  defendants' dissemination of inaccurate, misleading, material

10 incomplete and false information.  And, then, finally they say

11 that the generic defendants failed to use reasonable care to

12 modify the package inserts for the drugs.  Those are exactly

13 the claims that were at issue in *Mensing* and that is why the

14 case is directly applicable.

15        As Judge Morgan said in *Del Valle*, this kitchen sink

16 approach does not obscure the fact that all of these claims are

17 based upon the purported failure of the generic drug defendants

18 to warn of the dangerous of the long-term use of the drug.

19 That's the same claims here.  As I indicated, that's consistent

20 with Texas law, which finds that all claims in the

21 pharmaceutical context were failure-to-warn claims; that was

22 most recently confirmed by the Texas Supreme Court in *Centocor,*

23 *Inc. versus Hamilton*.  That was a case dealing with the learned

24 intermediary doctrine, but again the Texas court -- Supreme

25 Court made clear that all of these claims are failure-to-warn

1    claims, and also the *Farris* decision and the *Eckhardt* decision

2    also, again, made clear that that's the case under Texas law.

3            So, in short, Texas defines all of these claims as

4    failure-to-warn claims, and *Mensing* says that all failure-to-

5    warn claims against generic drug defendants are pre-empted by

6    federal law, and that's why it applies here.

7            So, what we've seen in the briefing is some attempt

8    by plaintiffs to plead around *Mensing* or to attempt to assert

9    arguments around *Mensing*.  And they've raised some theories

10   that aren't in their Complaint but they've tried to raise in

11   their briefing.  There is a claim that the generic defendants

12   failed to communicate information to doctors.  It's clearly a

13   failure-to-warn claim, but it's just put a different way.  It's

14   also completely inconsistent with their allegations that are

15   actually in their complaint.  This argument is that we didn't

16   provide any information, they say in their briefs, to the

17   doctors.  And yet their complaint says that the doctors

18   prescribed the brand name drug, Reglan, that the defendants

19   provided information to doctors about Reglan, metoclopramide,

20   and that that information was somehow false or misleading or

21   otherwise inaccurate.  So, the whole failure-to-communicate

22   theory is completely inconsistent with the allegations in their

23   complaint, and for that reason the Court in Eckhardt dismissed

24   the theory finding that it's inconsistent with the complaint.

25           In the *Del Valle* case here out of the Southern

1    District, that theory was also discussed from a different point

2    of view.  And the judge there said that really that claim

3    remains a failure-to-warn claim because all communications with

4    doctors really are labeling.  I know that's an issue your Honor

5    recently addressed in a different context, not involving a

6    generic drug manufacturer, but it was -- it was one of the

7    bases for the high quoting in *Del Valle*.  And, so, what we've

8    provided to your Honor are a number of other court decisions

9    that also discuss and reject that failure-to- communicate

10   theory.

11          We also have asserted -- the plaintiffs have asserted

12   in their briefs what's sometimes referred to as a "failure-to-

13   update theory," the idea that certain generic manufacturers did

14   not update their label when changes were made to the brand name

15   drug, Reglan.

16          **THE COURT:**  And I think that's probably where most of

17   my questions are.

18          **MR. LITTRELL:**  Okay.  And that -- and that's fine.

19          **THE COURT:**  I mean, not that I have questions right

20   now, but that's probably --

21          **MR. LITTRELL:**  And that makes sense, your Honor.

22   What's interesting about it is, first of all, it's not in the

23   plaintiffs' complaint.  That's, again, an issue that we see.

24   It's not an allegation raised in their complaint, in their

25   amended complaints, including the amended complaint that was

13

1    recently filed.

2              **THE COURT:**  Well, let's assume that it's going to be.

3              **MR. LITTRELL:**  Okay.  Let's assume that.  Then the

4    issue becomes:  Who are they alleging it against?  In their

5    brief they are asserting it only against PLIVA, one of the

6    defendants, not against the other generic drug manufacturers.

7    It's interesting; obviously, TEVA has been dismissed from the

8    *Jackson* case because there was no product ID.  Actually, I

9    don't believe there is any product ID for PLIVA either in the

10   *Garza* case, but that's an issue that can be dealt with in a

11   different context, but the argument is raised against PLIVA.

12             So, what did the Supreme Court do with this failure-

13   to-update claim?  We know that the Supreme Court deals with

14   federal pre-emption issues all the time.  They deal with them

15   in all kinds of contexts; drug cases, medical device cases,

16   cigarette cases, labor cases.  And we also know that the

17   Supreme Court always goes out of its way to try to defer the

18   state law where it can.  In *Mensing*, this failure-to-update

19   issue was brought to the attention of the Supreme Court prior

20   to oral arguments when it was discovered that the labels didn't

21   match.  And yet neither the majority nor the dissent

22   articulated any sort of exception to federal pre-emption based

23   upon this failure-to-update theory.  And that's particularly

24   interesting with respect to the dissent, because the dissenters

25   were clearly highly incentivized to try to find exceptions to

14

1   the broad impact of *Mensing*.  In fact, in one point of the

2   dissent they went out of their way to talk about a different

3   form of generic drugs where a brand manufacturer sets up a

4   company that also makes a generic form of the drug.  And the

5   dissenters said:  That's not covered by this opinion.  So, they

6   were looking for exceptions.  I'm not saying the dissent was

7   correct about that distinction, but it demonstrates that they

8   were looking for examples of potential exceptions to the broad

9   impact.

10          **THE COURT:**  So, it wasn't addressed either way.

11          **MR. LITTRELL:**  That's correct.  And the question

12   becomes:  Why didn't they address it?  And I think that there

13   is a -- there is a reason for that.  I believe that all of the

14   justices on the Supreme Court recognize that this failure-to-

15   update issue is not an issue of state law; it's an issue of

16   federal law.  There is no requirement in Texas state law or any

17   other state law that says that a generic drug's package insert

18   has to match a brand name drug's package insert.  That

19   obligation arises solely from the Food, Drug, and Cosmetic Act,

20   the FDCA, a federal act.  But the FDCA expressly provides that

21   you cannot have private rights of actions for violations of the

22   FDCA.  And, in fact, the Supreme Court in the *Buckman* decision

23   that we cited for your Honor specifically held that.  They said

24   that the FDCA is clear that only the federal government can

25   bring a cause of action for alleged violations of the FDCA.

1          And, so, I believe that the reason the Supreme Court

2    didn't deal with this issue is they don't think it impacts

3    federal pre-emption.  They recognize that it is an issue of

4    federal law for which a private litigant cannot bring a cause

5    of action.

6          Many other courts have acknowledged that -- that

7    issue with regard to failure to update, and they have also

8    focused on another issue that arises in the context of these

9    complaints.  The plaintiffs allege in both of their complaints

10   that the brand name and generic metoclopramide labeling

11   remained inadequate through 2009.  They say that due to the

12   inadequate nature of the drugs, the FDA in 2009 took action to

13   insert a black box.  So, if you try to apply this failure-to-

14   update theory to PLIVA post-2004, which is what the theory is

15   in their briefs, the plaintiffs are really telling your Honor

16   that under Texas law PLIVA had a duty to provide an inadequate

17   warning, what they say is an inadequate warning, to users -- to

18   doctors and users of the drugs.  There is no such claim in

19   Texas.  There is no such claim in any state law.  And, in fact,

20   a number of courts have dismissed the failure-to-update theory

21   on that ground, that you can't say the label was inadequate

22   even after 2004 and at the same time claim that a drug company

23   had a duty to provide that inadequate warning to doctors.

24          So, the theory has been rejected.  It was, by the

25   way, as we set forth in the briefs, it was presented to both

1    the Sixth Circuit and the Eighth Circuit after *Mensing*.   In

2    fact, the Sixth Circuit had a trio of cases all under the

3    umbrella name of *Smith versus Wyeth* that were before the Sixth

4    Circuit when *Mensing* was decided, and before it issued its

5    decision the Sixth Circuit said:   We want briefing on this

6    issue; tell us that there are claims that survived *Mensing*.

7    The parties then submitted briefs.   They articulated -- the

8    plaintiffs articulated this argument and the Sixth Circuit

9    issued a decision still dismissing them.   The plaintiffs then

10   filed a petition for rehearing and a rehearing en banc where

11   again they argued this issue and basically told the Sixth

12   Circuit:   We think you missed this issue.   And the Sixth

13   Circuit for a second time issued an order saying:   Every judge

14   on the panel has looked at your brief and we agree that the

15   petition should be denied.   That's the Sixth Circuit.

16          The Fifth Circuit it's also been raised in post-

17   *Mensing* briefing in *Demahy* that the Fifth Circuit did not

18   accept that argument, and neither did -- I'm sorry.   I take

19   that back, your Honor.   That was the Eighth Circuit where it

20   was raised, not the Fifth Circuit.   The *Demahy* case didn't have

21   that allegation when it went back down to the Fifth Circuit.

22   But it has been addressed in a number of courts here in Texas

23   and in other district courts in the Fifth Circuit's area.   So

24   we believe that theory is also gone and that all of the claims

25   again eventually remain failure-to-warn claims.

17

1          The claims also then, the defendants contend, are

2    barred by 82.007.  That is a issue that was brought up by the

3    Courts in *Del Valle* and *Farris*.  That statute provides that you

4    can't have claims, pharmaceutical claims, against drugs in the

5    pharmaceutical context.  There are exceptions.  The Fifth

6    Circuit has addressed the exception that the plaintiffs allege

7    in their complaints here, which is basically a fraud on the FDA

8    claim.  The plaintiffs in their complaints expressly state that

9    82.007 should not be applied because the defendants made

10   misrepresentations to the FDA.  The Fifth Circuit found in the

11   *Lofton versus McNeil Consumer and Specialty Pharma* case that

12   came out this year that that fraud on the FDA exception is pre-

13   empted by federal law, that to proceed on that, that exception

14   to 82.007, you would have to show that the FDA actually found

15   that the defendant had committed fraud.  There is no

16   allegation, in fact, of that here; and, in fact, I could tell

17   you that's never happened against any of these manufacturers

18   for metoclopramide.  And this litigation has been going on a

19   long time.  I know there is a request for discovery on that.  I

20   think it's really just an attempt to kick the ball down the

21   field a little longer to try to drag things out, but there is

22   no such issue in this case.

23          So, unless your Honor has other questions about that

24   or any of the other claims, that really is the defendants'

25   position in a nutshell.

18

1          **THE COURT:**  All right.  Thank you.

2          **MR. LITTRELL:**  Thank you.

3          **MR. BRZEZINSKI:**  May I proceed, your Honor?

4          **THE COURT:**  Yes.

5          **MR. BRZEZINSKI:**  Robert Brzezinski for the

6    plaintiffs, your Honor.

7          Judge, there are courts out there, including courts

8    in the Fifth Circuit, that have declined to follow in lockstep

9    with the reasoning used in the opinions that Mr. Littrell

10   cites.  As far as one of the cases relied upon most heavily by

11   the defendants in their motions and their reply to our

12   response, namely, the *Demahy* case, we don't spend a lot of time

13   addressing *Demahy*, Judge, in our response, for one thing,

14   because page one of the Court's opinion in that case expressly

15   states that it's unpublished and it's not precedent.  We agree

16   that *Demahy* follows suit with the other courts who have ruled

17   that the plaintiffs' claims against generic manufacturers were

18   pre-empted.  However, even the *Demahy* court mentions that the

19   rulings of pre-emption have not been unanimous in favor of the

20   generic manufacturers.

21          And the *Demahy* court, in fact, cites to a case called

22   *Cooper versus Wyeth* as an exception to the decisions finding in

23   favor of the generic manufacturers in a broad sense.  The

24   *Cooper* court judge -- that was the district court in Louisiana,

25   Fifth Circuit district court -- that court held that the

19

1   plaintiff's claims that the generic manufacturers failed to

2   label their products with the FDA labels that were required of

3   the brand name manufacturers at that time would violate federal

4   law and likely state law as well.  I think Mr. Littrell

5   characterized it as a failure-to-update claim.  That's really

6   the crux of the *Cooper* opinion.

7          In that situation, the *Cooper* court reasoned that the

8   requirements of state law would co-extend with but would not

9   exceed the requirements of federal law, rendering impossibility

10  of pre-emption inapplicable.  And the Court further stated that

11  nothing in the *Mensing* decision forbids that result and then

12  referenced two other decisions, one from the Western District

13  of North Carolina, which is *Cook versus Wyeth*, and one from

14  South Carolina, *Fisher versus Pelstring*, both of which have

15  held that *Mensing's* impossibility analysis for pre-emption was

16  inapplicable to claims that generic manufacturers failed to

17  update their labels, and that's the Reglan label, mandated by

18  the FDA.  And, thus, the *Cooper* court ruled, Judge, that the

19  claim by the plaintiffs was not pre-empted in that sense and

20  that the generic motion -- generic defendants' motion to

21  dismiss on that ground was denied.

22         And, Judge, I disagree that we haven't pled this.

23  We've alleged in our pleadings in both of these cases that the

24  defendants disseminated inaccurate, misleading, materially

25  incomplete and/or inadequate information.  And we give as a

1    specific example the 2009 box warning mandated by the FDA.  And

2    we plead further that the plaintiff was not made aware or given

3    the benefit of these enhanced warnings.  And we'd submit that,

4    as with *Cooper* and the other cases holding similarly, the

5    *Mensing* pre-emption ruling is inapplicable to the claim by the

6    plaintiffs in the *Jackson* case and the *Garza* case regarding the

7    failure to update the defendants' labels in accordance with FDA

8    mandates.  And, therefore, their claims in that respect are not

9    pre-empted.

10          To the extent that the Court feels that these claims

11   are insufficiently pled, we would ask the Court under *Stover*

12   *versus Hattiesburg Public School*, which is 549 F.3d 985, to

13   find that the plaintiffs' argument in that respect be

14   considered a motion to amend under Federal Rules of Civil

15   Procedure 15(a) and to allow us to go plead the claims more

16   specifically.

17          The -- as far as the rest of the points raised by

18   Counsel, the other claims asserted by the plaintiff against the

19   generic defendants, in other words, the claims against the

20   generic manufacturers other than those for failing to update

21   their labels, Judge, I'm going to be totally candid with you

22   and say that unless you want to take the novel approach of

23   ruling in contravention of many of the decisions issued since

24   *Mensing*, defense counsel is probably correct on the pre-emption

25   in that sense.  But that still leaves the issue of the failure

1   of these generic manufacturers to update their labels, and I'd

2   urge you under *Cooper* and the logic used in *Cook* and *Fisher* to

3   find that the claims of Mrs. Garza and Mrs. Jackson are not

4   pre-empted in respect to the failure to update, and to deny

5   these defendants' motions to dismiss on that point.

6          **THE COURT:**  All right.  Thank you.

7          **MR. BRZEZINSKI:**  Thank you, Judge.

8          **THE COURT:**  Anything further?

9          **MR. LITTRELL:**  No, your Honor.

10         **THE COURT:**  I'm not going to rule today because I

11   want to look at the issue a little further, but if, in fact,

12   their pleading is not sufficient, I'm going to allow them to

13   amend, so -- okay.  Nothing further on that.

14         I don't know if you all want to wait to address a

15   trial until after there is a decision on this or if you want to

16   go ahead and at least get a trial date.

17         **MR. BRZEZINSKI:**  Judge, we'd prefer to get a trial

18   date.

19         **THE COURT:**  Probably better.

20         **MR. LITTRELL:**  Your Honor, I think it would be the

21   generic's position that we would prefer to wait until after

22   your Honor ruled and then we'd know what claims were left and

23   know -- have a better idea of what time period we need to

24   address any claims that might remain.  But at the same time, we

25   can deal with a schedule if that's how your Honor would like to

22

1    proceed.

2          **MR. BRZEZINSKI:**  I don't know what the Court's trial

3    schedule is, but, you know, depending on how far out we're

4    looking, I think it can be accommodated either way.

5          **THE COURT:**  Yeah; and how much time generally do you

6    all think you all might need before you are ready for trial, or

7    when are you looking at trial?

8          **MR. LITTRELL:**  Your Honor, the defendants were

9    playing with some dates amongst ourselves, when we were looking

10   at staggering both of the cases, looking at trial dates maybe

11   in March and April of 2014.  Usually we need a -- to gather

12   medical records and then follow up from there, we usually need

13   about a year, and then we need some time for briefing.

14         **THE COURT:**  Okay.

15         **MR. KLATT:**  Your Honor, could I address one issue

16   that I think --

17         **THE COURT:**  Yes.

18         **MR. KLATT:**  -- hasn't been discussed yet?  Mr. McNeal

19   and I represent the brand name manufacturers.

20         **THE COURT:**  Uh-huh.

21         **MR. KLATT:**  We're not affected by the --

22         **THE COURT:**  Right.

23         **MR. KLATT:**  -- *Mensing* pre-emption decision or the

24   motion to dismiss, but what -- what does govern us is the line

25   of cases generally called the "*Foster*" cases, which basically

23

1    say that if your product wasn't involved in the case, then you

2    get out.   Ten Texas courts, including three federal courts in

3    the Southern District, have granted summary judgment within the

4    last five months on that.

5            One of those cases, the *Del Valle* case, is now on

6    appeal in the Fifth Circuit, which insofar as the brand

7    manufacturers are concerned *Del Valle* will be -- whatever the

8    Fifth Circuit does there will be dispositive as to the brand

9    manufacturers.   We expect the Fifth Circuit, if they follow

10   their normal course, to rule probably this coming summer on *Del*

11   *Valle*.   The appellants have submitted their brief.   The

12   defendants submit their brief the first week in January.   Oral

13   argument will follow, and then the Fifth Circuit, presumably,

14   will render their decision.   And whatever the Fifth Circuit

15   decides, if -- if they affirm the summary judgments from the

16   other judges in the Southern District, then, obviously, we

17   would just file the same motion tracking that decision.   If

18   they deny it, then the case at that point would be appropriate

19   to proceed against us, but what we would request is that we

20   hold off until we see exactly what the Court does so we --

21   neither side has to engage in any briefing when we really don't

22   know what the Fifth Circuit is going to do.

23            **THE COURT:**  Right.   Mr. Brzezinski or Mr. Rhodes?

24            **MR. RHODES:**  Your Honor, with respect to the

25   scheduling issue, I think a year is plenty of time to get this

24

1   case ready, and I would respectfully suggest that we shouldn't

2   be put on hold until the Fifth Circuit comes out.  If the Fifth

3   Circuit goes the way they want it to go, then, you know, all

4   they've done is do a little extra work and then they -- they

5   walk away from it.  If the Fifth Circuit doesn't go that way, I

6   don't want to have wasted six months on waiting on some opinion

7   to come out.  So, I think that if we -- if we engage in

8   meaningful discovery, we can -- we can get this case ready by

9   November or December of next year fairly easily.

10          **THE COURT:**  And, really, you all aren't that far --

11  March of '14 to the summer of, you know, '13 is not that far

12  apart.

13          **MR. KLATT:**  I think the whole point, your Honor, is

14  we don't want to have to walk away from work that we didn't

15  need to do.  The case was in --

16          **THE COURT:**  Um -- yeah.

17          **MR. KLATT:**  The case was in state court for a year

18  and the plaintiffs took no action whatsoever.  So, what we'd

19  simply ask is that -- you know, we'll proceed -- we'll be ready

20  to proceed as soon as the Fifth Circuit rules one way or the

21  other.

22          **THE COURT:**  I'm not inclined to wait on that.

23          **MR. KLATT:**  And if the Court would rather, we can

24  file a formal motion to stay laying out in more detail our

25  arguments.

**EXCEPTIONAL REPORTING SERVICES, INC**

25

1          **THE COURT:**  You can do that if you'd like.  I just --
2     I think we need to go ahead and just set a trial date on this.
3          **MR. RHODES:**  Well, Judge, you know, we could split
4     the difference and do it, like, in January.
5          **THE COURT:**  I know.  We can see what we have.
6          Brandy?
7          **THE CLERK:**  January 13th, 2014.
8          **MR. RHODES:**  That works for us.
9          **MR. BRZEZINSKI:**  Fine with us.  If the world is still
10    here, Judge.
11         **(Laughter)**
12         **MR. LITTRELL:**  I think we're safe on that regard.  I
13    think (indiscernible) in other parts of the world really are
14    who is (indiscernible).
15         **THE COURT:**  Well, isn't today a significant day --
16         **MR. LITTRELL:**  Yes.
17         **THE COURT:**  -- in the Mayan calendar?
18         **(Laughter)**
19         Any -- okay.  We'll go ahead and set a trial date and
20    we'll see where we are.  And, you know, I probably -- it will
21    probably be into mid to late January before I have a ruling on
22    your motion to dismiss; hopefully, mid January.
23         **MR. KLATT:**  Your Honor, would you -- would you like
24    for the brand name defendants to go ahead and file a motion for
25    summary judgment that tracks the issues that are pending in

26

1  front of the Fifth Circuit, or would you like us to hold off

2  until the Fifth Circuit rules?

3          **THE COURT:**  You can probably wait on it, because

4  that's probably what I'm going to do, refile it, so --

5          **MR. KLATT:**  Okay.  In other -- I'm sorry, your Honor.

6  You would wait until the Fifth Circuit rules to see --

7          **THE COURT:**  Yeah; you --

8          **MR. KLATT:**  Okay.  We'll --

9          **THE COURT:**  No, you don't have to file it right now.

10          **MR. KLATT:**  Okay.

11          **THE COURT:**  That way it doesn't start my time period

12  running on my motions pending.

13      **(Laughter)**

14          So, anything else to address this morning?

15          **MR. LITTRELL:**  Your Honor, are you considering trying

16  the cases together, or would you like to have staggered trial

17  dates for the two cases?

18          **THE COURT:**  You all were recommending staggered trial

19  dates.

20          **MR. LITTRELL:**  Yes.

21          **THE COURT:**  Anything from the plaintiffs on that?

22          **MR. BRZEZINSKI:**  Judge, I think the issues are so

23  similar that they ought to be tried together.

24          **MR. RHODES:**  The only --

25          **THE COURT:**  Is there a reason not to try them

**EXCEPTIONAL REPORTING SERVICES, INC**

27

1  together?  Just because I imagine it will take some time.

2          **MR. KLATT:**  There is a line of cases, your Honor,

3  that say generally cases of these nature, which involve

4  completely separate issues, of completely separate medical

5  histories, medical facts, generally should not be tried

6  together.  But, obviously, we hadn't briefed that at this

7  point.

8          **THE COURT:**  Okay.  Well, maybe you all can look into

9  that.

10         **MR. WALSH:**  Yes, Judge.  What I would add is perhaps

11  this is premature for that issue.  Maybe once we get through

12  the discovery phase we would know better how to address it.

13         **THE COURT:**  Okay.  Well, this date will be for both

14  cases, and we can address that issue as we go along.  How about

15  that?

16         **MR. RHODES:**  Thank you, your Honor.

17         **THE COURT:**  Anything else for this morning?

18  Plaintiff?  Defense?

19         **MR. SPEAKER:**  Nothing from us.

20         **MR. LITTRELL:**  No, your Honor.

21         **MR. SPEAKER:**  No, your Honor.

22         **THE COURT:**  All right.  Thank you.

23         **MR. LITTRELL:**  Thank you.

24         **MR. SPEAKER:**  Thank you.  Happy holidays, Judge.

25         **THE COURT:**  Thank you.  You all, too.

**EXCEPTIONAL REPORTING SERVICES, INC**

**MR. SPEAKER:**  Thanks, Judge.

(This proceeding was adjourned at 9:35 a.m.)


<u>CERTIFICATION</u>


I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.


_____                    <u>January 7, 2013</u>

           Signed                                                          Dated


*TONI HUDSON, TRANSCRIBER*

# Exhibit 2



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
Rockville, MD  20857

NDA 17-854/S-040

Schwartz Pharma, Inc.
Attention: Donna K. Multhauf, Director
Regulatory Affairs and Quality Assurance
6140 W. Executive Drive
Mequon, WI 53092

Dear Ms. Multhauf:

Please refer to your supplemental new drug application dated August 25, 2000, received August 28, 2000, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for Reglan® (metoclopromide, USP) Tablets, 5 mg and 10 mg.

Your submission of October 22, 2002, constituted a complete response to our February 28, 2001, action letter.

This supplemental new drug application provides for the addition of a **Geriatric Use** subsection to the **PRECAUTIONS** section of the package insert and deletes information relating to Reglan® Syrup and Reglan® Injectable products.

We completed our review of this supplemental new drug application, as amended.  It is approved, effective on the date of this letter, for use as recommended in the final printed labeling (FPL) submitted on October 22, 2002.

If you issue a letter communicating important information about this drug product (i.e., a "Dear Health Care Professional" letter), we request that you submit a copy of the letter to this NDA and a copy to the following address:

> MEDWATCH, HF-2
> FDA
> 5600 Fishers Lane
> Rockville, MD  20857

We remind you that you must comply with the requirements for an approved NDA set forth under 21 CFR 314.80 and 314.81.

If you have any questions, call Susan Daugherty, Consumer Safety Officer, at (301) 827-7475.

Sincerely,

{See appended electronic signature page}

Robert L. Justice, M.D., M.S.
Director
Division of Gastrointestinal and
 Coagulation Drug Products
Office of Drug Evaluation III
Center for Drug Evaluation and Research

---

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

```
 /s/
--------------------
Joyce Korvick
4/22/03 01:47:42 PM
for Dr. Robert Justice
```

Exhibit 3



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Public Health Service

Food and Drug Administration
Rockville, MD  20857

NDA 17-854/S-047                                                   **CBE-0 SUPPLEMENT**

Schwartz Pharma, Inc.
Attention: Donna K. Multhauf, Director
Regulatory Affairs and Quality Assurance
6140 W. Executive Drive
Mequon, WI 53092

Dear Ms. Multhauf:

Please refer to your supplemental new drug application dated February 24, 2004, received
February 24, 2004, submitted under section 505(b) of the Federal Food, Drug, and Cosmetic Act for
Reglan® (metoclopramide, USP) Tablets, 5 mg and 10 mg.

This "Changes Being Effected" supplemental new drug application provides for revisions to the
**PRECAUTIONS**, **INDICATIONS AND USAGE**, and **DOSAGE AND ADMINISTRATION**
sections of the package insert.

We completed our review of this application and it is approved, effective on the date of this letter, for
use as recommended in the agreed-upon labeling text.

The final printed labeling (FPL) must be identical to the enclosed labeling (text for the package insert).

Please submit the FPL electronically according to the guidance for industry titled Providing Regulatory
Submissions in Electronic Format – NDA.  Alternatively, you may submit 20 paper copies of the FPL
as soon as it is available, in no case more than 30 days after it is printed.  Please individually mount 15
of the copies on heavy-weight paper or similar material. For administrative purposes, this submission
should be designated "FPL for approved supplement NDA 17-854/S-047."  Approval of this
submission by FDA is not required before the labeling is used.

If you issue a letter communicating important information about this drug product (i.e., a "Dear Health
Care Professional" letter), we request that you submit a copy of the letter to this NDA and a copy to
the following address:

> MEDWATCH, HFD-410
> FDA
> 5600 Fishers Lane
> Rockville, MD  20857

Please submit one market package of the drug product when it is available.

NDA 17-854/S-047
Page 2

We remind you that you must comply with reporting requirements for an approved NDA (21 CFR 314.80 and 314.81).

If you have any questions, call Susan Daugherty, Regulatory Project Manager, at (301) 827-7456.

Sincerely,

*{See appended electronic signature page}*

Robert L. Justice, M.D., M.S.
Director
Division of Gastrointestinal and
 Coagulation Drug Products
Office of Drug Evaluation III
Center for Drug Evaluation and Research

Enclosure: Labeling

---

**This is a representation of an electronic record that was signed electronically and this page is the manifestation of the electronic signature.**

---

```
 /s/
--------------------
Joyce Korvick
7/26/04 05:15:47 PM
for Dr. Robert Justice
```

Exhibit 4

NDA 17-854/S-047
Page 3

**reglan® tablets**
(metoclopramide tablets, USP)
PC4445D  Rev. 02/04
Rx only

## DESCRIPTION

For oral administration, reglan® tablets (metoclopramide tablets, USP) 10 mg are white, scored, capsule-shaped tablets engraved REGLAN on one side and SP 10 on the opposite side.

Each tablet contains:
Metoclopramide base ........................................................................................................... 10 mg
(as the monohydrochloride monohydrate)

**Inactive Ingredients**
Magnesium Stearate, Mannitol, Microcrystalline Cellulose, Stearic Acid.

reglan® tablets (metoclopramide tablets, USP) 5 mg are green, elliptical-shaped tablets engraved REGLAN 5 on one side and SP on the opposite side.

Each tablet contains:
Metoclopramide base ........................................................................................................... 5 mg
(as the monohydrochloride monohydrate)

**Inactive Ingredients**
Corn starch, D&C Yellow 10 Aluminum Lake, FD&C Blue 1 Aluminum Lake, Lactose, Microcrystalline Cellulose, Silicon Dioxide, Stearic Acid.

Metoclopramide hydrochloride is a white crystalline, odorless substance, freely soluble in water. Chemically, it is 4-amino-5-chloro-N-[2-(diethylamino)ethyl]-2-methoxy benzamide monohydrochloride monohydrate. Its molecular formula is $C_{14}H_{22}ClN_3O_2 \cdot HCl \cdot H_2O$. Its molecular weight is 354.3.



## CLINICAL PHARMACOLOGY

Metoclopramide stimulates motility of the upper gastrointestinal tract without stimulating gastric, biliary, or pancreatic secretions. Its mode of action is unclear. It seems to sensitize tissues to the action of acetylcholine. The effect of metoclopramide on motility is not dependent on intact vagal innervation, but it can be abolished by anticholinergic drugs.

NDA 17-854/S-047
Page 4

Metoclopramide increases the tone and amplitude of gastric (especially antral) contractions, relaxes the pyloric sphincter and the duodenal bulb, and increases peristalsis of the duodenum and jejunum resulting in accelerated gastric emptying and intestinal transit. It increases the resting tone of the lower esophageal sphincter. It has little, if any, effect on the motility of the colon or gallbladder.

In patients with gastroesophageal reflux and low LESP (lower esophageal sphincter pressure), single oral doses of metoclopramide produce dose-related increases in LESP. Effects begin at about 5 mg and increase through 20 mg (the largest dose tested). The increase in LESP from a 5 mg dose lasts about 45 minutes and that of 20 mg lasts between 2 and 3 hours. Increased rate of stomach emptying has been observed with single oral doses of 10 mg.

The antiemetic properties of metoclopramide appear to be a result of its antagonism of central and peripheral dopamine receptors. Dopamine produces nausea and vomiting by stimulation of the medullary chemoreceptor trigger zone (CTZ), and metoclopramide blocks stimulation of the CTZ by agents like l-dopa or apomorphine which are known to increase dopamine levels or to possess dopamine-like effects. Metoclopramide also abolishes the slowing of gastric emptying caused by apomorphine.

Like the phenothiazines and related drugs, which are also dopamine antagonists, metoclopramide produces sedation and may produce extrapyramidal reactions, although these are comparatively rare (see **WARNINGS).** Metoclopramide inhibits the central and peripheral effects of apomorphine, induces release of prolactin and causes a transient increase in circulating aldosterone levels, which may be associated with transient fluid retention.

The onset of pharmacological action of metoclopramide is 1 to 3 minutes following an intravenous dose, 10 to 15 minutes following intramuscular administration, and 30 to 60 minutes following an oral dose; pharmacological effects persist for 1 to 2 hours.

### Pharmacokinetics
Metoclopramide is rapidly and well absorbed. Relative to an intravenous dose of 20 mg, the absolute oral bioavailability of metoclopramide is $80\% \pm 15.5\%$ as demonstrated in a crossover study of 18 subjects. Peak plasma concentrations occur at about 1 to 2 hr after a single oral dose. Similar time to peak is observed after individual doses at steady state.

In a single dose study of 12 subjects, the area under the drug concentration-time curve increases linearly with doses from 20 to 100 mg. Peak concentrations increase linearly with dose; time to peak concentrations remains the same; whole body clearance is unchanged; and the elimination rate remains the same. The average elimination half-life in individuals with normal renal function is 5 to 6 hr. Linear kinetic processes adequately describe the absorption and elimination of metoclopramide.

Approximately 85% of the radioactivity of an orally administered dose appears in the urine within 72 hr. Of the 85% eliminated in the urine, about half is present as free or conjugated metoclopramide.

The drug is not extensively bound to plasma proteins (about 30%). The whole body volume of distribution is high (about 3.5 L/kg) which suggests extensive distribution of drug to the tissues.

NDA 17-854/S-047
Page 5

Renal impairment affects the clearance of metoclopramide. In a study with patients with varying degrees of renal impairment, a reduction in creatinine clearance was correlated with a reduction in plasma clearance, renal clearance, non-renal clearance, and increase in elimination half-life. The kinetics of metoclopramide in the presence of renal impairment remained linear however. The reduction in clearance as a result of renal impairment suggests that adjustment downward of maintenance dosage should be done to avoid drug accumulation.

| Adult Pharmacokinetic Data | |
| --- | --- |
| Parameter | Value |
| Vd (L/kg) | ~ 3.5 |
| Plasma Protein Binding | ~ 30% |
| $t_{1/2}$ (hr) | 5 to 6 |
| Oral Bioavailability | 80%±15.5% |

In pediatric patients, the pharmacodynamics of metoclopramide following oral and intravenous administration are highly variable and a concentration-effect relationship has not been established.

There are insufficient reliable data to conclude whether the pharmacokinetics of metoclopramide in adults and the pediatric population are similar. Although there are insufficient data to support the efficacy of metoclopramide in pediatric patients with symptomatic gastroesophageal reflux (GER) or cancer chemotherapy-related nausea and vomiting, its pharmacokinetics have been studied in these patient populations.

In an open-label study, six pediatric patients (age range, 3.5 weeks to 5.4 months) with GER received metoclopramide 0.15 mg/kg oral solution every 6 hours for 10 doses. The mean peak plasma concentration of metoclopramide after the tenth dose was 2-fold (56.8 µg/L) higher compared to that observed after the first dose (29 µg/L) indicating drug accumulation with repeated dosing. After the tenth dose, the mean time to reach peak concentrations (2.2 hr), half-life (4.1 hr), clearance (0.67 L/h/kg), and volume of distribution (4.4 L/kg) of metoclopramide were similar to those observed after the first dose. In the youngest patient (age, 3.5 weeks), metoclopramide half-life after the first and the tenth dose (23.1 and 10.3 hr, respectively) was significantly longer compared to other infants due to reduced clearance.  This may be attributed to immature hepatic and renal systems at birth.

Single intravenous doses of metoclopramide 0.22 to 0.46 mg/kg (mean, 0.35 mg/kg) were administered over 5 minutes to 9 pediatric cancer patients receiving chemotherapy (mean age, 11.7 years; range, 7 to 14 yr) for prophylaxis of cytotoxic-induced vomiting. The metoclopramide plasma concentrations extrapolated to time zero ranged from 65 to 395 µg/L (mean, 152 µg/L). The mean elimination half-life, clearance, and volume of distribution of metoclopramide were 4.4 hr (range, 1.7 to 8.3 hr), 0.56 L/h/kg (range, 0.12 to 1.20 L/h/kg), and 3.0 L/kg (range, 1.0 to 4.8 L/kg), respectively.

In another study, nine pediatric cancer patients (age range, 1 to 9 yr) received 4 to 5 intravenous infusions (over 30 minutes) of metoclopramide at a dose of 2 mg/kg to control emesis. After the last dose, the peak serum concentrations of metoclopramide ranged from 1060 to 5680 µg/L. The mean elimination half-life, clearance, and volume of distribution of metoclopramide were 4.5 hr (range, 2.0 to 12.5 hr), 0.37 L/h/kg (range, 0.10 to 1.24 L/h/kg), and 1.93 L/kg (range, 0.95 to 5.50 L/kg), respectively.

NDA 17-854/S-047
Page 6

## INDICATIONS AND USAGE

**The use of reglan® tablets is recommended for adults only. Therapy should not exceed 12 weeks in duration.**

### Symptomatic Gastroesophageal Reflux

reglan® tablets are indicated as short-term (4 to 12 weeks) therapy for adults with symptomatic, documented gastroesophageal reflux who fail to respond to conventional therapy.

The principal effect of metoclopramide is on symptoms of postprandial and daytime heartburn with less observed effect on nocturnal symptoms. If symptoms are confined to particular situations, such as following the evening meal, use of metoclopramide as single doses prior to the provocative situation should be considered, rather than using the drug throughout the day. Healing of esophageal ulcers and erosions has been endoscopically demonstrated at the end of a 12-week trial using doses of 15 mg q.i.d.  As there is no documented correlation between symptoms and healing of esophageal lesions, patients with documented lesions should be monitored endoscopically.

### Diabetic Gastroparesis (Diabetic Gastric Stasis)

reglan® tablets (metoclopramide tablets, USP) is indicated for the relief of symptoms associated with acute and recurrent diabetic gastric stasis. The usual manifestations of delayed gastric emptying (e.g., nausea, vomiting, heartburn, persistent fullness after meals, and anorexia) appear to respond to reglan® within different time intervals. Significant relief of nausea occurs early and continues to improve over a three-week period. Relief of vomiting and anorexia may precede the relief of abdominal fullness by one week or more.

## CONTRAINDICATIONS

Metoclopramide should not be used whenever stimulation of gastrointestinal motility might be dangerous, e.g., in the presence of gastrointestinal hemorrhage, mechanical obstruction, or perforation.

Metoclopramide is contraindicated in patients with pheochromocytoma because the drug may cause a hypertensive crisis, probably due to release of catecholamines from the tumor. Such hypertensive crises may be controlled by phentolamine.

Metoclopramide is contraindicated in patients with known sensitivity or intolerance to the drug.

Metoclopramide should not be used in epileptics or patients receiving other drugs which are likely to cause extrapyramidal reactions, since the frequency and severity of seizures or extrapyramidal reactions may be increased.

## WARNINGS

Mental depression has occurred in patients with and without prior history of depression. Symptoms have ranged from mild to severe and have included suicidal ideation and suicide. Metoclopramide should be given to patients with a prior history of depression only if the expected benefits outweigh the potential risks.

NDA 17-854/S-047
Page 7

Extrapyramidal symptoms, manifested primarily as acute dystonic reactions, occur in approximately 1 in 500 patients treated with the usual adult dosages of 30 to 40 mg/day of metoclopramide. These usually are seen during the first 24 to 48 hours of treatment with metoclopramide, occur more frequently in pediatric patients and adult patients less than 30 years of age and are even more frequent at higher doses. These symptoms may include involuntary movements of limbs and facial grimacing, torticollis, oculogyric crisis, rhythmic protrusion of tongue, bulbar type of speech, trismus, or dystonic reactions resembling tetanus. Rarely, dystonic reactions may present as stridor and dyspnea, possibly due to laryngospasm. If these symptoms should occur, inject 50 mg diphenhydramine hydrochloride intramuscularly, and they usually will subside. Benztropine mesylate, 1 to 2 mg intramuscularly, may also be used to reverse these reactions.

Parkinsonian-like symptoms have occurred, more commonly within the first 6 months after beginning treatment with metoclopramide, but occasionally after longer periods. These symptoms generally subside within 2 to 3 months following discontinuance of metoclopramide. Patients with preexisting Parkinson's disease should be given metoclopramide cautiously, if at all, since such patients may experience exacerbation of parkinsonian symptoms when taking metoclopramide.

**Tardive Dyskinesia**
Tardive dyskinesia, a syndrome consisting of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with metoclopramide. Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to predict which patients are likely to develop the syndrome. Both the risk of developing the syndrome and the likelihood that it will become irreversible are believed to increase with the duration of treatment and the total cumulative dose.

Less commonly, the syndrome can develop after relatively brief treatment periods at low doses; in these cases, symptoms appear more likely to be reversible.

There is no known treatment for established cases of tardive dyskinesia although the syndrome may remit, partially or completely, within several weeks-to-months after metoclopramide is withdrawn. Metoclopramide itself, however, may suppress (or partially suppress) the signs of tardive dyskinesia, thereby masking the underlying disease process. The effect of this symptomatic suppression upon the long-term course of the syndrome is unknown. Therefore, the use of metoclopramide for the symptomatic control of tardive dyskinesia is not recommended.

**Neuroleptic Malignant Syndrome (NMS)**
There have been rare reports of an uncommon but potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) associated with metoclopramide. Clinical manifestations of NMS include hyperthermia, muscle rigidity, altered consciousness, and evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis and cardiac arrhythmias).

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to identify cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, malignant hyperthermia, drug fever and primary central nervous system (CNS) pathology.

The management of NMS should include 1) immediate discontinuation of metoclopramide and other drugs not essential to concurrent therapy, 2) intensive symptomatic treatment and medical monitoring, and 3) treatment of any concomitant serious medical problems for which specific treatments are available. Bromocriptine and dantrolene sodium have been used in treatment of NMS, but their effectiveness have not been established (see **ADVERSE REACTIONS)**.

## PRECAUTIONS
### General

In one study in hypertensive patients, intravenously administered metoclopramide was shown to release catecholamines; hence, caution should be exercised when metoclopramide is used in patients with hypertension.

Because metoclopramide produces a transient increase in plasma aldosterone, certain patients, especially those with cirrhosis or congestive heart failure, may be at risk of developing fluid retention and volume overload. If these side effects occur at any time during metoclopramide therapy, the drug should be discontinued.

Adverse reactions, especially those involving the nervous system, may occur after stopping the use of reglan®. A small number of patients may experience a withdrawal period after stopping reglan® that could include dizziness, nervousness, and/or headaches.

### Information for Patients

The use of reglan® is recommended for adults only. Metoclopramide may impair the mental and/or physical abilities required for the performance of hazardous tasks such as operating machinery or driving a motor vehicle. The ambulatory patient should be cautioned accordingly.

### Drug Interactions

The effects of metoclopramide on gastrointestinal motility are antagonized by anticholinergic drugs and narcotic analgesics. Additive sedative effects can occur when metoclopramide is given with alcohol, sedatives, hypnotics, narcotics, or tranquilizers.

The finding that metoclopramide releases catecholamines in patients with essential hypertension suggests that it should be used cautiously, if at all, in patients receiving monoamine oxidase inhibitors.

Absorption of drugs from the stomach may be diminished (e.g., digoxin) by metoclopramide, whereas the rate and/or extent of absorption of drugs from the small bowel may be increased (e.g., acetaminophen, tetracycline, levodopa, ethanol, cyclosporine).

Gastroparesis (gastric stasis) may be responsible for poor diabetic control in some patients. Exogenously administered insulin may begin to act before food has left the stomach and lead to hypoglycemia. Because the action of metoclopramide will influence the delivery of food to the intestines and thus the rate of absorption, insulin dosage or timing of dosage may require adjustment.

NDA 17-854/S-047
Page 9

**Carcinogenesis, Mutagenesis, Impairment of Fertility**
A 77-week study was conducted in rats with oral doses up to about 40 times the maximum recommended human daily dose. Metoclopramide elevates prolactin levels and the elevation persists during chronic administration. Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin-dependent *in vitro,* a factor of potential importance if the prescription of metoclopramide is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating drugs, the clinical significance of elevated serum prolactin levels is unknown for most patients. An increase in mammary neoplasms has been found in rodents after chronic administration of prolactin-stimulating neuroleptic drugs and metoclopramide. Neither clinical studies nor epidemiologic studies conducted to date, however, have shown an association between chronic administration of these drugs and mammary tumorigenesis; the available evidence is too limited to be conclusive at this time.

An Ames mutagenicity test performed on metoclopramide was negative.

**Pregnancy Category B**
Reproduction studies performed in rats, mice and rabbits by the I.V., I.M., S.C., and oral routes at maximum levels ranging from 12 to 250 times the human dose have demonstrated no impairment of fertility or significant harm to the fetus due to metoclopramide. There are, however, no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed.

**Nursing Mothers**
Metoclopramide is excreted in human milk. Caution should be exercised when metoclopramide is administered to a nursing mother.

**Pediatric Use**
Safety and effectiveness in pediatric patients have not been established (see **OVERDOSAGE).**

Care should be exercised in administering metoclopramide to neonates since prolonged clearance may produce excessive serum concentrations (see **CLINICAL PHARMACOLOGY— Pharmacokinetics).** In addition, neonates have reduced levels of NADH-cytochrome $b_5$ reductase which, in combination with the aforementioned pharmacokinetic factors, make neonates more susceptible to methemoglobinemia (see **OVERDOSAGE).**

The safety profile of metoclopramide in adults cannot be extrapolated to pediatric patients. Dystonias and other extrapyramidal reactions associated with metoclopramide are more common in the pediatric population than in adults. (See **WARNINGS** and **ADVERSE REACTIONS—Extrapyramidal Reactions.)**

**Geriatric Use**
Clinical studies of reglan[®] did not include sufficient numbers of subjects aged 65 and over to determine whether elderly subjects respond differently from younger subjects.

The risk of developing parkinsonian-like side effects increases with ascending dose. Geriatric patients should receive the lowest dose of reglan[®] that is effective. If parkinsonian-like symptoms develop in a geriatric patient receiving reglan[®], reglan[®] should generally be discontinued before initiating any specific anti-parkinsonian agents (see **WARNINGS** and **DOSAGE AND ADMINISTRATION – For the Relief**

NDA 17-854/S-047
Page 10

**of Symptomatic Gastroesophageal Reflux).**

The elderly may be at greater risk for tardive dyskinesia (see **WARNINGS – Tardive Dyskinesia).**

Sedation has been reported in reglan® users. Sedation may cause confusion and manifest as over-sedation in the elderly (see **CLINICAL PHARMACOLOGY, PRECAUTIONS – Information for Patients** and **ADVERSE REACTIONS – CNS Effects).**

reglan® is known to be substantially excreted by the kidney, and the risk of toxic reactions to this drug may be greater in patients with impaired renal function (see **DOSAGE AND ADMINISTRATION – USE IN PATIENTS WITH RENAL OR HEPATIC IMPAIRMENT).**

For these reasons, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased renal function, concomitant disease, or other drug therapy in the elderly (see **DOSAGE AND ADMINISTRATION – For the Relief of Symptomatic Gastroesophageal Reflux** and **USE IN PATIENTS WITH RENAL OR HEPATIC IMPAIRMENT).**

## Other Special Populations

Patients with NADH-cytochrome $b_5$ reductase deficiency are at an increased risk of developing methemoglobinemia and/or sulfhemoglobinemia when metoclopramide is administered. In patients with G6PD deficiency who experience metoclopramide-induced methemoglobinemia, methylene blue treatment is not recommended (see **OVERDOSAGE).**

## ADVERSE REACTIONS

In general, the incidence of adverse reactions correlates with the dose and duration of metoclopramide administration. The following reactions have been reported, although in most instances, data do not permit an estimate of frequency:

## CNS Effects

Restlessness, drowsiness, fatigue, and lassitude occur in approximately 10% of patients receiving the most commonly prescribed dosage of 10 mg q.i.d. (see **PRECAUTIONS).** Insomnia, headache, confusion, dizziness, or mental depression with suicidal ideation (see **WARNINGS)** occur less frequently. The incidence of drowsiness is greater at higher doses. There are isolated reports of convulsive seizures without clearcut relationship to metoclopramide. Rarely, hallucinations have been reported.

## Extrapyramidal Reactions (EPS)

Acute dystonic reactions, the most common type of EPS associated with metoclopramide, occur in approximately 0.2% of patients (1 in 500) treated with 30 to 40 mg of metoclopramide per day. Symptoms include involuntary movements of limbs, facial grimacing, torticollis, oculogyric crisis, rhythmic protrusion of tongue, bulbar type of speech, trismus, opisthotonus (tetanus-like reactions), and, rarely, stridor and dyspnea possibly due to laryngospasm; ordinarily these symptoms are readily reversed by diphenhydramine (see **WARNINGS).**

Parkinsonian-like symptoms may include bradykinesia, tremor, cogwheel rigidity, mask-like facies (see **WARNINGS).**

Tardive dyskinesia most frequently is characterized by involuntary movements of the tongue, face, mouth, or jaw, and sometimes by involuntary movements of the trunk and/or extremities; movements may be

NDA 17-854/S-047
Page 11

choreoathetotic in appearance (see **WARNINGS).**

Motor restlessness (akathisia) may consist of feelings of anxiety, agitation, jitteriness, and insomnia, as well as inability to sit still, pacing, foot tapping. These symptoms may disappear spontaneously or respond to a reduction in dosage.

## Neuroleptic Malignant Syndrome
Rare occurrences of neuroleptic malignant syndrome (NMS) have been reported. This potentially fatal syndrome is comprised of the symptom complex of hyperthermia, altered consciousness, muscular rigidity, and autonomic dysfunction (see **WARNINGS).**

## Endocrine Disturbances
Galactorrhea, amenorrhea, gynecomastia, impotence secondary to hyperprolactinemia (see **PRECAUTIONS).** Fluid retention secondary to transient elevation of aldosterone (see **CLINICAL PHARMACOLOGY).**

## Cardiovascular
Hypotension, hypertension, supraventricular tachycardia, bradycardia, fluid retention, acute congestive heart failure and possible AV block (see **CONTRAINDICATIONS** and **PRECAUTIONS).**

## Gastrointestinal
Nausea and bowel disturbances, primarily diarrhea.

## Hepatic
Rarely, cases of hepatotoxicity, characterized by such findings as jaundice and altered liver function tests, when metoclopramide was administered with other drugs with known hepatotoxic potential.

## Renal
Urinary frequency and incontinence

## Hematologic
A few cases of neutropenia, leukopenia, or agranulocytosis, generally without clearcut relationship to metoclopramide. Methemoglobinemia, in adults and especially with overdosage in neonates (see **OVERDOSAGE).** Sulfhemoglobinemia in adults.

## Allergic Reactions
A few cases of rash, urticaria, or bronchospasm, especially in patients with a history of asthma. Rarely, angioneurotic edema, including glossal or laryngeal edema.

## Miscellaneous
Visual disturbances. Porphyria.

## OVERDOSAGE
Symptoms of overdosage may include drowsiness, disorientation and extrapyramidal reactions. Anticholinergic or antiparkinson drugs or antihistamines with anticholinergic properties may be helpful in controlling the extrapyramidal reactions. Symptoms are self-limiting and usually disappear within 24 hours.

NDA 17-854/S-047
Page 12

Hemodialysis removes relatively little metoclopramide, probably because of the small amount of the drug in blood relative to tissues. Similarly, continuous ambulatory peritoneal dialysis does not remove significant amounts of drug. It is unlikely that dosage would need to be adjusted to compensate for losses through dialysis. Dialysis is not likely to be an effective method of drug removal in overdose situations.

Unintentional overdose due to misadministration has been reported in infants and children with the use of metoclopramide oral solution. While there was no consistent pattern to the reports associated with these overdoses, events included seizures, extrapyramidal reactions, and lethargy.

Methemoglobinemia has occurred in premature and full-term neonates who were given overdoses of metoclopramide (1 to 4 mg/kg/day orally, intramuscularly or intravenously for 1 to 3 or more days). Methemoglobinemia can be reversed by the intravenous administration of methylene blue. However, methylene blue may cause hemolytic anemia in patients with G6PD deficiency, which may be fatal (see **PRECAUTIONS – Other Special Populations).**

## DOSAGE AND ADMINISTRATION
**Therapy with reglan® tablets should not exceed 12 weeks in duration.**

### For the Relief of Symptomatic Gastroesophageal Reflux
Administer from 10 mg to 15 mg reglan® (metoclopramide hydrochloride, USP) orally up to q.i.d. 30 minutes before each meal and at bedtime, depending upon symptoms being treated and clinical response (see **CLINICAL PHARMACOLOGY** and **INDICATIONS AND USAGE).** If symptoms occur only intermittently or at specific times of the day, use of metoclopramide in single doses up to 20 mg prior to the provoking situation may be preferred rather than continuous treatment. Occasionally, patients (such as elderly patients) who are more sensitive to the therapeutic or adverse effects of metoclopramide will require only 5 mg per dose.

Experience with esophageal erosions and ulcerations is limited, but healing has thus far been documented in one controlled trial using q.i.d. therapy at 15 mg/dose, and this regimen should be used when lesions are present, so long as it is tolerated (see **ADVERSE REACTIONS).** Because of the poor correlation between symptoms and endoscopic appearance of the esophagus, therapy directed at esophageal lesions is best guided by endoscopic evaluation.

Therapy longer than 12 weeks has not been evaluated and cannot be recommended.

### For the Relief of Symptoms Associated with Diabetic Gastroparesis (Diabetic Gastric Stasis)
Administer 10 mg of metoclopramide 30 minutes before each meal and at bedtime for two to eight weeks, depending upon response and the likelihood of continued well-being upon drug discontinuation.

The initial route of administration should be determined by the severity of the presenting symptoms. If only the earliest manifestations of diabetic gastric stasis are present, oral administration of reglan® may be initiated. However, if severe symptoms are present, therapy should begin with metoclopramide injection (consult labeling of the injection prior to initiating parenteral administration).

NDA 17-854/S-047
Page 13

Administration of metoclopramide injection up to 10 days may be required before symptoms subside, at which time oral administration may be instituted. Since diabetic gastric stasis is frequently recurrent, reglan® therapy should be reinstituted at the earliest manifestation.

## USE IN PATIENTS WITH RENAL OR HEPATIC IMPAIRMENT

Since metoclopramide is excreted principally through the kidneys, in those patients whose creatinine clearance is below 40 mL/min, therapy should be initiated at approximately one-half the recommended dosage. Depending upon clinical efficacy and safety considerations, the dosage may be increased or decreased as appropriate.

See **OVERDOSAGE** section for information regarding dialysis.

Metoclopramide undergoes minimal hepatic metabolism, except for simple conjugation. Its safe use has been described in patients with advanced liver disease whose renal function was normal.

## HOW SUPPLIED

Each white, capsule-shaped, scored reglan® tablet (metoclopramide tablets, USP) contains 10 mg metoclopramide base (as the monohydrochloride monohydrate). Available in:

Bottles of 100 tablets (NDC 0091-6701-63)
Bottles of 500 tablets (NDC 0091-6701-70)

Each green, elliptical-shaped reglan® tablet (metoclopramide tablets, USP) contains 5 mg metoclopramide base (as the monohydrochloride monohydrate). Available in:

Bottles of 100 tablets (NDC 0091-6705-63)

**Dispense tablets in tight, light-resistant container.**

Tablets should be stored at controlled room temperature, between 20°C and 25°C (68°F and 77°F).



SCHWARZ
PHARMA
Milwaukee, WI 53201, USA

PC4445D                                                                 Rev. 02/04

# Exhibit 5

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| MARIA LUISA GARZA, INDIVIDUALLY | § | |
| AND | § | |
| OSCAR GARZA, SR., INDIVIDUALLY | § | |
| | § | CIVIL ACTION NO. 2:12-cv-00198 |
| VS. | § | |
| | § | JURY REQUESTED |
| WYETH, LLC f/k/a WYETH d/b/a | § | |
| WYETH INC., ET AL. | § | |

**<u>AFFIDAVIT OF PHILIP ERICKSON</u>**

COMMONWEALTH OF PENNSYLVANIA  )
                                                              ) ss.:
COUNTY OF MONTGOMERY            )

     Philip Erickson, being first duly sworn upon his oath and under penalty of perjury, hereby states as follows:

     1.    I am currently employed by Teva Pharmaceuticals USA, Inc. ("Teva") as Vice President, Regulatory Affairs.

     2.    I have been employed by Teva or its predecessors since 1990 in the Regulatory Affairs department.

     3.    By virtue of my job duties, I am knowledgeable about the subjects included within this affidavit.

     4.    Attached as Exhibits A and B are true and correct copies of letters from Teva to the Food and Drug Administration ("FDA"), dated June 24, 2005, and accompanying Changes Being Effected ("CBE") Supplement.  These materials include a true and correct copy of Teva's package insert for metoclopramide tablets as of June 24, 2005, which reflects all of the required language approved by the FDA on July 26, 2004.

5.     Attached as Exhibits C and D are true and correct copies of letters from Teva to the FDA, dated July 20, 2009, and accompanying CBE Supplement.  These materials include a true and correct copy of Teva's package insert for metoclopramide tablets as of July 20, 2009, which reflects all of the required language approved by the FDA on June 30, 2009.

6.     Attached as Exhibit E is a true and correct copy of an excerpt from the National Drug Code Directory on the FDA's website, available at http://www.accessdata.fda.gov/scripts/cder/ndc/results.cfm?searchfield=0093%2D2203&searchtype=NDCPackageCode&OrderBy=NDCPackageCode.  This excerpt indicates that Teva's National Drug Code for 10 mg metoclopramide is 0093-2203.

FURTHER, AFFIANT SAYETH NAUGHT.

SWORN TO and subscribed in my presence this _10th_ day of _April_, 2013.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
EVELYN M. SARACHMAN, Notary Public
Horsham Twp., Montgomery County
My Commission Expires May 27, 2014

2

# Exhibit A



TEVA Pharmaceuticals USA
ANDA #72-801
Metoclopramide Tablets USP, 5 mg

LABELING SUPPLEMENT -
Changes Being Effected in 0 Days

Package Insert
Rev. I 5/2005

2

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

# APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE

(Title 21, Code of Federal Regulations, Parts 314 & 601)

Form Approved: OMB No. 0910-0338
Expiration Date: August 31, 2005
See OMB Statement on page 2.

**FOR FDA USE ONLY**

APPLICATION NUMBER

## APPLICANT INFORMATION

| NAME OF APPLICANT | DATE OF SUBMISSION |
|---|---|
| **TEVA Pharmaceuticals USA** | **June 24, 2005** |

| TELEPHONE NO. (Include Area Code) | FACSIMILE (FAX) Number (Include Area Code) |
|---|---|
| **(215) 591-3000** | **(215) 591-8812** |

| APPLICANT ADDRESS (Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued): | AUTHORIZED U.S. AGENT NAME & ADDRESS (Number, Street, City, State, ZIP Code, telephone & FAX number) IF APPLICABLE |
|---|---|
| **1090 Horsham Road**<br>**PO Box 1090**<br>**North Wales, PA  19454** | |

## PRODUCT DESCRIPTION

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER (If previously issued) **72-801**

| ESTABLISHED NAME (e.g., Proper name, USP/USAN name) | PROPRIETARY NAME (trade name) IF ANY |
|---|---|
| **METOCLOPRAMIDE TABLETS, USP** | **N/A** |

| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME (If any) | CODE NAME (If any) |
|---|---|
| Benzamide, 4-amino-5-chloro-*N*-[2-(diethylamino)ethyl]-2-methoxy- | **N/A** |

| DOSAGE FORM: | STRENGTHS: | ROUTE OF ADMINISTRATION: |
|---|---|---|
| **TABLET** | **5 mg** | **ORAL** |

(PROPOSED) INDICATION(S) FOR USE:

**Symptomatic gastroesophageal reflux:  indicated as short term (4 to 12 weeks) therapy for adults with symptomatic, documented reflux who fail to respond to coventional therapy.  Diabetic gastroparesis (diabetic gastric stasis):  indicated for the relief of symptoms associated with acute and recurrent diabetic gastric stasis.**

## APPLICATION INFORMATION

APPLICATION TYPE (check one)  ☐ NEW DRUG APPLICATION (21 CFR 314.50)   ☒ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
☐ BIOLOGICS LICENSE APPLICATION (21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE   ☐ 505 (b)(1)   ☐ 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION

Name of Drug   **REGLAN**®   Holder of Approved Application   **AH ROBINS COMPANY**

TYPE OF SUBMISSION (check one)   ☐ ORIGINAL APPLICATION   ☐ AMENDMENT TO A PENDING APPLICATION   ☒ RESUBMISSION
☐ PRESUBMISSION   ☐ ANNUAL REPORT   ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT   ☐ EFFICACY SUPPLEMENT
☒ LABELING SUPPLEMENT   ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT   ☐ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION: _____

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY   ☒ CBE   ☐ CBE-30   ☐ Prior Approval (PA)

REASON FOR SUBMISSION
**SUPPLEMENT – Changes Being Effected in 0 Days**

PROPOSED MARKETING STATUS (check one)   ☒ PRESCRIPTION PRODUCT (Rx)   ☐ OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED   1   THIS APPLICATION IS ☐ PAPER ☐ PAPER AND ELECTRONIC ☒ ELECTRONIC

ESTABLISHMENT INFORMATION (Full establishment information should be provided in the body of the Application.)
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.

N/A

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)
N/A

FORM FDA 356h (9/02)          PSC Media Arts, (301) 443-1090   EF          Page 1

1

| | This application contains the following items: (Check all that apply) |
|---|---|
| ☐ | 1. Index |
| ☒ | 2. Labeling (check one)    ☐ Draft Labeling    ☒ Final Printed Labeling |
| ☐ | 3. Summary (21 CFR 314.50 (c)) |
| ☐ | 4. Chemistry section |
| ☐ | A.  Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) |
| ☐ | B.  Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| ☐ | C.  Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2) |
| ☐ | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) |
| ☐ | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2) |
| ☐ | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) |
| ☐ | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) |
| ☐ | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) |
| ☐ | 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2) |
| ☐ | 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2) |
| ☐ | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2) |
| ☐ | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) |
| ☐ | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or (j)(2)(A)) |
| ☐ | 15. Establishment description (21 CFR Part 600, if applicable) |
| ☐ | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| ☐ | 17. Field copy certification (21 CFR 314.50 (l)(3)) |
| ☐ | 18. User Fee Cover Sheet (Form FDA 3397) |
| ☐ | 19. Financial Information (21 CFR Part 54) |
| ☒ | 20. OTHER (Specify)    Electronic Cover Letter, 356h, and Package Insert |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:
1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act Section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.
If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.
The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.
**Warning:** A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE | DATE: |
|---|---|---|
| | Philip Erickson, R.Ph.<br>Senior Director, Regulatory Affairs | 6/24/05 |
| ADDRESS (Street, City, State, and ZIP Code)<br>**TEVA Pharmaceuticals USA**<br>**1090 Horsham Road, PO Box 1090, North Wales, PA 19454** | | Telephone Number<br>**(215) 591-3000** |

**Public reporting burden for this collection of information** is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

Department of Health and Human Services      Food and Drug Administration
Food and Drug Administration                 CDER (HFD-94)                        An agency may not conduct or sponsor, and a person is
CDER, HFD-99                                  12229 Wilkins Avenue                 not required to respond to, a collection of information
1401 Rockville Pike                           Rockville, MD 20852                  unless it displays a currently valid OMB control number.
Rockville, MD 20852-1448

FORM FDA 356h (9/02)          FSC Media Arts: (301) 443-1090   EF                                        Page 2



**Administrative Offices:**
TEVA PHARMACEUTICALS USA
1090 Horsham Road, PO Box 1090
North Wales, PA 19454-1090

**Philip Erickson, R.Ph.**
Sr. Director, Regulatory Affairs
Solid Oral Dosage Forms

Direct Dial: (215) 591-3141
Direct Fax: (215 ) 591-8812
philip.erickson@tevausa.com

June 24, 2005

Gary Buehler, Director
Office of Generic Drugs
Food and Drug Administration
Document Control Room
Metro Park North II
7500 Standish Place, Room 150
Rockville, MD 20855-2773

**LABELING SUPPLEMENT**

ANDA #72-801
METOCLOPRAMIDE TABLETS USP, 5 mg
SUPPLEMENT – CHANGES BEING EFFECTED IN 0 DAYS

Dear Mr. Buehler:

We submit herewith a supplement to the above-referenced ANDA in response to the insert revision for the Reference Listed Drug, approved on July 26, 2004. The revised package insert provided herein will be implemented immediately.

Enclosed please find a disk containing our revised package insert, Rev. I 5/2005 in PDF and Word formats, along with a comparison to the previous version of the package insert in PDF format. In accord with the Agency's Submission Guideline dated November 8, 1991, we draw your attention to the essentially identical supplement to the following application: ANDA #70-184 Metoclopramide Tablets USP, 10 mg.

This information is submitted for your review and approval. If there are any questions, please do not hesitate to contact me at (215) 591-3141 or via facsimile at (215) 591-8812.

Sincerely,

PE/dm
Enclosures

1

**METOCLOPRAMIDE TABLETS USP**

2204
2203

**Rx only**
**DESCRIPTION**
Metoclopramide hydrochloride is a white or practically white, crystalline, odorless or practically odorless powder.  It is very soluble in water, freely soluble in alcohol, sparingly soluble in chloroform and practically insoluble in ether.   Chemically, it is 4-amino-5-chloro-*N*-[2-(diethylamino)ethyl]-2-methoxy benzamide monohydrochloride monohydrate.   Its structural formula is as follows:



$C_{14}H_{22}ClN_3O_2 \forall HCl \forall H_2O$         M.W.  354.3

Each tablet for oral administration contains 5 mg or 10 mg metoclopramide (present as the hydrochloride).

**Inactive Ingredients**
Corn starch, dibasic calcium phosphate, magnesium stearate, microcrystalline cellulose and sodium starch glycolate.

**CLINICAL PHARMACOLOGY**
Metoclopramide stimulates motility of the upper gastrointestinal tract without stimulating gastric, biliary, or pancreatic secretions.  Its mode of action is unclear.  It seems to sensitize tissues to the action of acetylcholine.  The effect of metoclopramide on motility is not dependent on intact vagal innervation, but it can be abolished by anticholinergic drugs.

Metoclopramide increases the tone and amplitude of gastric (especially antral) contractions, relaxes the pyloric sphincter and the duodenal bulb, and increases peristalsis of the duodenum

and jejunum resulting in accelerated gastric emptying and intestinal transit.  It increases the resting tone of the lower esophageal sphincter.  It has little, if any, effect on the motility of the colon or gallbladder.

In patients with gastroesophageal reflux and low LESP (lower esophageal sphincter pressure), single oral doses of metoclopramide produce dose-related increases in LESP.  Effects begin at about 5 mg and increase through 20 mg (the largest dose tested).  The increase in LESP from a 5 mg dose lasts about 45 minutes and that of 20 mg lasts between 2 and 3 hours.  Increased rate of stomach emptying has been observed with single oral doses of 10 mg.

The antiemetic properties of metoclopramide appear to be a result of its antagonism of central and peripheral dopamine receptors.  Dopamine produces nausea and vomiting by stimulation of the medullary chemoreceptor trigger zone (CTZ), and metoclopramide blocks stimulation of the CTZ by agents like l-dopa or apomorphine which are known to increase dopamine levels or to possess dopamine-like effects.  Metoclopramide also abolishes the slowing of gastric emptying caused by apomorphine.

Like the phenothiazines and related drugs, which are also dopamine antagonists, metoclopramide produces sedation and may produce extrapyramidal reactions, although these are comparatively rare (see **WARNINGS**).  Metoclopramide inhibits the central and peripheral effects of apomorphine, induces release of prolactin and causes a transient increase in circulating aldosterone levels, which may be associated with transient fluid retention.

The onset of pharmacological action of metoclopramide is 1 to 3 minutes following an intravenous dose, 10 to 15 minutes following intramuscular administration, and 30 to 60 minutes following an oral dose; pharmacological effects persist for 1 to 2 hours.

## Pharmacokinetics
Metoclopramide is rapidly and well absorbed.  Relative to an intravenous dose of 20 mg, the absolute oral bioavailability of metoclopramide is 80% ± 15.5% as demonstrated in a crossover study of 18 subjects.  Peak plasma concentrations occur at about 1 to 2 hr after a single oral dose.  Similar time to peak is observed after individual doses at steady state.

In a single dose study of 12 subjects, the area under the drug concentration-time curve increases linearly with doses from 20 to 100 mg.  Peak concentrations increase linearly with dose; time to peak concentrations remains the same; whole body clearance is unchanged; and the elimination rate remains the same.  The average elimination half-life in individuals with normal renal function is 5 to 6 hr.  Linear kinetic processes adequately describe the absorption and elimination of metoclopramide.

Approximately 85% of the radioactivity of an orally administered dose appears in the urine within 72 hr.  Of the 85% eliminated in the urine, about half is present as free or conjugated metoclopramide.

The drug is not extensively bound to plasma proteins (about 30%).  The whole body volume of distribution is high (about 3.5 L/kg) which suggests extensive distribution of drug to the tissues.

Renal impairment affects the clearance of metoclopramide. In a study with patients with varying degrees of renal impairment, a reduction in creatinine clearance was correlated with a reduction in plasma clearance, renal clearance, non-renal clearance, and increase in elimination half-life. The kinetics of metoclopramide in the presence of renal impairment remained linear however. The reduction in clearance as a result of renal impairment suggests that adjustment downward of maintenance dosage should be done to avoid drug accumulation.

### Adult Pharmacokinetic Data

| Parameter | Value |
| --- | --- |
| Vd (L/kg) | ~ 3.5 |
| Plasma Protein Binding | ~ 30% |
| $t_{1/2}$ (hr) | 5 to 6 |
| Oral Bioavailability | 80% ± 15.5% |

In pediatric patients, the pharmacodynamics of metoclopramide following oral and intravenous administration are highly variable and a concentration-effect relationship has not been established.

There are insufficient reliable data to conclude whether the pharmacokinetics of metoclopramide in adults and the pediatric population are similar. Although there are insufficient data to support the efficacy of metoclopramide in pediatric patients with symptomatic gastroesophageal reflux (GER) or cancer chemotherapy-related nausea and vomiting, its pharmacokinetics have been studied in these patient populations.

In an open-label study, six pediatric patients (age range, 3.5 weeks to 5.4 months) with GER received metoclopramide 0.15 mg/kg oral solution every 6 hours for 10 doses. The mean peak plasma concentration of metoclopramide after the tenth dose was 2 fold (56.8 mcg/L) higher compared to that observed after the first dose (29 mcg/L) indicating drug accumulation with repeated dosing. After the tenth dose, the mean time to reach peak concentrations (2.2 hr), half-life (4.1 hr), clearance (0.67 L/h/kg), and volume of distribution (4.4 L/kg) of metoclopramide were similar to those observed after the first dose. In the youngest patient (age, 3.5 weeks), metoclopramide half-life after the first and the tenth dose (23.1 and 10.3 hr, respectively) was significantly longer compared to other infants due to reduced clearance. This may be attributed to immature hepatic and renal systems at birth.

Single intravenous doses of metoclopramide 0.22 to 0.46 mg/kg (mean, 0.35 mg/kg) were administered over 5 minutes to 9 pediatric cancer patients receiving chemotherapy (mean age, 11.7 years; range, 7 to 14 yr) for prophylaxis of cytotoxic-induced vomiting. The metoclopramide plasma concentrations extrapolated to time zero ranged from 65 to 395 mcg/L (mean, 152 mcg/L). The mean elimination half-life, clearance, and volume of distribution of metoclopramide were 4.4 hr (range, 1.7 to 8.3 hr), 0.56 L/h/kg (range, 0.12 to 1.20 L/h/kg), and 3.0 L/kg (range, 1.0 to 4.8 L/kg), respectively.

In another study, nine pediatric cancer patients (age range, 1 to 9 yr) received 4 to 5 intravenous infusions (over 30 minutes) of metoclopramide at a dose of 2 mg/kg to control emesis. After the last dose, the peak serum concentrations of metoclopramide ranged from 1060 to 5680 mcg/L.

4

The mean elimination half-life, clearance, and volume of distribution of metoclopramide were 4.5 hr (range, 2.0 to 12.5 hr), 0.37 L/h/kg (range, 0.10 to 1.24 L/h/kg), and 1.93 L/kg (range, 0.95 to 5.50 L/kg), respectively.

## INDICATIONS AND USAGE
**The use of metoclopramide tablets is recommended for adults only. Therapy should not exceed 12 weeks in duration.**

### Symptomatic Gastroesophageal Reflux
Metoclopramide tablets are indicated as short-term (4 to 12 weeks) therapy for adults with symptomatic, documented gastroesophageal reflux who fail to respond to conventional therapy.

The principal effect of metoclopramide is on symptoms of postprandial and daytime heartburn with less observed effect on nocturnal symptoms.  If symptoms are confined to particular situations, such as following the evening meal, use of metoclopramide as single doses prior to the provocative situation should be considered, rather than using the drug throughout the day. Healing of esophageal ulcers and erosions has been endoscopically demonstrated at the end of a 12 week trial using doses of 15 mg q.i.d.  As there is no documented correlation between symptoms and healing of esophageal lesions, patients with documented lesions should be monitored endoscopically.

### Diabetic Gastroparesis (Diabetic Gastric Stasis)
Metoclopramide tablets are indicated for the relief of symptoms associated with acute and recurrent diabetic gastric stasis.  The usual manifestations of delayed gastric emptying (e.g., nausea, vomiting, heartburn, persistent fullness after meals, and anorexia) appear to respond to metoclopramide within different time intervals.  Significant relief of nausea occurs early and continues to improve over a three-week period.  Relief of vomiting and anorexia may precede the relief of abdominal fullness by one week or more.

## CONTRAINDICATIONS
Metoclopramide should not be used whenever stimulation of gastrointestinal motility might be dangerous, e.g., in the presence of gastrointestinal hemorrhage, mechanical obstruction, or perforation.

Metoclopramide is contraindicated in patients with pheochromocytoma because the drug may cause a hypertensive crisis, probably due to release of catecholamines from the tumor.  Such hypertensive crises may be controlled by phentolamine.

Metoclopramide is contraindicated in patients with known sensitivity or intolerance to the drug.

Metoclopramide should not be used in epileptics or patients receiving other drugs which are likely to cause extrapyramidal reactions, since the frequency and severity of seizures or extrapyramidal reactions may be increased.

## WARNINGS

Mental depression has occurred in patients with and without prior history of depression. Symptoms have ranged from mild to severe and have included suicidal ideation and suicide. Metoclopramide should be given to patients with a prior history of depression only if the expected benefits outweigh the potential risks.

Extrapyramidal symptoms, manifested primarily as acute dystonic reactions, occur in approximately 1 in 500 patients treated with the usual adult dosages of 30 to 40 mg/day of metoclopramide.   These usually are seen during the first 24 to 48 hours of treatment with metoclopramide, occur more frequently in pediatric patients and adult patients less than 30 years of age and are even more frequent at the higher doses.  These symptoms may include involuntary movements of limbs and facial grimacing, torticollis, oculogyric crisis, rhythmic protrusion of tongue, bulbar type of speech, trismus, or dystonic reactions resembling tetanus.   Rarely, dystonic reactions may present as stridor and dyspnea, possibly due to laryngospasm.  If these symptoms should occur, inject 50 mg of diphenhydramine hydrochloride intramuscularly, and they usually will subside.  Benztropine mesylate, 1 to 2 mg intramuscularly, may also be used to reverse these reactions.

Parkinsonian-like symptoms have occurred, more commonly within the first 6 months after beginning treatment with metoclopramide, but occasionally after longer periods.   These symptoms generally subside within 2 to 3 months following discontinuance of metoclopramide. Patients with preexisting Parkinson's disease should be given metoclopramide cautiously, if at all, since such patients may experience exacerbation of parkinsonian symptoms when taking metoclopramide.

**Tardive Dyskinesia**
Tardive dyskinesia, a syndrome consisting of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with metoclopramide.  Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to predict which patients are likely to develop the syndrome.  Both the risk of developing the syndrome and the likelihood that it will become irreversible are believed to increase with the duration of treatment and the total cumulative dose.

Less commonly, the syndrome can develop after relatively brief treatment periods at low doses; in these cases, symptoms appear more likely to be reversible.

There is no known treatment for established cases of tardive dyskinesia although the syndrome may remit, partially or completely, within several weeks-to-months after metoclopramide is withdrawn.  Metoclopramide itself, however, may suppress (or partially suppress) the signs of tardive dyskinesia, thereby masking the underlying disease process.   The effect of this symptomatic suppression upon the long-term course of the syndrome is unknown.  Therefore, the use of metoclopramide for the symptomatic control of tardive dyskinesia is not recommended.

**Neuroleptic Malignant Syndrome (NMS)**
There have been rare reports of an uncommon but potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) associated with metoclopramide. Clinical manifestations of NMS include hyperthermia, muscle rigidity, altered consciousness, and

evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis and cardiac arrhythmias).

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to identify cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, malignant hyperthermia, drug fever and primary central nervous system (CNS) pathology.

The management of NMS should include 1) immediate discontinuation of metoclopramide and other drugs not essential to concurrent therapy, 2) intensive symptomatic treatment and medical monitoring, and 3) treatment of any concomitant serious medical problems for which specific treatments are available. Bromocriptine and dantrolene sodium have been used in treatment of NMS, but their effectiveness have not been established (see **ADVERSE REACTIONS**).

## PRECAUTIONS
### General
In one study in hypertensive patients, intravenously administered metoclopramide was shown to release catecholamines; hence, caution should be exercised when metoclopramide is used in patients with hypertension.

Because metoclopramide produces a transient increase in plasma aldosterone, certain patients, especially those with cirrhosis or congestive heart failure, may be at risk of developing fluid retention and volume overload.  If these side effects occur at any time during metoclopramide therapy, the drug should be discontinued.

Adverse reactions, especially those involving the nervous system, may occur after stopping the use of metoclopramide. A small number of patients may experience a withdrawal period after stopping metoclopramide that could include dizziness, nervousness, and/or headaches.

### Information for Patients
The use of metoclopramide is recommended for adults only. Metoclopramide may impair the mental and/or physical abilities required for the performance of hazardous tasks such as operating machinery or driving a motor vehicle.  The ambulatory patient should be cautioned accordingly.

### Drug Interactions
The effects of metoclopramide on gastrointestinal motility are antagonized by anticholinergic drugs and narcotic analgesics.  Additive sedative effects can occur when metoclopramide is given with alcohol, sedatives, hypnotics, narcotics, or tranquilizers.

The finding that metoclopramide releases catecholamines in patients with essential hypertension suggests that it should be used cautiously, if at all, in patients receiving monoamine oxidase inhibitors.

Absorption of drugs from the stomach may be diminished (e.g., digoxin) by metoclopramide, whereas the rate and/or extent of absorption of drugs from the small bowel may be increased (e.g., acetaminophen, tetracycline, levodopa, ethanol, cyclosporine).

Gastroparesis (gastric stasis) may be responsible for poor diabetic control in some patients. Exogenously administered insulin may begin to act before food has left the stomach and lead to hypoglycemia. Because the action of metoclopramide will influence the delivery of food to the intestines and thus the rate of absorption, insulin dosage or timing of dosage may require adjustment.

### Carcinogenesis, Mutagenesis, Impairment of Fertility

A 77 week study was conducted in rats with oral doses up to about 40 times the maximum recommended human daily dose. Metoclopramide elevates prolactin levels and the elevation persists during chronic administration. Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin-dependent *in vitro*, a factor of potential importance if the prescription of metoclopramide is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating drugs, the clinical significance of elevated serum prolactin levels is unknown for most patients. An increase in mammary neoplasms has been found in rodents after chronic administration of prolactin-stimulating neuroleptic drugs and metoclopramide. Neither clinical studies nor epidemiologic studies conducted to date, however, have shown an association between chronic administration of these drugs and mammary tumorigenesis; the available evidence is too limited to be conclusive at this time.

An Ames mutagenicity test performed on metoclopramide was negative.

### Pregnancy Category B

Reproduction studies performed in rats, mice and rabbits by the I.V., I.M., S.C., and oral routes at maximum levels ranging from 12 to 250 times the human dose have demonstrated no impairment of fertility or significant harm to the fetus due to metoclopramide. There are, however, no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed.

### Nursing Mothers

Metoclopramide is excreted in human milk. Caution should be exercised when metoclopramide is administered to a nursing mother.

### Pediatric Use

Safety and effectiveness in pediatric patients have not been established (see **OVERDOSAGE**).

Care should be exercised in administering metoclopramide to neonates since prolonged clearance may produce excessive serum concentrations (see **CLINICAL PHARMACOLOGY**, **Pharmacokinetics**). In addition, neonates have reduced levels of NADH-cytochrome $b_5$

reductase which, in combination with the aforementioned pharmacokinetic factors, make neonates more susceptible to methemoglobinemia (see **OVERDOSAGE**).

The safety profile of metoclopramide in adults cannot be extrapolated to pediatric patients. Dystonias and other extrapyramidal reactions associated with metoclopramide are more common in the pediatric population than in adults (see **WARNINGS** and **ADVERSE REACTIONS**, **Extrapyramidal Reactions**).

### Geriatric Use
Clinical studies of metoclopramide did not include sufficient numbers of subjects aged 65 and over to determine whether elderly subjects respond differently from younger subjects.

The risk of developing parkinsonian-like side effects increases with ascending dose. Geriatric patients should receive the lowest dose of metoclopramide that is effective. If parkinsonian-like symptoms develop in a geriatric patient receiving metoclopramide, metoclopramide should generally be discontinued before initiating any specific anti-parkinsonian agents (see **WARNINGS** and **DOSAGE AND ADMINISTRATION**, **For the Relief of Symptomatic Gastroesophageal Reflux**).

The elderly may be at greater risk for tardive dyskinesia (see **WARNINGS**, **Tardive Dyskinesia**).

Sedation has been reported in metoclopramide users. Sedation may cause confusion and manifest as over-sedation in the elderly (see **CLINICAL PHARMACOLOGY**; **PRECAUTIONS**, **Information for Patients**; and **ADVERSE REACTIONS**, **CNS Effects**).

Metoclopramide is known to be substantially excreted by the kidney, and the risk of toxic reactions to this drug may be greater in patients with impaired renal function (see **DOSAGE AND ADMINISTRATION**, **Use in Patients with Renal or Hepatic Impairment**).

For these reasons, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased renal function, concomitant disease, or other drug therapy in the elderly (see **DOSAGE AND ADMINISTRATION**, **For the Relief of Symptomatic Gastroesophageal Reflux** and **Use in Patients with Renal or Hepatic Impairment**).

### Other Special Populations
Patients with NADH-cytochrome $b_5$ reductase deficiency are at an increased risk of developing methemoglobinemia and/or sulfhemoglobinemia when metoclopramide is administered. In patients with G6PD deficiency who experience metoclopramide-induced methemoglobinemia, methylene blue treatment is not recommended (see **OVERDOSAGE**).

### ADVERSE REACTIONS
In general, the incidence of adverse reactions correlates with the dose and duration of metoclopramide administration. The following reactions have been reported, although in most instances, data do not permit an estimate of frequency:

## CNS Effects

Restlessness, drowsiness, fatigue, and lassitude occur in approximately 10% of patients receiving the most commonly prescribed dosage of 10 mg q.i.d. (see **PRECAUTIONS**). Insomnia, headache, confusion, dizziness, or mental depression with suicidal ideation (see **WARNINGS**) occur less frequently. The incidence of drowsiness is greater at higher doses. There are isolated reports of convulsive seizures without clearcut relationship to metoclopramide. Rarely, hallucinations have been reported.

## Extrapyramidal Reactions (EPS)

Acute dystonic reactions, the most common type of EPS associated with metoclopramide, occur in approximately 0.2% of patients (1 in 500) treated with 30 to 40 mg of metoclopramide per day. Symptoms include involuntary movements of limbs, facial grimacing, torticollis, oculogyric crisis, rhythmic protrusion of tongue, bulbar type of speech, trismus, opisthotonus (tetanus-like reactions), and, rarely, stridor and dyspnea possibly due to laryngospasm; ordinarily these symptoms are readily reversed by diphenhydramine (see **WARNINGS**).

Parkinsonian-like symptoms may include bradykinesia, tremor, cogwheel rigidity, mask-like facies (see **WARNINGS**).

Tardive dyskinesia most frequently is characterized by involuntary movements of the tongue, face, mouth, or jaw, and sometimes by involuntary movements of the trunk and/or extremities; movements may be choreoathetotic in appearance (see **WARNINGS**).

Motor restlessness (akathisia) may consist of feelings of anxiety, agitation, jitteriness, and insomnia, as well as inability to sit still, pacing, foot tapping. These symptoms may disappear spontaneously or respond to a reduction in dosage.

## Neuroleptic Malignant Syndrome

Rare occurrences of neuroleptic malignant syndrome (NMS) have been reported. This potentially fatal syndrome is comprised of the symptom complex of hyperthermia, altered consciousness, muscular rigidity, and autonomic dysfunction (see **WARNINGS**).

## Endocrine Disturbances

Galactorrhea, amenorrhea, gynecomastia, impotence secondary to hyperprolactinemia (see **PRECAUTIONS**). Fluid retention secondary to transient elevation of aldosterone (see **CLINICAL PHARMACOLOGY**).

## Cardiovascular

Hypotension, hypertension, supraventricular tachycardia, bradycardia, fluid retention, acute congestive heart failure and possible AV block (see **CONTRAINDICATIONS** and **PRECAUTIONS**).

## Gastrointestinal

Nausea and bowel disturbances, primarily diarrhea.

## Hepatic

Rarely, cases of hepatotoxicity, characterized by such findings as jaundice and altered liver function tests, when metoclopramide was administered with other drugs with known hepatotoxic potential.

## Renal

Urinary frequency and incontinence.

## Hematologic

A few cases of neutropenia, leukopenia, or agranulocytosis, generally without clearcut relationship to metoclopramide. Methemoglobinemia, in adults and especially with overdosage in neonates (see **OVERDOSAGE**). Sulfhemoglobinemia in adults.

## Allergic Reactions

A few cases of rash, urticaria, or bronchospasm, especially in patients with a history of asthma. Rarely, angioneurotic edema, including glossal or laryngeal edema.

## Miscellaneous

Visual disturbances. Porphyria.

## OVERDOSAGE

Symptoms of overdosage may include drowsiness, disorientation, and extrapyramidal reactions. Anticholinergic or antiparkinson drugs or antihistamines with anticholinergic properties may be helpful in controlling the extrapyramidal reactions. Symptoms are self-limiting and usually disappear within 24 hours.

Hemodialysis removes relatively little metoclopramide, probably because of the small amount of the drug in blood relative to tissues. Similarly, continuous ambulatory peritoneal dialysis does not remove significant amounts of drug. It is unlikely that dosage would need to be adjusted to compensate for losses through dialysis. Dialysis is not likely to be an effective method of drug removal in overdose situations.

Unintentional overdose due to misadministration has been reported in infants and children with the use of metoclopramide oral solution. While there was no consistent pattern to the reports associated with these overdoses, events included seizures, extrapyramidal reactions, and lethargy.

Methemoglobinemia has occurred in premature and full-term neonates who were given overdoses of metoclopramide (1 to 4 mg/kg/day orally, intramuscularly or intravenously for 1 to 3 or more days). Methemoglobinemia can be reversed by the intravenous administration of methylene blue. However, methylene blue may cause hemolytic anemia in patients with G6PD deficiency, which may be fatal (see **PRECAUTIONS**, **Other Special Populations**).

## DOSAGE AND ADMINISTRATION

**Therapy with metoclopramide tablets should not exceed 12 weeks in duration.**

**For the Relief of Symptomatic Gastroesophageal Reflux**

Administer from 10 mg to 15 mg of metoclopramide tablet, orally up to q.i.d. 30 minutes before each meal and at bedtime, depending upon symptoms being treated and clinical response (see **CLINICAL PHARMACOLOGY** and **INDICATIONS AND USAGE**). If symptoms occur only intermittently or at specific times of the day, use of metoclopramide in single doses up to 20 mg prior to the provoking situation may be preferred rather than continuous treatment. Occasionally, patients (such as elderly patients) who are more sensitive to the therapeutic or adverse effects of metoclopramide will require only 5 mg per dose.

Experience with esophageal erosions and ulcerations is limited, but healing has thus far been documented in one controlled trial using q.i.d. therapy at 15 mg/dose, and this regimen should be used when lesions are present, so long as it is tolerated (see **ADVERSE REACTIONS**). Because of the poor correlation between symptoms and endoscopic appearance of the esophagus, therapy directed at esophageal lesions is best guided by endoscopic evaluation.

Therapy longer than 12 weeks has not been evaluated and cannot be recommended.

**For the Relief of Symptoms Associated with Diabetic Gastroparesis (Diabetic Gastric Stasis)**

Administer 10 mg of metoclopramide 30 minutes before each meal and at bedtime for two to eight weeks, depending upon response and the likelihood of continued well-being upon drug discontinuation.

The initial route of administration should be determined by the severity of the presenting symptoms. If only the earliest manifestations of diabetic gastric stasis are present, oral administration of metoclopramide may be initiated. However, if severe symptoms are present, therapy should begin with metoclopramide injection (consult labeling of the injection prior to initiating parenteral administration).

Administration of metoclopramide injection up to 10 days may be required before symptoms subside, at which time oral administration may be instituted. Since diabetic gastric stasis is frequently recurrent, metoclopramide therapy should be reinstituted at the earliest manifestation.

**Use in Patients with Renal or Hepatic Impairment**

Since metoclopramide is excreted principally through the kidneys, in those patients whose creatinine clearance is below 40 mL/min, therapy should be initiated at approximately one-half the recommended dosage. Depending upon clinical efficacy and safety considerations, the dosage may be increased or decreased as appropriate.

See **OVERDOSAGE** section for information regarding dialysis.

Metoclopramide undergoes minimal hepatic metabolism, except for simple conjugation. Its safe use has been described in patients with advanced liver disease whose renal function was normal.

**HOW SUPPLIED**

Each white, round, unscored, debossed "BL/92", compressed metoclopramide tablet contains 5 mg metoclopramide (present as the hydrochloride).  Available in bottles of 100 and 500.

Each white, round, scored, debossed "BL/93", compressed metoclopramide tablet contains 10 mg metoclopramide (present as the hydrochloride).  Available in bottles of 100, 500 and 1000.

**Dispense in a tight, light-resistant container.**

This product is light sensitive.  It should be inspected before use and discarded if either color or particulate is observed.

Tablets should be stored at 20° to 25°C (68° to 77°F) [See USP Controlled Room Temperature].

Manufactured By:
**TEVA PHARMACEUTICALS USA**
Sellersville, PA 18960

Rev. I 5/2005





1

**METOCLOPRAMIDE TABLETS, USP**   [Deleted: ,]

2204
2203

**Rx only**
**DESCRIPTION**
Metoclopramide hydrochloride is a white or practically white, crystalline, odorless or practically odorless powder. It is very soluble in water, freely soluble in alcohol, sparingly soluble in chloroform and practically insoluble in ether. Chemically, it is 4-amino-5-chloro-*N*-[2-(diethylamino)ethyl]-2-methoxy benzamide monohydrochloride monohydrate. Its structural formula is as follows:



$C_{14}H_{22}ClN_3O_2 \cdot HCl \cdot H_2O$          M.W.  354.3

Each tablet for oral administration contains 5 mg or 10 mg metoclopramide (present as the hydrochloride).

**Inactive Ingredients**
Corn starch, dibasic calcium phosphate, magnesium stearate, microcrystalline cellulose and sodium starch glycolate.

[Deleted: Corn Starch, Dibasic Calcium Phosphate, Magnesium Stearate, Microcrystalline Cellulose and Sodium Starch Glycolate ¶]

**CLINICAL PHARMACOLOGY**
Metoclopramide stimulates motility of the upper gastrointestinal tract without stimulating gastric, biliary, or pancreatic secretions. Its mode of action is unclear. It seems to sensitize tissues to the action of acetylcholine. The effect of metoclopramide on motility is not dependent on intact vagal innervation, but it can be abolished by anticholinergic drugs.

Metoclopramide increases the tone and amplitude of gastric (especially antral) contractions, relaxes the pyloric sphincter and the duodenal bulb, and increases peristalsis of the duodenum

2

and jejunum resulting in accelerated gastric emptying and intestinal transit.  It increases the resting tone of the lower esophageal sphincter.  It has little, if any, effect on the motility of the colon or gallbladder.

In patients with gastroesophageal reflux and low LESP (lower esophageal sphincter pressure), single oral doses of metoclopramide produce dose-related increases in LESP.  Effects begin at about 5 mg and increase through 20 mg (the largest dose tested).  The increase in LESP from a 5 mg dose lasts about 45 minutes and that of 20 mg lasts between 2 and 3 hours.  Increased rate of stomach emptying has been observed with single oral doses of 10 mg.

The antiemetic properties of metoclopramide appear to be a result of its antagonism of central and peripheral dopamine receptors.  Dopamine produces nausea and vomiting by stimulation of the medullary chemoreceptor trigger zone (CTZ), and metoclopramide blocks stimulation of the CTZ by agents like l-dopa or apomorphine which are known to increase dopamine levels or to possess dopamine-like effects.  Metoclopramide also abolishes the slowing of gastric emptying caused by apomorphine.

Like the phenothiazines and related drugs, which are also dopamine antagonists, metoclopramide produces sedation and may produce extrapyramidal reactions, although these are comparatively rare (see **WARNINGS**).  Metoclopramide inhibits the central and peripheral effects of apomorphine, induces release of prolactin and causes a transient increase in circulating aldosterone levels, which may be associated with transient fluid retention.

The onset of pharmacological action of metoclopramide is 1 to 3 minutes following an intravenous dose, 10 to 15 minutes following intramuscular administration, and 30 to 60 minutes following an oral dose; pharmacological effects persist for 1 to 2 hours.

### Pharmacokinetics

Metoclopramide is rapidly and well absorbed.  Relative to an intravenous dose of 20 mg, the absolute oral bioavailability of metoclopramide is 80% ± 15.5% as demonstrated in a crossover study of 18 subjects.  Peak plasma concentrations occur at about 1 to 2 hr after a single oral dose.  Similar time to peak is observed after individual doses at steady state.

In a single dose study of 12 subjects, the area under the drug concentration-time curve increases linearly with doses from 20 to 100 mg.  Peak concentrations increase linearly with dose; time to peak concentrations remains the same; whole body clearance is unchanged; and the elimination rate remains the same.  The average elimination half-life in individuals with normal renal function is 5 to 6 hr.  Linear kinetic processes adequately describe the absorption and elimination of metoclopramide.

Approximately 85% of the radioactivity of an orally administered dose appears in the urine within 72 hr.  Of the 85% eliminated in the urine, about half is present as free or conjugated metoclopramide.

The drug is not extensively bound to plasma proteins (about 30%).  The whole body volume of distribution is high (about 3.5 L/kg) which suggests extensive distribution of drug to the tissues.

Deleted: two
Deleted: three
Deleted: L
Deleted: one
Deleted: three
Deleted: one
Deleted: two
Deleted: one
Deleted: two hours
Deleted: five
Deleted: six hours.
Deleted: hours.

3

Renal impairment affects the clearance of metoclopramide.  In a study with patients with varying degrees of renal impairment, a reduction in creatinine clearance was correlated with a reduction in plasma clearance, renal clearance, non-renal clearance, and increase in elimination half-life. The kinetics of metoclopramide in the presence of renal impairment remained linear however. The reduction in clearance as a result of renal impairment suggests that adjustment downward of maintenance dosage should be done to avoid drug accumulation.

**Adult Pharmacokinetic Data**

| Parameter | Value |
|---|---|
| Vd (L/kg) | ~ 3.5 |
| Plasma Protein Binding | ~ 30% |
| $t_{1/2}$ (hr) | 5 to 6 |
| Oral Bioavailability | 80% ± 15.5% |

In pediatric patients, the pharmacodynamics of metoclopramide following oral and intravenous administration are highly variable and a concentration-effect relationship has not been established.

There are insufficient reliable data to conclude whether the pharmacokinetics of metoclopramide in adults and the pediatric population are similar.  Although there are insufficient data to support the efficacy of metoclopramide in pediatric patients with symptomatic gastroesophageal reflux (GER) or cancer chemotherapy-related nausea and vomiting, its pharmacokinetics have been studied in these patient populations.

In an open-label study, six pediatric patients (age range, 3.5 weeks to 5.4 months) with GER received metoclopramide 0.15 mg/kg oral solution every 6 hours for 10 doses.  The mean peak plasma concentration of metoclopramide after the tenth dose was 2 fold (56.8 mcg/L) higher compared to that observed after the first dose (29 mcg/L) indicating drug accumulation with repeated dosing.  After the tenth dose, the mean time to reach peak concentrations (2.2 hr), half-life (4.1 hr), clearance (0.67 L/h/kg), and volume of distribution (4.4 L/kg) of metoclopramide were similar to those observed after the first dose.  In the youngest patient (age, 3.5 weeks), metoclopramide half-life after the first and the tenth dose (23.1 and 10.3 hr, respectively) was significantly longer compared to other infants due to reduced clearance.  This may be attributed to immature hepatic and renal systems at birth.

Single intravenous doses of metoclopramide 0.22 to 0.46 mg/kg (mean, 0.35 mg/kg) were administered over 5 minutes to 9 pediatric cancer patients receiving chemotherapy (mean age, 11.7 years; range, 7 to 14 yr) for prophylaxis of cytotoxic-induced vomiting.  The metoclopramide plasma concentrations extrapolated to time zero ranged from 65 to 395 mcg/L (mean, 152 mcg/L).  The mean elimination half-life, clearance, and volume of distribution of metoclopramide were 4.4 hr (range, 1.7 to 8.3 hr), 0.56 L/h/kg (range, 0.12 to 1.20 L/h/kg), and 3.0 L/kg (range, 1.0 to 4.8 L/kg), respectively.

In another study, nine pediatric cancer patients (age range, 1 to 9 yr) received 4 to 5 intravenous infusions (over 30 minutes) of metoclopramide at a dose of 2 mg/kg to control emesis.  After the last dose, the peak serum concentrations of metoclopramide ranged from 1060 to 5680 mcg/L.

Deleted: Parameter Value ... [1]

Deleted: ¶ ¶

Deleted: )

Deleted: Pediatric Pharmacokinetic Studies¶ Reference ... [2]

The mean elimination half-life, clearance, and volume of distribution of metoclopramide were 4.5 hr (range, 2.0 to 12.5 hr), 0.37 L/h/kg (range, 0.10 to 1.24 L/h/kg), and 1.93 L/kg (range, 0.95 to 5.50 L/kg), respectively.

## INDICATIONS AND USAGE

**The use of metoclopramide tablets is recommended for adults only. Therapy should not exceed 12 weeks in duration.**

### Symptomatic Gastroesophageal Reflux

Metoclopramide tablets are indicated as short-term (4 to 12 weeks) therapy for adults with symptomatic, documented gastroesophageal reflux who fail to respond to conventional therapy.

The principal effect of metoclopramide is on symptoms of postprandial and daytime heartburn with less observed effect on nocturnal symptoms.  If symptoms are confined to particular situations, such as following the evening meal, use of metoclopramide as single doses prior to the provocative situation should be considered, rather than using the drug throughout the day. Healing of esophageal ulcers and erosions has been endoscopically demonstrated at the end of a 12 week trial using doses of 15 mg q.i.d.  As there is no documented correlation between symptoms and healing of esophageal lesions, patients with documented lesions should be monitored endoscopically.

### Diabetic Gastroparesis (Diabetic Gastric Stasis)

Metoclopramide tablets are indicated for the relief of symptoms associated with acute and recurrent diabetic gastric stasis.  The usual manifestations of delayed gastric emptying (e.g., nausea, vomiting, heartburn, persistent fullness after meals, and anorexia) appear to respond to metoclopramide within different time intervals.  Significant relief of nausea occurs early and continues to improve over a three-week period.  Relief of vomiting and anorexia may precede the relief of abdominal fullness by one week or more.

| Deleted: is |

| Deleted: |

## CONTRAINDICATIONS

Metoclopramide should not be used whenever stimulation of gastrointestinal motility might be dangerous, e.g., in the presence of gastrointestinal hemorrhage, mechanical obstruction, or perforation.

Metoclopramide is contraindicated in patients with pheochromocytoma because the drug may cause a hypertensive crisis, probably due to release of catecholamines from the tumor.  Such hypertensive crises may be controlled by phentolamine.

Metoclopramide is contraindicated in patients with known sensitivity or intolerance to the drug.

Metoclopramide should not be used in epileptics or patients receiving other drugs which are likely to cause extrapyramidal reactions, since the frequency and severity of seizures or extrapyramidal reactions may be increased.

## WARNINGS

5

Mental depression has occurred in patients with and without prior history of depression. Symptoms have ranged from mild to severe and have included suicidal ideation and suicide. Metoclopramide should be given to patients with a prior history of depression only if the expected benefits outweigh the potential risks.

Extrapyramidal symptoms, manifested primarily as acute dystonic reactions, occur in approximately 1 in 500 patients treated with the usual adult dosages of 30 to 40 mg/day of metoclopramide.  These usually are seen during the first 24 to 48 hours of treatment with metoclopramide, occur more frequently in pediatric patients and adult patients less than 30 years of age and are even more frequent at the higher doses.  These symptoms may include involuntary movements of limbs and facial grimacing, torticollis, oculogyric crisis, rhythmic protrusion of tongue, bulbar type of speech, trismus, or dystonic reactions resembling tetanus.  Rarely, dystonic reactions may present as stridor and dyspnea, possibly due to laryngospasm.  If these symptoms should occur, inject 50 mg of diphenhydramine hydrochloride intramuscularly, and they usually will subside.  Benztropine mesylate, 1 to 2 mg intramuscularly, may also be used to reverse these reactions.

Parkinsonian-like symptoms have occurred, more commonly within the first 6 months after beginning treatment with metoclopramide, but occasionally after longer periods.  These symptoms generally subside within 2 to 3 months following discontinuance of metoclopramide. Patients with preexisting Parkinson's disease should be given metoclopramide cautiously, if at all, since such patients may experience exacerbation of parkinsonian symptoms when taking metoclopramide.

**Tardive Dyskinesia**
Tardive dyskinesia, a syndrome consisting of potentially irreversible, involuntary, dyskinetic movements may develop in patients treated with metoclopramide.  Although the prevalence of the syndrome appears to be highest among the elderly, especially elderly women, it is impossible to predict which patients are likely to develop the syndrome.  Both the risk of developing the syndrome and the likelihood that it will become irreversible are believed to increase with the duration of treatment and the total cumulative dose.

Less commonly, the syndrome can develop after relatively brief treatment periods at low doses; in these cases, symptoms appear more likely to be reversible.

There is no known treatment for established cases of tardive dyskinesia although the syndrome may remit, partially or completely, within several weeks-to-months after metoclopramide is withdrawn.  Metoclopramide itself, however, may suppress (or partially suppress) the signs of tardive dyskinesia, thereby masking the underlying disease process.  The effect of this symptomatic suppression upon the long-term course of the syndrome is unknown.  Therefore, the use of metoclopramide for the symptomatic control of tardive dyskinesia is not recommended.

**Neuroleptic Malignant Syndrome (NMS)**
There have been rare reports of an uncommon but potentially fatal symptom complex sometimes referred to as Neuroleptic Malignant Syndrome (NMS) associated with metoclopramide. Clinical manifestations of NMS include hyperthermia, muscle rigidity, altered consciousness, and

| Deleted: six |
| Deleted: two |
| Deleted: three |

evidence of autonomic instability (irregular pulse or blood pressure, tachycardia, diaphoresis and cardiac arrhythmias).

The diagnostic evaluation of patients with this syndrome is complicated. In arriving at a diagnosis, it is important to identify cases where the clinical presentation includes both serious medical illness (e.g., pneumonia, systemic infection, etc.) and untreated or inadequately treated extrapyramidal signs and symptoms (EPS). Other important considerations in the differential diagnosis include central anticholinergic toxicity, heat stroke, malignant hyperthermia, drug fever and primary central nervous system (CNS) pathology.

The management of NMS should include 1) immediate discontinuation of metoclopramide and other drugs not essential to concurrent therapy, 2) intensive symptomatic treatment and medical monitoring, and 3) treatment of any concomitant serious medical problems for which specific treatments are available. Bromocriptine and dantrolene sodium have been used in treatment of NMS, but their effectiveness have not been established (see **ADVERSE REACTIONS**).

## PRECAUTIONS
### General
In one study in hypertensive patients, intravenously administered metoclopramide was shown to release catecholamines; hence, caution should be exercised when metoclopramide is used in patients with hypertension.

Because metoclopramide produces a transient increase in plasma aldosterone, certain patients, especially those with cirrhosis or congestive heart failure, may be at risk of developing fluid retention and volume overload.  If these side effects occur at any time during metoclopramide therapy, the drug should be discontinued.

Adverse reactions, especially those involving the nervous system, may occur after stopping the use of metoclopramide. A small number of patients may experience a withdrawal period after stopping metoclopramide that could include dizziness, nervousness, and/or headaches.

### Information for Patients
The use of metoclopramide is recommended for adults only. Metoclopramide may impair the mental and/or physical abilities required for the performance of hazardous tasks such as operating machinery or driving a motor vehicle.  The ambulatory patient should be cautioned accordingly.

### Drug Interactions
The effects of metoclopramide on gastrointestinal motility are antagonized by anticholinergic drugs and narcotic analgesics.  Additive sedative effects can occur when metoclopramide is given with alcohol, sedatives, hypnotics, narcotics, or tranquilizers.

The finding that metoclopramide releases catecholamines in patients with essential hypertension suggests that it should be used cautiously, if at all, in patients receiving monoamine oxidase inhibitors.

Absorption of drugs from the stomach may be diminished (e.g., digoxin) by metoclopramide, whereas the rate and/or extent of absorption of drugs from the small bowel may be increased (e.g., acetaminophen, tetracycline, levodopa, ethanol, cyclosporine).

Gastroparesis (gastric stasis) may be responsible for poor diabetic control in some patients. Exogenously administered insulin may begin to act before food has left the stomach and lead to hypoglycemia. Because the action of metoclopramide will influence the delivery of food to the intestines and thus the rate of absorption, insulin dosage or timing of dosage may require adjustment.

**Carcinogenesis, Mutagenesis, Impairment of Fertility**
A 77 week study was conducted in rats with oral doses up to about 40 times the maximum recommended human daily dose. Metoclopramide elevates prolactin levels and the elevation persists during chronic administration. Tissue culture experiments indicate that approximately one-third of human breast cancers are prolactin-dependent *in vitro*, a factor of potential importance if the prescription of metoclopramide is contemplated in a patient with previously detected breast cancer. Although disturbances such as galactorrhea, amenorrhea, gynecomastia, and impotence have been reported with prolactin-elevating drugs, the clinical significance of elevated serum prolactin levels is unknown for most patients. An increase in mammary neoplasms has been found in rodents after chronic administration of prolactin-stimulating neuroleptic drugs and metoclopramide. Neither clinical studies nor epidemiologic studies conducted to date, however, have shown an association between chronic administration of these drugs and mammary tumorigenesis; the available evidence is too limited to be conclusive at this time.

An Ames mutagenicity test performed on metoclopramide was negative.

**Pregnancy Category B**
Reproduction studies performed in rats, mice and rabbits by the I.V., I.M., S.C., and oral routes at maximum levels ranging from 12 to 250 times the human dose have demonstrated no impairment of fertility or significant harm to the fetus due to metoclopramide. There are, however, no adequate and well-controlled studies in pregnant women. Because animal reproduction studies are not always predictive of human response, this drug should be used during pregnancy only if clearly needed.

**Nursing Mothers**
Metoclopramide is excreted in human milk. Caution should be exercised when metoclopramide is administered to a nursing mother.

**Pediatric Use**
Safety and effectiveness in pediatric patients have not been established (see **OVERDOSAGE**).

Care should be exercised in administering metoclopramide to neonates since prolonged clearance may produce excessive serum concentrations (see **CLINICAL PHARMACOLOGY, Pharmacokinetics**). In addition, neonates have reduced levels of NADH-cytochrome b₅

| **Deleted:** nicotinamide adenine dinucleotide-methemoglobin |
|---|

reductase which, in combination with the aforementioned pharmacokinetic factors, make neonates more susceptible to methemoglobinemia (see **OVERDOSAGE**).

The safety profile of metoclopramide in adults cannot be extrapolated to pediatric patients. Dystonias and other extrapyramidal reactions associated with metoclopramide are more common in the pediatric population than in adults (see **WARNINGS** and **ADVERSE REACTIONS, Extrapyramidal Reactions**).

## Geriatric Use
Clinical studies of metoclopramide did not include sufficient numbers of subjects aged 65 and over to determine whether elderly subjects respond differently from younger subjects.

The risk of developing parkinsonian-like side effects increases with ascending dose. Geriatric patients should receive the lowest dose of metoclopramide that is effective. If parkinsonian-like symptoms develop in a geriatric patient receiving metoclopramide, metoclopramide should generally be discontinued before initiating any specific anti-parkinsonian agents (see **WARNINGS** and **DOSAGE AND ADMINISTRATION, For the Relief of Symptomatic Gastroesophageal Reflux**).

The elderly may be at greater risk for tardive dyskinesia (see **WARNINGS, Tardive Dyskinesia**).

Sedation has been reported in metoclopramide users. Sedation may cause confusion and manifest as over-sedation in the elderly (see **CLINICAL PHARMACOLOGY; PRECAUTIONS, Information for Patients; and ADVERSE REACTIONS, CNS Effects**).

Metoclopramide is known to be substantially excreted by the kidney, and the risk of toxic reactions to this drug may be greater in patients with impaired renal function (see **DOSAGE AND ADMINISTRATION, Use in Patients with Renal or Hepatic Impairment**).

For these reasons, dose selection for an elderly patient should be cautious, usually starting at the low end of the dosing range, reflecting the greater frequency of decreased renal function, concomitant disease, or other drug therapy in the elderly (see **DOSAGE AND ADMINISTRATION, For the Relief of Symptomatic Gastroesophageal Reflux and Use in Patients with Renal or Hepatic Impairment**).

## Other Special Populations
Patients with NADH-cytochrome $b_5$ reductase deficiency are at an increased risk of developing methemoglobinemia and/or sulfhemoglobinemia when metoclopramide is administered. In patients with G6PD deficiency who experience metoclopramide-induced methemoglobinemia, methylene blue treatment is not recommended (see **OVERDOSAGE**).

## ADVERSE REACTIONS
In general, the incidence of adverse reactions correlates with the dose and duration of metoclopramide administration. The following reactions have been reported, although in most instances, data do not permit an estimate of frequency:

9

**CNS Effects**

Restlessness, drowsiness, fatigue, and lassitude occur in approximately 10% of patients receiving the most commonly prescribed dosage of 10 mg q.i.d.  (see **PRECAUTIONS**).  Insomnia, headache, confusion, dizziness, or mental depression with suicidal ideation (see **WARNINGS**) occur less frequently.  The incidence of drowsiness is greater at higher doses.  There are isolated reports of convulsive seizures without clearcut relationship to metoclopramide.  Rarely, hallucinations have been reported.

| | |
|---|---|
| | Deleted: |
| | Deleted: - |
| | Deleted: |

**Extrapyramidal Reactions (EPS)**

Acute dystonic reactions, the most common type of EPS associated with metoclopramide, occur in approximately 0.2% of patients (1 in 500) treated with 30 to 40 mg of metoclopramide per day.   Symptoms include involuntary movements of limbs, facial grimacing, torticollis, oculogyric crisis, rhythmic protrusion of tongue, bulbar type of speech, trismus, opisthotonus (tetanus-like reactions), and, rarely, stridor and dyspnea possibly due to laryngospasm; ordinarily these symptoms are readily reversed by diphenhydramine (see **WARNINGS**).

Parkinsonian-like symptoms may include bradykinesia, tremor, cogwheel rigidity, mask-like facies (see **WARNINGS**).

Tardive dyskinesia most frequently is characterized by involuntary movements of the tongue, face, mouth, or jaw, and sometimes by involuntary movements of the trunk and/or extremities; movements may be choreoathetotic in appearance (see **WARNINGS**).

Motor restlessness (akathisia) may consist of feelings of anxiety, agitation, jitteriness, and insomnia, as well as inability to sit still, pacing, foot tapping.  These symptoms may disappear spontaneously or respond to a reduction in dosage.

**Neuroleptic Malignant Syndrome**

Rare occurrences of neuroleptic malignant syndrome (NMS) have been reported. This potentially fatal syndrome is comprised of the symptom complex of hyperthermia, altered consciousness, muscular rigidity, and autonomic dysfunction (see **WARNINGS**).

**Endocrine Disturbances**

Galactorrhea, amenorrhea, gynecomastia, impotence secondary to hyperprolactinemia (see **PRECAUTIONS**).   Fluid retention secondary to transient elevation of aldosterone (see **CLINICAL PHARMACOLOGY**).

**Cardiovascular**

Hypotension, hypertension, supraventricular tachycardia, bradycardia, fluid retention, acute congestive heart failure, and possible AV block (see **CONTRAINDICATIONS** and **PRECAUTIONS**).

| | |
|---|---|
| | Deleted: . |

**Gastrointestinal**

Nausea and bowel disturbances, primarily diarrhea.

10

### Hepatic
Rarely, cases of hepatotoxicity, characterized by such findings as jaundice and altered liver function tests, when metoclopramide was administered with other drugs with known hepatotoxic potential.

### Renal
Urinary frequency and incontinence.

### Hematologic
A few cases of neutropenia, leukopenia, or agranulocytosis, generally without clear-cut relationship to metoclopramide. Methemoglobinemia, in adults and especially with overdosage in neonates (see **OVERDOSAGE**). Sulfhemoglobinemia in adults.

**Deleted:** -

### Allergic Reactions
A few cases of rash, urticaria, or bronchospasm, especially in patients with a history of asthma. Rarely, angioneurotic edema, including glossal or laryngeal edema.

### Miscellaneous
Visual disturbances.  Porphyria.

**Deleted:** Rare occurrences of neuroleptic malignant syndrome (NMS) have been reported.  This potentially fatal syndrome is comprised of the symptom complex of hyperthermia, altered consciousness, muscular rigidity, and autonomic dysfunction.

**Deleted:** ¶

### OVERDOSAGE
Symptoms of overdosage may include drowsiness, disorientation, and extrapyramidal reactions. Anticholinergic or antiparkinson drugs or antihistamines with anticholinergic properties may be helpful in controlling the extrapyramidal reactions.  Symptoms are self-limiting and usually disappear within 24 hours.

Hemodialysis removes relatively little metoclopramide, probably because of the small amount of the drug in blood relative to tissues.  Similarly, continuous ambulatory peritoneal dialysis does not remove significant amounts of drug.  It is unlikely that dosage would need to be adjusted to compensate for losses through dialysis.  Dialysis is not likely to be an effective method of drug removal in overdose situations.

Unintentional overdose due to misadministration has been reported in infants and children with the use of metoclopramide oral solution.  While there was no consistent pattern to the reports associated with these overdoses, events included seizures, extrapyramidal reactions, and lethargy.

Methemoglobinemia has occurred in premature and full-term neonates who were given overdoses of metoclopramide (1 to 4 mg/kg/day orally, intramuscularly or intravenously for 1 to 3 or more days). Methemoglobinemia can be reversed by the intravenous administration of methylene blue. However, methylene blue may cause hemolytic anemia in patients with G6PD deficiency, which may be fatal (see **PRECAUTIONS, Other Special Populations**).

**Deleted:** one

**Deleted:** three

**Deleted:** Methemoglobinemia has not been reported in neonates treated with 0.5 mg/kg/day in divided doses.

### DOSAGE AND ADMINISTRATION
Therapy with metoclopramide tablets should not exceed 12 weeks in duration.

**Formatted:** Font: Bold

**For the Relief of Symptomatic Gastroesophageal Reflux**

Administer from 10 mg to 15 mg of metoclopramide tablet, orally up to q.i.d. 30 minutes before each meal and at bedtime, depending upon symptoms being treated and clinical response (see **CLINICAL PHARMACOLOGY** and **INDICATIONS AND USAGE**). If symptoms occur only intermittently or at specific times of the day, use of metoclopramide in single doses up to 20 mg prior to the provoking situation may be preferred rather than continuous treatment. Occasionally, patients (such as elderly patients) who are more sensitive to the therapeutic or adverse effects of metoclopramide will require only 5 mg per dose.

Experience with esophageal erosions and ulcerations is limited, but healing has thus far been documented in one controlled trial using q.i.d. therapy at 15 mg/dose, and this regimen should be used when lesions are present, so long as it is tolerated (see **ADVERSE REACTIONS**). Because of the poor correlation between symptoms and endoscopic appearance of the esophagus, therapy directed at esophageal lesions is best guided by endoscopic evaluation.

Therapy longer than 12 weeks has not been evaluated and cannot be recommended.

**For the Relief of Symptoms Associated with Diabetic Gastroparesis (Diabetic Gastric Stasis)**

Administer 10 mg of metoclopramide 30 minutes before each meal and at bedtime for two to eight weeks, depending upon response and the likelihood of continued well-being upon drug discontinuation.

The initial route of administration should be determined by the severity of the presenting symptoms. If only the earliest manifestations of diabetic gastric stasis are present, oral administration of metoclopramide may be initiated. However, if severe symptoms are present, therapy should begin with metoclopramide injection (consult labeling of the injection prior to initiating parenteral administration).

Administration of metoclopramide injection up to 10 days may be required before symptoms subside, at which time oral administration may be instituted. Since diabetic gastric stasis is frequently recurrent, metoclopramide therapy should be reinstituted at the earliest manifestation.

**Use in Patients with Renal or Hepatic Impairment**

Since metoclopramide is excreted principally through the kidneys, in those patients whose creatinine clearance is below 40 mL/min, therapy should be initiated at approximately one-half the recommended dosage. Depending upon clinical efficacy and safety considerations, the dosage may be increased or decreased as appropriate.

See **OVERDOSAGE** section for information regarding dialysis.

Metoclopramide undergoes minimal hepatic metabolism, except for simple conjugation. Its safe use has been described in patients with advanced liver disease whose renal function was normal.

**HOW SUPPLIED**

12

Each white, round, unscored, debossed "BL/92", compressed metoclopramide tablet contains 5 mg metoclopramide (present as the hydrochloride).  Available in bottles of 100 and 500.

Each white, round, scored, debossed "BL/93", compressed metoclopramide tablet contains 10 mg metoclopramide (present as the hydrochloride).  Available in bottles of 100, 500 and 1000.

**Dispense in a tight, light-resistant container.**

This product is light sensitive.  It should be inspected before use and discarded if either color or particulate is observed.

Tablets should be stored at 20° to 25°C (68° to 77°F) [See USP Controlled Room Temperature].

Manufactured By:
**TEVA PHARMACEUTICALS USA**
Sellersville, PA 18960

Rev. J 5/2005

| Formatted: Font: Bold |
| --- |

| Deleted: ¶ |
| --- |

| Deleted: TABLETS SHOULD BE STORED AT |
| --- |

| Deleted: H 7/2004 |
| --- |
| Formatted: Font: 10 pt |
| Formatted: Left |

| Parameter Value | |
| --- | --- |
| Vd (L/kg) | ~ 3.5 |
| **Plasma Protein Binding** | **~ 30%** |
| $t_{1/2}$ (hr) | 5 to 6 |
| Oral Bioavailability | 80% ± 15.5% |

### *Pediatric Pharmacokinetic Studies*

| Reference | Dose, Route | $T_{1/2}$ (hr) | Cl (L/hr/kg) | Vd (L/kg) | $C_{max}$ (mcg/L) |
| --- | --- | --- | --- | --- | --- |
| 1. | 0.15 mg/kg oral soln, multiple dose | 4.1[a, b] | 0.67 ± 0.14 | 4.4 ± 0.65 (Vd$_{area}$) | 1st dose = 29 ± 2.3<br>10th dose = 56.8 ± 10.5 |

Data presented as means ± SEM.
SEM not available.
Kearns, GL, et al. *J Pediatric Gastroenterol Nutr* 7(6):823-829, 1988.

# Exhibit B



| | |
|---|---|
| **Administrative Offices:**<br>TEVA PHARMACEUTICALS USA<br>1090 Horsham Road, PO Box 1090<br>North Wales, PA 19454-1090 | **Philip Erickson, R.Ph.**<br>Sr. Director, Regulatory Affairs<br>Solid Oral Dosage Forms |

Direct Dial: (215) 591-3141
Direct Fax: (215 ) 591-8812
philip.erickson@tevausa.com

June 24, 2005

Gary Buehler, Director                              **LABELING SUPPLEMENT**
Office of Generic Drugs
Food and Drug Administration
Document Control Room
Metro Park North II
7500 Standish Place, Room 150
Rockville, MD 20855-2773

ANDA #70-184
METOCLOPRAMIDE TABLETS USP, 10 mg
SUPPLEMENT – CHANGES BEING EFFECTED IN 0 DAYS

Dear Mr. Buehler:

We submit herewith a supplement to the above-referenced ANDA in response to the insert revision for the Reference Listed Drug, approved on July 26, 2004. The revised package insert provided herein will be implemented immediately.

Enclosed please find a disk containing our revised package insert, Rev. I 5/2005 in PDF and Word formats, along with a comparison to the previous version of the package insert in PDF format. In accord with the Agency's Submission Guideline dated November 8, 1991, we draw your attention to the essentially identical supplement to the following application: ANDA #72-801 Metoclopramide Tablets USP, 5 mg.

This information is submitted for your review and approval. If there are any questions, please do not hesitate to contact me at (215) 591-3141 or via facsimile at (215) 591-8812.

Sincerely,

PE/dm
Enclosures

CONFIDENTIAL

TEVA0014376

# Exhibit C



**Administrative Offices:**
TEVA PHARMACEUTICALS USA
1090 Horsham Road, PO Box 1090
North Wales, PA 19454-1090

**Philip Erickson, R.Ph.**
Sr. Director, Regulatory Affairs

Direct Dial: (215) 591-3141
Direct FAX: (215) 591-8812
philip.erickson@tevausa.com

July 20, 2009

Gary Buehler, Director
Office of Generic Drugs
Food and Drug Administration
Document Control Room
Metro Park North II
7500 Standish Place, Room 150
Rockville, MD 20855-2773

**SPECIAL SUPPLEMENT –
CHANGES BEING EFFECTED IN 0 DAYS**

ANDA #72-801
METOCLOPRAMIDE TABLETS USP, 5 mg
SPECIAL SUPPLEMENT - CHANGES BEING EFFECTED IN 0 DAYS

Dear Mr. Buehler:

We submit herewith a Special Supplement – Changes Being Effected in 0 days to the above-referenced Abbreviated New Drug Application. Specifically, Teva's drug product labeling has been revised in accord with the most current labeling for the reference listed drug (RLD), Reglan® Tablets (NDA 17-854, approved on June 30, 2009). Pursuant to Section 505(o)(4) of the FDCA, the RLD labeling was revised to include new safety information pertaining to the risk of tardive dyskinesia. In addition, the RLD labeling now contains an Agency-approved Medication Guide, which has become a part of the RLD's Risk Evaluation and Mitigation Strategy (REMS).

Based on the aforementioned RLD updates, Teva's drug product labeling has been revised to include a revised package insert with new safety information and a new Medication Guide. Pursuant to 21 CFR 208.24(b), Teva Pharmaceuticals USA hereby states that a sufficient number of Medication Guides will be affixed to each bottle provided to the authorized dispensers such that the dispenser can provide a Medication Guide to each patient receiving the drug product. Specifically, 4 Medication Guides will be affixed to the 100 count bottle and 17 Medication Guides will be affixed to the 500 count bottle. Furthermore, in accord with 21 CFR 208.24(d), Teva Pharmaceuticals USA's container labeling has been revised to include a statement, in a prominent and conspicuous manner, instructing the authorized dispenser to provide a Medication Guide to each patient to whom the drug product is dispensed.

ANDA #72-801
METOCLOPRAMIDE TABLETS USP, 5 mg
SPECIAL SUPPLEMENT - CHANGES BEING EFFECTED IN 0 DAYS
Page 2 of 2

Enclosed herein on 1 CD-ROM, please find the following:

- Revised Final Print Package Insert (Rev. J 7/2009) in Word, PDF, and SPL formats, with a PDF comparison to Teva's previously submitted insert (Rev. I 5/2005)
- New Final Print Medication Guide (Iss. 7/2009) in Word, PDF, and SPL formats, with a PDF comparison to RLD's Agency-approved Medication Guide (Revised June 2009).
- Revised Container Labels for the 100 count (Rev. E 7/2009) and 500 count (Rev. F 7/2009) bottles in Word and PDF formats, with a PDF comparison to Teva's previously submitted container labels

The information is submitted for your review and approval. If there are any questions, please do not hesitate to contact me by telephone at (215) 591-3141 or by facsimile at (215) 591-8812.

Sincerely,

Philip Erickson

PE/sa
Enclosures

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

## APPLICATION TO MARKET A NEW DRUG, BIOLOGIC, OR AN ANTIBIOTIC DRUG FOR HUMAN USE
(Title 21, Code of Federal Regulations, Parts 314 & 601)

Form Approved: OMB No. 0910-0430
Expiration Date: April 30, 2009
See OMB Statement on page 2.

**FOR FDA USE ONLY**

APPLICATION NUMBER

### APPLICANT INFORMATION

| NAME OF APPLICANT **TEVA Pharmaceuticals USA** | DATE OF SUBMISSION **July 20, 2009** |
|---|---|
| TELEPHONE NO. (Include Area Code) **(215) 591-3000** | FACSIMILE (FAX) Number (Include Area Code) **(215) 591-8812** |
| APPLICANT ADDRESS (Number, Street, City, State, Country, ZIP Code or Mail Code, and U.S. License number if previously issued) **1090 Horsham Road** **PO Box 1090** **North Wales, PA 19454** | AUTHORIZED U.S. AGENT NAME & ADDRESS (Number, Street, City, State, ZIP Code, telephone & FAX number) IF APPLICABLE |

### PRODUCT DESCRIPTION

NEW DRUG OR ANTIBIOTIC APPLICATION NUMBER, OR BIOLOGICS LICENSE APPLICATION NUMBER (If previously issued) **72-801**

| ESTABLISHED NAME (e.g., Proper name, USP/USAN name) **METOCLOPRAMIDE TABLETS, USP** | PROPRIETARY NAME (trade name) IF ANY **N/A** |
|---|---|
| CHEMICAL/BIOCHEMICAL/BLOOD PRODUCT NAME (If any) **4-amino-5-chloro-N-[2-(diethylamino)ethyl]-2-methoxy benzamide monohydrochloride monohydrate** | CODE NAME (If any) **N/A** |

| DOSAGE FORM: **TABLET** | STRENGTHS: **5 mg** | ROUTE OF ADMINISTRATION: **ORAL** |
|---|---|---|

(PROPOSED) INDICATION(S) FOR USE:
**Symptomatic gastroesophageal reflux: indicated as short term (4 to 12 weeks) therapy for adults with symptomatic, documented reflux who fail to respond to conventional therapy. Diabetic gastroparesis (diabetic gastric stasis): indicated for the relief of symptoms associated with acute and recurrent diabetic gastric stasis.**

### APPLICATION DESCRIPTION

APPLICATION TYPE
(check one)  ☐ NEW DRUG APPLICATION (CDA, 21 CFR 314.50)  ☒ ABBREVIATED NEW DRUG APPLICATION (ANDA, 21 CFR 314.94)
☐ BIOLOGICS LICENSE APPLICATION (BLA, 21 CFR Part 601)

IF AN NDA, IDENTIFY THE APPROPRIATE TYPE:  ☐ 505 (b)(1)  ☐ 505 (b)(2)

IF AN ANDA, OR 505(b)(2), IDENTIFY THE REFERENCE LISTED DRUG PRODUCT THAT IS THE BASIS FOR THE SUBMISSION

Name of Drug **REGLAN®**                    Holder of Approved Application **ALAVEN PHARM**

TYPE OF SUBMISSION (check one)  ☐ ORIGINAL APPLICATION  ☐ AMENDMENT TO APENDING APPLICATION  ☐ RESUBMISSION
☐ PRESUBMISSION  ☐ ANNUAL REPORT  ☐ ESTABLISHMENT DESCRIPTION SUPPLEMENT  ☐ EFFICACY SUPPLEMENT
☒ LABELING SUPPLEMENT  ☐ CHEMISTRY MANUFACTURING AND CONTROLS SUPPLEMENT  ☐ OTHER

IF A SUBMISSION OF PARTIAL APPLICATION, PROVIDE LETTER DATE OF AGREEMENT TO PARTIAL SUBMISSION: _____

IF A SUPPLEMENT, IDENTIFY THE APPROPRIATE CATEGORY  ☒ CBE  ☐ CBE-30  ☐ Prior Approval (PA)

REASON FOR SUBMISSION
**SPECIAL SUPPLEMENT – CHANGES BEING EFFECTED IN 0 DAYS**

PROPOSED MARKETING STATUS (check one)  ☒ PRESCRIPTION PRODUCT (Rx)  ☐ OVER THE COUNTER PRODUCT (OTC)

NUMBER OF VOLUMES SUBMITTED ___1___        THIS APPLICATION IS  ☐ PAPER  ☐ PAPER AND ELECTRONIC  ☒ ELECTRONIC

ESTABLISHMENT INFORMATION (Full establishment information should be provided in the body of the Application.)
Provide locations of all manufacturing, packaging and control sites for drug substance and drug product (continuation sheets may be used if necessary). Include name, address, contact, telephone number, registration number (CFN), DMF number, and manufacturing steps and/or type of testing (e.g. Final dosage form, Stability testing) conducted at the site. Please indicate whether the site is ready for inspection or, if not, when it will be ready.
N/A

Cross References (list related License Applications, INDs, NDAs, PMAs, 510(k)s, IDEs, BMFs, and DMFs referenced in the current application)
N/A

FORM FDA 356h (4/06)                    **1**                    PAGE 1 OF 2

| | This application contains the following items: *(Check all that apply)* |
|---|---|
| ☐ | 1. Index |
| ☒ | 2. Labeling *(check one)*  ☐ Draft Labeling  ☒ Final Printed Labeling |
| ☐ | 3. Summary (21 CFR 314.50 (c)) |
| ☐ | 4. Chemistry section |
| ☐ |    A.  Chemistry, manufacturing, and controls information (e.g., 21 CFR 314.50(d)(1); 21 CFR 601.2) |
| ☐ |    B.  Samples (21 CFR 314.50 (e)(1); 21 CFR 601.2 (a)) (Submit only upon FDA's request) |
| ☐ |    C.  Methods validation package (e.g., 21 CFR 314.50(e)(2)(i); 21 CFR 601.2) |
| ☐ | 5. Nonclinical pharmacology and toxicology section (e.g., 21 CFR 314.50(d)(2); 21 CFR 601.2) |
| ☐ | 6. Human pharmacokinetics and bioavailability section (e.g., 21 CFR 314.50(d)(3); 21 CFR 601.2) |
| ☐ | 7. Clinical Microbiology (e.g., 21 CFR 314.50(d)(4)) |
| ☐ | 8. Clinical data section (e.g., 21 CFR 314.50(d)(5); 21 CFR 601.2) |
| ☐ | 9. Safety update report (e.g., 21 CFR 314.50(d)(5)(vi)(b); 21 CFR 601.2) |
| ☐ | 10. Statistical section (e.g., 21 CFR 314.50(d)(6); 21 CFR 601.2) |
| ☐ | 11. Case report tabulations (e.g., 21 CFR 314.50(f)(1); 21 CFR 601.2) |
| ☐ | 12. Case report forms (e.g., 21 CFR 314.50 (f)(2); 21 CFR 601.2) |
| ☐ | 13. Patent information on any patent which claims the drug (21 U.S.C. 355(b) or (c)) |
| ☐ | 14. A patent certification with respect to any patent which claims the drug (21 U.S.C. 355 (b)(2) or (j)(2)(A)) |
| ☐ | 15. Establishment description (21 CFR Part 600, if applicable) |
| ☐ | 16. Debarment certification (FD&C Act 306 (k)(1)) |
| ☐ | 17. Field copy certification (21 CFR 314.50 (l)(3)) |
| ☐ | 18. User Fee Cover Sheet (Form FDA 3397) |
| ☐ | 19. Financial Information (21 CFR Part 54) |
| ☒ | 20. OTHER *(Specify)* 1 CD-ROM with labeling, 356h, and cover letter |

**CERTIFICATION**

I agree to update this application with new safety information about the product that may reasonably affect the statement of contraindications, warnings, precautions, or adverse reactions in the draft labeling. I agree to submit safety update reports as provided for by regulation or as requested by FDA. If this application is approved, I agree to comply with all applicable laws and regulations that apply to approved applications, including, but not limited to the following:
1. Good manufacturing practice regulations in 21 CFR Parts 210, 211 or applicable regulations, Parts 606, and/or 820.
2. Biological establishment standards in 21 CFR Part 600.
3. Labeling regulations in 21 CFR Parts 201, 606, 610, 660, and/or 809.
4. In the case of a prescription drug or biological product, prescription drug advertising regulations in 21 CFR Part 202.
5. Regulations on making changes in application in FD&C Act section 506A, 21 CFR 314.71, 314.72, 314.97, 314.99, and 601.12.
6. Regulations on Reports in 21 CFR 314.80, 314.81, 600.80, and 600.81.
7. Local, state and Federal environmental impact laws.
If this application applies to a drug product that FDA has proposed for scheduling under the Controlled Substances Act, I agree not to market the product until the Drug Enforcement Administration makes a final scheduling decision.
The data and information in this submission have been reviewed and, to the best of my knowledge are certified to be true and accurate.
**Warning:** A willfully false statement is a criminal offense, U.S. Code, title 18, section 1001.

| SIGNATURE OF RESPONSIBLE OFFICIAL OR AGENT | TYPED NAME AND TITLE | DATE: |
|---|---|---|
| *Philip Erickson /gz* | **Philip Erickson, R.Ph.**<br>**Senior Director, Regulatory Affairs** | 7/20/09 |
| ADDRESS *(Street, City, State, and ZIP Code)*<br>**TEVA Pharmaceuticals USA**<br>**1090 Horsham Road, PO Box 1090, North Wales, PA 19454** | | Telephone Number<br>**(215) 591-3000** |

**Public reporting burden** for this collection of information is estimated to average 24 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to:

| Department of Health and Human Services<br>Food and Drug Administration<br>Center for Drug Evaluation and Research<br>Central Document Room<br>5901-B Ammendale Road<br>Beltsville, MD 20705-1266 | Department of Health and Human Services<br>Food and Drug Administration<br>Center for Biologics Evaluation and Research (HFM-99)<br>1401 Rockville Pike<br>Rockville, MD 20852-1448 | An agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a currently valid OMB control number. |

FORM FDA 356h (4/06)

**2**

PAGE 2 OF 2



3

NDC 0093-**2204**-05

# METOCLOPRAMIDE
# Tablets, USP

5 mg

PHARMACIST: PLEASE DISPENSE WITH
ATTACHED MEDICATION GUIDE

℞ only

**500 TABLETS**



Each tablet contains 5 mg
metoclopramide (present as the
hydrochloride).

**Usual Dosage:** See package insert
for full prescribing information.

Store at 20° to 25°C (68° to 77°F)
[See USP Controlled Room
Temperature].

Dispense in a tight, light-resistant
container.

**PROTECT FROM LIGHT.**

KEEP THIS AND ALL MEDICATIONS
OUT OF THE REACH OF CHILDREN.

TEVA PHARMACEUTICALS USA
Sellersville, PA 18960

Rev. F/2009

0093-2204-05



```
<<
  /ASCII85EncodePages false
  /AllowTransparency false
  /AutoPositionEPSFiles true
  /AutoRotatePages /None
  /Binding /Left
  /CalGrayProfile (Dot Gain 20%)
  /CalRGBProfile (sRGB IEC61966-2.1)
  /CalCMYKProfile (U.S. Web Coated \050SWOP\051 v2)
  /sRGBProfile (sRGB IEC61966-2.1)
  /CannotEmbedFontPolicy /Error
  /CompatibilityLevel 1.4
  /CompressObjects /Tags
  /CompressPages true
  /ConvertImagesToIndexed true
  /PassThroughJPEGImages true
  /CreateJobTicket false
  /DefaultRenderingIntent /Default
  /DetectBlends true
  /DetectCurves 0.0000
  /ColorConversionStrategy /CMYK
  /DoThumbnails false
  /EmbedAllFonts true
  /EmbedOpenType false
  /ParseICCProfilesInComments true
  /EmbedJobOptions true
  /DSCReportingLevel 0
  /EmitDSCWarnings false
  /EndPage -1
  /ImageMemory 1048576
  /LockDistillerParams false
  /MaxSubsetPct 100
  /Optimize true
  /OPM 1
  /ParseDSCComments true
  /ParseDSCCommentsForDocInfo true
  /PreserveCopyPage true
  /PreserveDICMYKValues true
  /PreserveEPSInfo true
  /PreserveFlatness true
  /PreserveHalftoneInfo false
  /PreserveOPIComments true
  /PreserveOverprintSettings true
  /StartPage 1
  /SubsetFonts true
  /TransferFunctionInfo /Apply
  /UCRandBGInfo /Preserve
  /UsePrologue false
  /ColorSettingsFile (None)
```

```
/AlwaysEmbed [ true
]
/NeverEmbed [ true
]
/AntiAliasColorImages false
/CropColorImages true
/ColorImageMinResolution 300
/ColorImageMinResolutionPolicy /OK
/DownsampleColorImages true
/ColorImageDownsampleType /Bicubic
/ColorImageResolution 300
/ColorImageDepth -1
/ColorImageMinDownsampleDepth 1
/ColorImageDownsampleThreshold 1.50000
/EncodeColorImages true
/ColorImageFilter /DCTEncode
/AutoFilterColorImages true
/ColorImageAutoFilterStrategy /JPEG
/ColorACSImageDict <<
  /QFactor 0.15
  /HSamples [1 1 1 1] /VSamples [1 1 1 1]
>>
/ColorImageDict <<
  /QFactor 0.15
  /HSamples [1 1 1 1] /VSamples [1 1 1 1]
>>
/JPEG2000ColorACSImageDict <<
  /TileWidth 256
  /TileHeight 256
  /Quality 30
>>
/JPEG2000ColorImageDict <<
  /TileWidth 256
  /TileHeight 256
  /Quality 30
>>
/AntiAliasGrayImages false
/CropGrayImages true
/GrayImageMinResolution 300
/GrayImageMinResolutionPolicy /OK
/DownsampleGrayImages true
/GrayImageDownsampleType /Bicubic
/GrayImageResolution 300
/GrayImageDepth -1
/GrayImageMinDownsampleDepth 2
/GrayImageDownsampleThreshold 1.50000
/EncodeGrayImages true
/GrayImageFilter /DCTEncode
/AutoFilterGrayImages true
```

```
/GrayImageAutoFilterStrategy /JPEG
/GrayACSImageDict <<
  /QFactor 0.15
  /HSamples [1 1 1 1] /VSamples [1 1 1 1]
>>
/GrayImageDict <<
  /QFactor 0.15
  /HSamples [1 1 1 1] /VSamples [1 1 1 1]
>>
/JPEG2000GrayACSImageDict <<
  /TileWidth 256
  /TileHeight 256
  /Quality 30
>>
/JPEG2000GrayImageDict <<
  /TileWidth 256
  /TileHeight 256
  /Quality 30
>>
/AntiAliasMonoImages false
/CropMonoImages true
/MonoImageMinResolution 1200
/MonoImageMinResolutionPolicy /OK
/DownsampleMonoImages true
/MonoImageDownsampleType /Bicubic
/MonoImageResolution 1200
/MonoImageDepth -1
/MonoImageDownsampleThreshold 1.50000
/EncodeMonoImages true
/MonoImageFilter /CCITTFaxEncode
/MonoImageDict <<
  /K -1
>>
/AllowPSXObjects false
/CheckCompliance [
  /None
]
/PDFX1aCheck false
/PDFX3Check false
/PDFXCompliantPDFOnly false
/PDFXNoTrimBoxError true
/PDFXTrimBoxToMediaBoxOffset [
  0.00000
  0.00000
  0.00000
  0.00000
]
/PDFXSetBleedBoxToMediaBox true
/PDFXBleedBoxToTrimBoxOffset [
```

0.00000
0.00000
0.00000
0.00000
]
/PDFXOutputIntentProfile (None)
/PDFXOutputConditionIdentifier ()
/PDFXOutputCondition ()
/PDFXRegistryName ()
/PDFXTrapped /False

/CreateJDFFile false
/Description <<
 /CHS
<FEFF4f7f75288fd94e9b8bbe5b9a521b5efa7684002000410064006f0062006500200050004
4004600200265876863900275284e8e9ad88d2891cf76845370524d53705237300260a853ef4ee
54f7f75280020004100630072006f006200610074002054c002000410064006f006200650020
00520065006100640065007200200035002e0030002
04ee553ca66f49ad87248672c676562535f00521b5efa76840020005000440046002065876863
3002>
 /CHT
<FEFF4f7f752890194e9b8a2d7f6e5efa7acb76840020004100640069006f006200650020005000440
0046002065874ef69069752865bc9ad854c18cea76845370524d5370523786557406300260a
853ef4ee54f7f7528002000410063006f0072006f0062006100740020548c002000410064006f006200650020
0065002000520065006100640065007200200035002e003000204ee553ca66f49ad87248672
c4f86958b555f5df25efa7acb76840020005000440046002065874ef63002>
 /DAN
<FEFF004200720075006700200069006e006400730074006900006c006c0069006e006700650
072006e0065002000740069006c002000610074002000006f0070007200650074004007400650020
00410064006f0062006500200050004400460064006d00650076006500720075006e0070006500740065
0072002c00200064006500720020006200650064007300740069006500740020006500720020006500720
0007300690006700002000740069006c0002000700072006500700072006500730073002d0007500
640073006b007200650076006e0069006e006700650020006800610020006300200006b0
0760061006c0069007400650074002e002000044006500200070007200650074007400650
00640065002000500044004600200064006400f006b0075006d0065006e0074006500720020200006
b0061006e0002000e50062006e0065006500730073006900200004006300720065006007400
200065006c006c0065006500720020002000410063006f0072006f0062006100740020005200650006400
06500072002002000350002e00300002000f00670072006e0079006500720065006e002e>
 /DEU
<FEFF005600650072007700650006e00640065006e002000530069006900650020006400690065
0730065006500200045006900650073006500006c0075006e0067006500200020007a0075
006d00200045007200730074006500006c0065006500200076006f006e00410064006f006b006f
0062006500200050004400460064004f006b0075006d0065006e00740065006e002c002
00076006f006e00200064006500006e00200064006400f006b006b00740065006e002000500006300680007
007006500720074004009006b0007006500200074006f006f006f007200720006500730073002d0044004007200
750063006b006500200070007200200064006500006500f006d06300680007400
065006e002e00200045007200730074006500006c006c0074006500200065006e00f00660069006700740
0200004100630072006f006200610074002000750006e00640064006f006200650020

005200650061006400650072002000350002e00300020006f0064006500720020006800f60068
006500720020006f007006500f600660066006e0065007400200077006500720064006500e002
e>
    /ESP
<FEFF005500740069006c00690063006300650020006500730074006100200063006f006e00660
690067007500720061006300300064006900f3006e002000700061007200610020006300720065006100610
07200200064006f00630075006d0065006e0074006f0073002000500044004600200064006500
0200041006400f006200650020006100640065006300750061006400f0073002000700061000
07200610020006900640d07000720065007300690073006900f3006e002000700072006500200
006900740f00720069006c00c0020006400650020006100c0074006100200063006100061006
c006900640061006400022e00200053006500200070007500650061006500e00200061006200
7200690072002000640006f00630075006e0074006f00730020004100640066002000440046002000
6300720065006100640006f00730020006300f006e002000410063007200f00620061007400
2c002000410064006f00620065006500200052006500061006400650072002000350002e00300020
07900200076006500720073006900f006e0065006500730002000070006f0073007400650072006900
0f007200650073002e>
    /FRA
<FEFF005500740069006c006900730065007a00200063006500730020006f00700074006900
6f006e007300200064006800690006e0020006400650072002000630072006e900650072002000640
06500730020006400f006300750006d0065006e00740007300200041006400f006200650000200
05000440046002000700065007300f00750072002000f007500650007100750061006c006900690074
00e900200020064002700069006900d007000720065007300730069006900e00620020007200900
07007200065007300730065002e020004c0065007300200064006f00630075006d0065006e00
74007300200005000440046002006200061007300200900730020020007500700700760065006e0
0074002000ea00740072002006500020006f00750075007600060072004007300200064006100
006e0073002000410063006300720072006f006200720060074002c02006100690006e007300900200071007500
700410064006f006200650002005200650061006400650072002000350002e00300020006500
7400200076006500720073006900f006e0073002000750006c007400e90072006900650007500
0720065007300
2e>
    /ITA
<FEFF005500740069006c006900770a007a006100610070002065006000200071007500650073007400650
0200069006d0070006f007300740061007a0069006f006e0069002000700065007200200063000
07200650061007200200064006f00630075006d0065006e0074006900200041006400f006200650002005000440046002005000440002
00070006900f00200065006e00f00740074006900200074006100200075006e00610020007000
720065007300740070006100630074006f00f00620061007400650068900200061002000750006e00610020007500
0061006c0069007400f0002e002000490020006400f00630075006d0065006e006e007400690200
00500004400460062006100730073006900f00730073006f006e006e00200071007500
06500730073007007200720070006f0073007400690006f00730069006900760065002e020000400
100630072006f006200720060074002000650007400200069004006400f0062006500020005200650061006
4006500720002000350002e003000200065006500200076006500720073006900f006e0069006900200
07300750063006300650073007300690009007600065002e>
    /JPN
<FEFF9ad854c18cea306a30d730ea30d730ec30b951fa529b7528002000410064006f006200
6500200050005000040046002065ff8306e4f5c6210306b4f7f75283057307e305930023053306
e8a2d5b9a30674f5c62103053308c305f00200005000440046002030530a130a430eb306f300
100410063007200f0062006100740002030a30883073002000410064006f006200650002000050
5200650061006400650072002000350002e003002004ee5964d3067958b304f30533068304c30
67304d307e305930023053306e8a2d5b9a306b306f30d530a930f330c8306e57cb30818fbc30

7f304c5fc59808306730593002>
/KOR
<FEFFc7740020c124c815c7440020c0acc6a9d558c5ec0020ace0d488c9c80020c2dcd5d800
20c778c1c4c5d00020ac00c7a50020c801d569d55c002000410064006f006200650020000500
4400460020bb38c11cb97c0020c791c131d569b2c8b2e4002e0020c774b807ac8c0020c791c
131b41c0020005000440046002000bb38c11c290020004100630072006f0062006100740020
bc0f00200041006400060062006500020052006500610064006500720020000035002e003000020
c774c0c1c5d0c11c0020c5f40020c2180020c788c2b5b2c8b2e4002e>
/NLD (Gebruik deze instellingen om Adobe PDF-documenten te maken die zijn
geoptimaliseerd voor prepress-afdrukken van hoge kwaliteit. De gemaakte PDF-documenten
kunnen worden geopend met Acrobat en Adobe Reader 5.0 en hoger.)
/NOR
<FEFF004200720075006b00200006400069007300730006500200069006e006e0073007400690
06c006c0069006e00670065006e0065005002000740069006c002000e50020006f007000700072
006500740074004650020000410064006f006200650020005000440046002d0064006f006b0075
006d0065006e007400650072007200200073006f006d00200065007200200062006500730074002
000650067006e0065007400200066006f00720020002000660f8007200740072007900006b006b007
3007500740073006b0072006900006074002000610076006f0790e020006800f8007900200760760
61006c00690074007400650074002000650064006f006b0075006d0065006e0e0
0740065006e00650020002006b0061006e002000e50070006e0065007300200069002000410063
0072006f006200610007400200065006c00c006500720020004100640006f006200650020052
0065006100640065007200200035002e003000020006500c006c0065007200720020730065006
e006500720020065002e>
/PTB
<FEFF005500740069006c0069007a006500200020006500730073007300610073006f006e00
6600069006700700075072006100e700f5006500730020002000640065002000200066006f0072006d006100
2000610020002006300720069006010072002000046006300730065006d005006c006e0074006f007300
2000410064006f006200650020005000440046002d006100069006900670073002000610006400650
0710075006010064006f0073002000700061007200200061002000700072200e9002d069006d00070
00720065007003007300f500650075073002000640006400650074007200510075007006
1006c0069006900640004065002e0020004f07300200064006f06300750065006e006e007
4006f0073002000050004400460020002000630720069006900014006f007300200070006f0064006
5006d002000730065007200200065006f006200650020007300640064006f007600d006002000
f0200041063007200660062066100740020006500200065020006f002000410064006f00620065020
0052006050061064005007200200035002e003000020006500200760065007200730f5006
5007300200070006f0073007400406500720069006f007200650073002e>
/SUO
<FEFF004b00e40079007400e40020006e00e40069007400e40020006100730065007400750
06b0073007300690061001002c0020006b0075006e0020006c0075007400200064006900
006e006e00e40020007600610061007400690070006100760061006e006e0020007000610069006e0e006
10074007500b00730065006e0020007600610c006d00069007300740075007400
79006f006600800f6006e0200207300600700f600690900760061006006100200410006400460620000065002
0005004400460020024006d00f006f00750006d00065006e0074004067406500072006002000
74006900070400200f6006e00006406004100760680e00f06500074006610020e00
02000410063007200600062066100740006c0069006006006006100610020004100640006f0
0620065002000050069006100640064006500720020002000035002e0030003a006c006c00610020006a
00610020002007500750064006500d006d006d0069006c006c006c0061002e>
/SVE

<FEFF0041006e007600e4006e006400200006400650020006800e4007200200069006e007300
07400e4006c006c006e0069006e006700610072006e00610020006f006d0020006400750020
00760069006c006c0020007300b0061007000610020004100640006f0062002065002000500004
40046002d0064006f006b0075006d0065006e00740020007300f006d002000e400720020006
c00e4006d0070006c006c0069006700610020002000660f6007200200070007200650070007200650
0730073002d007500740073006b0072007200690066007400420065006d006500500f60067
0020006b007600610b006c0069007400650074002e002002000053006b0610070006100640065
0020005000440046002d0064006f006b0075006d0065006e0074002000b0061006e002000f6
0070007000650061007300200006900200041006300070072006f0062006500740020006f00630068
0020004100640006f006200650020005200650061006400650072200200035002e0030002000f
00063006800200007300650006006100720065002e>

/ENU (Use these settings to create Adobe PDF documents best suited for high-quality
prepress printing.  Created PDF documents can be opened with Acrobat and Adobe Reader
5.0 and later.)
  >>
 /Namespace [
  (Adobe)
  (Common)
  (1.0)
 ]
 /OtherNamespaces [
  <<
   /AsReaderSpreads false
   /CropImagesToFrames true
   /ErrorControl /WarnAndContinue
   /FlattenerIgnoreSpreadOverrides false
   /IncludeGuidesGrids false
   /IncludeNonPrinting false
   /IncludeSlug false
   /Namespace [
     (Adobe)
     (InDesign)
     (4.0)
   ]
   /OmitPlacedBitmaps false
   /OmitPlacedEPS false
   /OmitPlacedPDF false
   /SimulateOverprint /Legacy
  >>
  <<
   /AddBleedMarks false
   /AddColorBars false
   /AddCropMarks false
   /AddPageInfo false
   /AddRegMarks false
   /ConvertColors /ConvertToCMYK
   /DestinationProfileName ()
   /DestinationProfileSelector /DocumentCMYK
   /Downsample16BitImages true

```
  /FlattenerPreset <<
    /PresetSelector /MediumResolution
  >>
  /FormElements false
  /GenerateStructure false
  /IncludeBookmarks false
  /IncludeHyperlinks false
  /IncludeInteractive false
  /IncludeLayers false
  /IncludeProfiles false
  /MultimediaHandling /UseObjectSettings
  /Namespace [
    (Adobe)
    (CreativeSuite)
    (2.0)
  ]
  /PDFXOutputIntentProfileSelector /DocumentCMYK
  /PreserveEditing true
  /UntaggedCMYKHandling /LeaveUntagged
  /UntaggedRGBHandling /UseDocumentProfile
  /UseDocumentBleed false
>>
]
>> setdistillerparams
<<
  /HWResolution [2400 2400]
  /PageSize [612.000 792.000]
>> setpagedevice
```

*METOCLOPRAMIDE TABLETS USP – TEVA – CONTAINER LABEL*

| | | Deleted: ¶<br>¶ |

Main Panel:   **NDC** 0093-**2204**-01

**METOCLOPRAMIDE Tablets, USP**

**5 mg**

| | Deleted: <sp>¶ |

PHARMACIST:  PLEASE DISPENSE WITH ATTACHED MEDICATION GUIDE

**Rx only**

| | Deleted:     Each tablet contains ¶<br>Metoclopramide          5 mg¶<br>(present as the hydrochloride)¶<br>¶ |

**100 TABLETS**

TEVA

Side Panel:   Each tablet contains 5 mg metoclopramide (present as the hydrochloride).

| | Deleted: For dosage and other |

**Usual Dosage:** See package insert for full prescribing information.

| | Deleted:   see accompanying product literature |

Store at 20° to 25°C (68° to 77°F) [See USP Controlled Room Temperature].

Dispense in a tight, light-resistant container.

**PROTECT FROM LIGHT.**

KEEP THIS AND ALL MEDICATIONS OUT OF THE REACH OF CHILDREN.

TEVA PHARMACEUTICALS USA
Sellersville, PA 18960

Rev. E 7/2009

| | Deleted: D |
| | Deleted: 2004 |

*METOCLOPRAMIDE TABLETS USP – TEVA – CONTAINER LABEL*

| | | Deleted: ¶ ¶ |

Main Panel:    **NDC** 0093-**2204**-05

**METOCLOPRAMIDE Tablets, USP**

**5 mg**

| | | Deleted: <sp>¶ ¶ Each tablet contains:¶ Metoclopramide          5 mg¶ (present as the hydrochloride).¶ |

PHARMACIST:  PLEASE DISPENSE WITH ATTACHED MEDICATION GUIDE

**Rx only**

**500 TABLETS**

TEVA

Side Panel:    Each tablet contains 5 mg metoclopramide (present as the hydrochloride).

| | | Deleted: For dosage and other |

**Usual Dosage:** See package insert for full prescribing information.

| | | Deleted:  , see accompanying product literature |

Store at 20° to 25°C (68° to 77°F) [See USP Controlled Room Temperature].

Dispense in a tight, light-resistant container.

**PROTECT FROM LIGHT.**

KEEP THIS AND ALL MEDICATIONS OUT OF THE REACH OF CHILDREN.

TEVA PHARMACEUTICALS USA
Sellersville, PA 18960

Rev. F 7/2009

| | | Deleted: E |
| | | Deleted: 2004 |
| | | Deleted: ¶ |

*METOCLOPRAMIDE TABLETS USP – TEVA – CONTAINER LABEL*

Main Panel:   **NDC** 0093-**2204**-01

**METOCLOPRAMIDE Tablets, USP**

**5 mg**

PHARMACIST:  PLEASE DISPENSE WITH ATTACHED MEDICATION GUIDE

**Rx only**

**100 TABLETS**

TEVA

Side Panel:   Each tablet contains 5 mg metoclopramide (present as the hydrochloride).

**Usual Dosage:** See package insert for full prescribing information.

Store at 20° to 25°C (68° to 77°F) [See USP Controlled Room Temperature].

Dispense in a tight, light-resistant container.

**PROTECT FROM LIGHT.**

KEEP THIS AND ALL MEDICATIONS OUT OF THE REACH OF CHILDREN.

TEVA PHARMACEUTICALS USA
Sellersville, PA 18960

Rev. E 7/2009

*METOCLOPRAMIDE TABLETS USP – TEVA – CONTAINER LABEL*

Main Panel:   **NDC** 0093-**2204**-05

                **METOCLOPRAMIDE Tablets, USP**

                **5 mg**

                PHARMACIST:  PLEASE DISPENSE WITH ATTACHED MEDICATION GUIDE

                **Rx only**

                **500 TABLETS**

                TEVA

Side Panel:   Each tablet contains 5 mg metoclopramide (present as the hydrochloride).

                **Usual Dosage:** See package insert for full prescribing information.

                Store at 20° to 25°C (68° to 77°F) [See USP Controlled Room Temperature].

                Dispense in a tight, light-resistant container.

                **PROTECT FROM LIGHT.**

                KEEP THIS AND ALL MEDICATIONS OUT OF THE REACH OF CHILDREN.

                TEVA PHARMACEUTICALS USA
                Sellersville, PA 18960

                                        Rev. F 7/2009



Administrative Offices:                                    Philip Erickson, R.Ph.
TEVA PHARMACEUTICALS USA                                  Sr. Director, Regulatory Affairs
1090 Horsham Road, PO Box 1090
North Wales, PA 19454-1090

Direct Dial: (215) 591-3141
Direct FAX: (215) 591-8812
philip.erickson@tevausa.com

July 20, 2009

Gary Buehler, Director                            **SPECIAL SUPPLEMENT –**
Office of Generic Drugs                     **CHANGES BEING EFFECTED IN 0 DAYS**
Food and Drug Administration
Document Control Room
Metro Park North II
7500 Standish Place, Room 150
Rockville, MD 20855-2773

ANDA #72-801
METOCLOPRAMIDE TABLETS USP, 5 mg
SPECIAL SUPPLEMENT - CHANGES BEING EFFECTED IN 0 DAYS

Dear Mr. Buehler:

We submit herewith a Special Supplement – Changes Being Effected in 0 days to the above-referenced Abbreviated New Drug Application. Specifically, Teva's drug product labeling has been revised in accord with the most current labeling for the reference listed drug (RLD), Reglan® Tablets (NDA 17-854, approved on June 30, 2009). Pursuant to Section 505(o)(4) of the FDCA, the RLD labeling was revised to include new safety information pertaining to the risk of tardive dyskinesia. In addition, the RLD labeling now contains an Agency-approved Medication Guide, which has become a part of the RLD's Risk Evaluation and Mitigation Strategy (REMS).

Based on the aforementioned RLD updates, Teva's drug product labeling has been revised to include a revised package insert with new safety information and a new Medication Guide. Pursuant to 21 CFR 208.24(b), Teva Pharmaceuticals USA hereby states that a sufficient number of Medication Guides will be affixed to each bottle provided to the authorized dispensers such that the dispenser can provide a Medication Guide to each patient receiving the drug product. Specifically, 4 Medication Guides will be affixed to the 100 count bottle and 17 Medication Guides will be affixed to the 500 count bottle. Furthermore, in accord with 21 CFR 208.24(d), Teva Pharmaceuticals USA's container labeling has been revised to include a statement, in a prominent and conspicuous manner, instructing the authorized dispenser to provide a Medication Guide to each patient to whom the drug product is dispensed.

ANDA #72-801
METOCLOPRAMIDE TABLETS USP, 5 mg
SPECIAL SUPPLEMENT - CHANGES BEING EFFECTED IN 0 DAYS
Page 2 of 2

Enclosed herein on 1 CD-ROM, please find the following:

- Revised Final Print Package Insert (Rev. J 7/2009) in Word, PDF, and SPL formats, with a PDF comparison to Teva's previously submitted insert (Rev. I 5/2005)
- New Final Print Medication Guide (Iss. 7/2009) in Word, PDF, and SPL formats, with a PDF comparison to RLD's Agency-approved Medication Guide (Revised June 2009).
- Revised Container Labels for the 100 count (Rev. E 7/2009) and 500 count (Rev. F 7/2009) bottles in Word and PDF formats, with a PDF comparison to Teva's previously submitted container labels

The information is submitted for your review and approval. If there are any questions, please do not hesitate to contact me by telephone at (215) 591-3141 or by facsimile at (215) 591-8812.

Sincerely,

*Philip Erickson/sa*

PE/sa
Enclosures

# Medication Guide

## METOCLOPRAMIDE TABLETS, USP

**Rx only**

Read the Medication Guide that comes with metoclopramide tablets, USP before you start taking them and each time you get a refill. There may be new information. If you take another product that contains metoclopramide (such as metoclopramide injection, metoclopramide orally disintegrating tablets, or metoclopramide oral syrup), you should read the Medication Guide that comes with that product. Some of the information may be different. This Medication Guide does not take the place of talking with your doctor about your medical condition or your treatment.

**What is the most important information I should know about metoclopramide tablets, USP?**

Metoclopramide tablets, USP can cause serious side effects, including:

**Abnormal muscle movements** called tardive dyskinesia (TD). These movements happen mostly in the face muscles. You can not control these movements. They may not go away even after stopping metoclopramide tablets, USP. There is no treatment for TD, but symptoms may lessen or go away over time after you stop taking metoclopramide tablets, USP.

Your chances for getting TD go up:

- the longer you take metoclopramide tablets, USP and the more metoclopramide tablets, USP you take. You should not take metoclopramide tablets, USP for more than 12 weeks.
- if you are older, especially if you are a woman
- if you have diabetes

It is not possible for your doctor to know if **you** will get TD if you take metoclopramide tablets, USP.

Call your doctor right away if you get movements you can not stop or control, such as:

- lip smacking, chewing, or puckering up your mouth
- frowning or scowling
- sticking out your tongue
- blinking and moving your eyes
- shaking of your arms and legs

See the section **"What are the possible side effects of metoclopramide tablets, USP?"** for more information about side effects.

**What are metoclopramide tablets, USP?**

Metoclopramide tablets, USP are a prescription medicine used:

- in adults for 4 to 12 weeks to relieve heartburn symptoms with gastroesophageal reflux disease (GERD) when certain other treatments do not work. Metoclopramide tablets, USP relieve daytime heartburn and heartburn after meals. They also help ulcers in the esophagus to heal.
- to relieve symptoms of slow stomach emptying in people with diabetes. Metoclopramide tablets, USP help treat symptoms such as nausea, vomiting, heartburn, feeling full long after a meal, and loss of appetite. Not all these symptoms get better at the same time.

It is not known if metoclopramide tablets, USP are safe and work in children.

**Who should not take metoclopramide tablets, USP?**

Do not take metoclopramide tablets, USP if you:

- have stomach or intestine problems that could get worse with metoclopramide tablets, USP, such as bleeding, blockage or a tear in the stomach or bowel wall
- have an adrenal gland tumor called a pheochromocytoma
- are allergic to metoclopramide tablets, USP or anything in them. See the end of this Medication Guide for a list of ingredients in metoclopramide tablets, USP.
- take medicines that can cause uncontrolled movements, such as medicines for mental illness
- have seizures

**What should I tell my doctor before taking metoclopramide tablets, USP?**

**Tell your doctor about all your medical conditions**, including if you have:

- depression
- Parkinson's disease
- high blood pressure
- kidney problems. Your doctor may start with a lower dose.
- liver problems or heart failure. Metoclopramide tablets, USP may cause your body to hold fluids.
- diabetes. Your dose of insulin may need to be changed.
- breast cancer
- you are pregnant or plan to become pregnant. It is not known if metoclopramide tablets, USP will harm your unborn baby.
- you are breast-feeding. Metoclopramide can pass into breast milk and may harm your baby. Talk with your doctor about the best way to feed your baby if you take metoclopramide tablets, USP.

**Tell your doctor about all the medicines you take, including prescription and non-prescription medicines, vitamins, and herbal supplements.** Metoclopramide tablets, USP and some other medicines may interact with each other and may not work as well, or cause possible side effects. Do not start any new medicines while taking metoclopramide tablets, USP until you talk with your doctor.

**Especially tell your doctor if you take:**

- another medicine that contains metoclopramide, such as metoclopramide orally disintegrating tablets, or metoclopramide oral syrup
- a blood pressure medicine
- a medicine for depression, especially a Monoamine Oxidase Inhibitor (MAOI)
- insulin
- a medicine that can make you sleepy, such as anti-anxiety medicine, sleep medicines, and narcotics.

If you are not sure if your medicine is one listed above, ask your doctor or pharmacist.
Know the medicines you take. Keep a list of them and show it to your doctor and pharmacist when you get a new medicine.

**How should I take metoclopramide tablets, USP?**

- Metoclopramide tablets, USP come as a tablet you take by mouth.
- Take metoclopramide tablets, USP exactly as your doctor tells you. Do not change your dose unless your doctor tells you.
- You should not take metoclopramide tablets, USP for more than 12 weeks.
- If you take too many metoclopramide tablets, USP, call your doctor or Poison Control Center right away.

**What should I avoid while taking metoclopramide tablets, USP?**

- Do not drink alcohol while taking metoclopramide tablets, USP. Alcohol may make some side effects of metoclopramide tablets, USP worse, such as feeling sleepy.
- Do not drive, work with machines, or do dangerous tasks until you know how metoclopramide tablets, USP affect you. Metoclopramide tablets, USP may cause sleepiness.

**What are the possible side effects of metoclopramide tablets, USP?**
**Metoclopramide tablets, USP can cause serious side effects, including:**

- **Abnormal muscle movements.** See **"What is the most important information I need to know about metoclopramide tablets, USP?"**
- **Uncontrolled spasms of your face and neck muscles, or muscles of your body, arms, and legs (dystonia).** These muscle spasms can cause abnormal movements and body positions. These spasms usually start within the first 2 days of treatment. These spasms happen more often in children and adults under age 30.
- **Depression, thoughts about suicide, and suicide.** Some people who take metoclopramide tablets, USP become depressed. You may have thoughts about hurting or killing yourself. Some people who take metoclopramide tablets, USP have ended their own lives (suicide).
- **Neuroleptic Malignant Syndrome (NMS).** NMS is a very rare but very serious condition that can happen with metoclopramide tablets, USP. NMS can cause death and must be treated in a hospital. Symptoms of NMS include: high fever, stiff muscles, problems thinking, very fast or uneven heartbeat, and increased sweating.
- **Parkinsonism.** Symptoms include slight shaking, body stiffness, trouble moving or keeping your balance. If you already have Parkinson's disease, your symptoms may become worse while you are receiving metoclopramide tablets, USP.

**Call your doctor and get medical help right away if you:**

- feel depressed or have thoughts about hurting or killing yourself
- have high fever, stiff muscles, problems thinking, very fast or uneven heartbeat, and increased sweating

- have muscle movements you cannot stop or control
- have muscle movements that are new or unusual

**Common side effects of metoclopramide tablets, USP include:**

- feeling restless, sleepy, tired, dizzy, or exhausted
- headache
- confusion
- trouble sleeping

You may have more side effects the longer you take metoclopramide tablets, USP and the more metoclopramide tablets, USP you take.

You may still have side effects after stopping metoclopramide tablets, USP. You may have symptoms from stopping (withdrawal) metoclopramide tablets, USP such as headaches, and feeling dizzy or nervous.

Tell your doctor about any side effects that bother you or do not go away. These are not all the possible side effects of metoclopramide tablets, USP.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store metoclopramide tablets, USP?**

- Keep metoclopramide tablets, USP at room temperature between 68°F to 77°F (20°C to 25°C).
- Keep metoclopramide tablets, USP in the bottle they come in. Keep the bottle closed tightly.

**Keep metoclopramide tablets, USP and all medicines out of the reach of children.**

**General information about metoclopramide tablets, USP**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use metoclopramide tablets, USP for a condition for which they were not prescribed. Do not give metoclopramide tablets, USP to other people, even if they have the same symptoms that you have. They may harm them.

This Medication Guide summarizes the most important information about metoclopramide tablets, USP. If you would like more information, talk with your doctor. You can ask your doctor or pharmacist for information about metoclopramide tablets, USP that is written for health professionals. For more information, call 1-888-838-2872, MEDICAL AFFAIRS.

**What are the ingredients in metoclopramide tablets, USP?**

**Active ingredient:** metoclopramide

**Inactive ingredients:** corn starch, dibasic calcium phosphate, magnesium stearate, microcrystalline cellulose and sodium starch glycolate

This Medication Guide has been approved by the U.S. Food and Drug Administration.

**TEVA PHARMACEUTICALS USA**

Sellersville, PA 18960

Iss. 7/2009

**Medication Guide**
**METOCLOPRAMIDE TABLETS, USP**

℞ **only**

Read the Medication Guide that comes with metoclopramide tablets, USP before you start taking them and each time you get a refill. There may be new information. If you take another product that contains metoclopramide (such as metoclopramide injection, metoclopramide orally disintegrating tablets, or metoclopramide oral syrup), you should read the Medication Guide that comes with that product. Some of the information may be different. This Medication Guide does not take the place of talking with your doctor about your medical condition or your treatment.

**What is the most important information I should know about metoclopramide tablets, USP?**
Metoclopramide tablets, USP can cause serious side effects, including:
**Abnormal muscle movements** called tardive dyskinesia (TD). These movements happen mostly in the face muscles. You can not control these movements. They may not go away even after stopping metoclopramide tablets, USP. There is no treatment for TD, but symptoms may lessen or go away over time after you stop taking metoclopramide tablets, USP.

Your chances for getting TD go up:
- the longer you take metoclopramide tablets, USP and the more metoclopramide tablets, USP you take. You should not take metoclopramide tablets, USP for more than 12 weeks.
- if you are older, especially if you are a woman
- if you have diabetes

It is not possible for your doctor to know if **you** will get TD if you take metoclopramide tablets, USP.
Call your doctor right away if you get movements you can not stop or control, such as:
- lip smacking, chewing, or puckering up your mouth
- frowning or scowling
- sticking out your tongue
- blinking and moving your eyes
- shaking of your arms and legs

See the section **"What are the possible side effects of metoclopramide tablets, USP?"** for more information about side effects.

**What are metoclopramide tablets, USP?**
Metoclopramide tablets, USP are a prescription medicine used:
- in adults for 4 to 12 weeks to relieve heartburn symptoms with gastroesophageal reflux disease (GERD) when certain other treatments do not work. Metoclopramide tablets, USP relieve daytime heartburn and heartburn after meals. They also help ulcers in the esophagus to heal.
- to relieve symptoms of slow stomach emptying in people with diabetes. Metoclopramide tablets, USP help treat symptoms such as nausea, vomiting, heartburn, feeling full long after a meal, and loss of appetite. Not all these symptoms get better at the same time.

It is not known if metoclopramide tablets, USP are safe and work in children.

**Who should not take metoclopramide tablets, USP?**
Do not take metoclopramide tablets, USP if you:
- have stomach or intestine problems that could get worse with metoclopramide tablets, USP, such as bleeding, blockage or a tear in the stomach or bowel wall
- have an adrenal gland tumor called a pheochromocytoma
- are allergic to metoclopramide tablets, USP or anything in them. See the end of this Medication Guide for a list of ingredients in metoclopramide tablets, USP.
- take medicines that can cause uncontrolled movements, such as medicines for mental illness
- have seizures

**What should I tell my doctor before taking metoclopramide tablets, USP?**
**Tell your doctor about all your medical conditions**, including if you have:
- depression
- Parkinson's disease
- high blood pressure
- kidney problems. Your doctor may start with a lower dose.
- liver problems or heart failure. Metoclopramide tablets, USP may cause your body to hold fluids.
- diabetes. Your dose of insulin may need to be changed.
- breast cancer
- you are pregnant or plan to become pregnant. It is not known if metoclopramide tablets, USP will harm your unborn baby.
- you are breast-feeding. Metoclopramide can pass into breast milk and may harm your baby. Talk with your doctor about the best way to feed your baby if you take metoclopramide tablets, USP.

**Tell your doctor about all the medicines you take, including prescription and non-prescription medicines, vitamins, and herbal supplements.** Metoclopramide tablets, USP and some other medicines may interact with each other and may not work as well, or cause possible side effects. Do not start any new medicines while taking metoclopramide tablets, USP until you talk with your doctor.

**Especially tell your doctor if you take:**
- another medicine that contains metoclopramide, such as metoclopramide orally disintegrating tablets, or metoclopramide oral syrup
- a blood pressure medicine
- a medicine for depression, especially a Monoamine Oxidase Inhibitor (MAOI)
- insulin
- a medicine that can make you sleepy, such as anti-anxiety medicine, sleep medicines, and narcotics.

If you are not sure if your medicine is one listed above, ask your doctor or pharmacist.

Know the medicines you take. Keep a list of them and show it to your doctor and pharmacist when you get a new medicine.

**How should I take metoclopramide tablets, USP?**
- Metoclopramide tablets, USP come as a tablet you take by mouth.
- Take metoclopramide tablets, USP exactly as your doctor tells you. Do not change your dose unless your doctor tells you.
- You should not take metoclopramide tablets, USP for more than 12 weeks.
- If you take too many metoclopramide tablets, USP, call your doctor or Poison Control Center right away.

**What should I avoid while taking metoclopramide tablets, USP?**
- Do not drink alcohol while taking metoclopramide tablets, USP. Alcohol may make some side effects of metoclopramide tablets, USP worse, such as feeling sleepy.
- Do not drive, work with machines, or do dangerous tasks until you know how metoclopramide tablets, USP affect you. Metoclopramide tablets, USP may cause sleepiness.

**What are the possible side effects of metoclopramide tablets, USP?**
**Metoclopramide tablets, USP can cause serious side effects, including:**
- **Abnormal muscle movements.** See **"What is the most important information I need to know about metoclopramide tablets, USP?"**
- **Uncontrolled spasms of your face and neck muscles, or muscles of your body, arms, and legs (dystonia).** These muscle spasms can cause abnormal movements and body positions. These spasms usually start within the first 2 days of treatment. These spasms happen more often in children and adults under age 30.
- **Depression, thoughts about suicide, and suicide.** Some people who take metoclopramide tablets, USP become depressed. You may have thoughts about hurting or killing yourself. Some people who take metoclopramide tablets, USP have ended their own lives (suicide).
- **Neuroleptic Malignant Syndrome (NMS).** NMS is a very rare but very serious condition that can happen with metoclopramide tablets, USP. NMS can cause death and must be treated in a hospital. Symptoms of NMS include: high fever, stiff muscles, problems thinking, very fast or uneven heartbeat, and increased sweating.
- **Parkinsonism.** Symptoms include slight shaking, body stiffness, trouble moving or keeping your balance. If you already have Parkinson's disease, your symptoms may become worse while you are receiving metoclopramide tablets, USP.

**Call your doctor and get medical help right away if you:**
- feel depressed or have thoughts about hurting or killing yourself
- have high fever, stiff muscles, problems thinking, very fast or uneven heartbeat, and increased sweating
- have muscle movements you cannot stop or control
- have muscle movements that are new or unusual

**Common side effects of metoclopramide tablets, USP include:**
- feeling restless, sleepy, tired, dizzy, or exhausted
- headache
- confusion
- trouble sleeping

You may have more side effects the longer you take metoclopramide tablets, USP and the more metoclopramide tablets, USP you take.

You may still have side effects after stopping metoclopramide tablets, USP. You may have symptoms from stopping (withdrawal) metoclopramide tablets, USP such as headaches, and feeling dizzy or nervous.

Tell your doctor about any side effects that bother you or do not go away. These are not all the possible side effects of metoclopramide tablets, USP.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store metoclopramide tablets, USP?**
- Keep metoclopramide tablets, USP at room temperature between 68°F to 77°F (20°C to 25°C).
- Keep metoclopramide tablets, USP in the bottle they come in. Keep the bottle closed tightly.

**Keep metoclopramide tablets, USP and all medicines out of the reach of children.**

**General information about metoclopramide tablets, USP**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use metoclopramide tablets, USP for a condition for which they were not prescribed. Do not give metoclopramide tablets, USP to other people, even if they have the same symptoms that you have. They may harm them.

This Medication Guide summarizes the most important information about metoclopramide tablets, USP. If you would like more information, talk with your doctor. You can ask your doctor or pharmacist for information about metoclopramide tablets, USP that is written for health professionals. For more information, call 1-888-838-2872, MEDICAL AFFAIRS.

**What are the ingredients in metoclopramide tablets, USP?**

**Active ingredient:** metoclopramide

**Inactive ingredients:** corn starch, dibasic calcium phosphate, magnesium stearate, microcrystalline cellulose and sodium starch glycolate

This Medication Guide has been approved by the U.S. Food and Drug Administration.

**TEVA PHARMACEUTICALS USA**
Sellersville, PA 18960

Iss. 7/2009

```
<<
  /ASCII85EncodePages false
  /AllowTransparency false
  /AutoPositionEPSFiles true
  /AutoRotatePages /None
  /Binding /Left
  /CalGrayProfile (Dot Gain 20%)
  /CalRGBProfile (sRGB IEC61966-2.1)
  /CalCMYKProfile (U.S. Web Coated \050SWOP\051 v2)
  /sRGBProfile (sRGB IEC61966-2.1)
  /CannotEmbedFontPolicy /Error
  /CompatibilityLevel 1.4
  /CompressObjects /Tags
  /CompressPages true
  /ConvertImagesToIndexed true
  /PassThroughJPEGImages true
  /CreateJobTicket false
  /DefaultRenderingIntent /Default
  /DetectBlends true
  /DetectCurves 0.0000
  /ColorConversionStrategy /CMYK
  /DoThumbnails false
  /EmbedAllFonts true
  /EmbedOpenType false
  /ParseICCProfilesInComments true
  /EmbedJobOptions true
  /DSCReportingLevel 0
  /EmitDSCWarnings false
  /EndPage -1
  /ImageMemory 1048576
  /LockDistillerParams false
  /MaxSubsetPct 100
  /Optimize true
  /OPM 1
  /ParseDSCComments true
  /ParseDSCCommentsForDocInfo true
  /PreserveCopyPage true
  /PreserveDICMYKValues true
  /PreserveEPSInfo true
  /PreserveFlatness true
  /PreserveHalftoneInfo false
  /PreserveOPIComments true
  /PreserveOverprintSettings true
  /StartPage 1
  /SubsetFonts true
  /TransferFunctionInfo /Apply
  /UCRandBGInfo /Preserve
  /UsePrologue false
  /ColorSettingsFile ()
```

```
/AlwaysEmbed [ true
]
/NeverEmbed [ true
]
/AntiAliasColorImages false
/CropColorImages true
/ColorImageMinResolution 300
/ColorImageMinResolutionPolicy /OK
/DownsampleColorImages true
/ColorImageDownsampleType /Bicubic
/ColorImageResolution 300
/ColorImageDepth -1
/ColorImageMinDownsampleDepth 1
/ColorImageDownsampleThreshold 1.50000
/EncodeColorImages true
/ColorImageFilter /DCTEncode
/AutoFilterColorImages true
/ColorImageAutoFilterStrategy /JPEG
/ColorACSImageDict <<
  /QFactor 0.15
  /HSamples [1 1 1 1] /VSamples [1 1 1 1]
>>
/ColorImageDict <<
  /QFactor 0.15
  /HSamples [1 1 1 1] /VSamples [1 1 1 1]
>>
/JPEG2000ColorACSImageDict <<
  /TileWidth 256
  /TileHeight 256
  /Quality 30
>>
/JPEG2000ColorImageDict <<
  /TileWidth 256
  /TileHeight 256
  /Quality 30
>>
/AntiAliasGrayImages false
/CropGrayImages true
/GrayImageMinResolution 300
/GrayImageMinResolutionPolicy /OK
/DownsampleGrayImages true
/GrayImageDownsampleType /Bicubic
/GrayImageResolution 300
/GrayImageDepth -1
/GrayImageMinDownsampleDepth 2
/GrayImageDownsampleThreshold 1.50000
/EncodeGrayImages true
/GrayImageFilter /DCTEncode
/AutoFilterGrayImages true
```

```
/GrayImageAutoFilterStrategy /JPEG
/GrayACSImageDict <<
  /QFactor 0.15
  /HSamples [1 1 1 1] /VSamples [1 1 1 1]
>>
/GrayImageDict <<
  /QFactor 0.15
  /HSamples [1 1 1 1] /VSamples [1 1 1 1]
>>
/JPEG2000GrayACSImageDict <<
  /TileWidth 256
  /TileHeight 256
  /Quality 30
>>
/JPEG2000GrayImageDict <<
  /TileWidth 256
  /TileHeight 256
  /Quality 30
>>
/AntiAliasMonoImages false
/CropMonoImages true
/MonoImageMinResolution 1200
/MonoImageMinResolutionPolicy /OK
/DownsampleMonoImages true
/MonoImageDownsampleType /Bicubic
/MonoImageResolution 1200
/MonoImageDepth -1
/MonoImageDownsampleThreshold 1.50000
/EncodeMonoImages true
/MonoImageFilter /CCITTFaxEncode
/MonoImageDict <<
  /K -1
>>
/AllowPSXObjects false
/CheckCompliance [
  /None
]
/PDFX1aCheck false
/PDFX3Check false
/PDFXCompliantPDFOnly false
/PDFXNoTrimBoxError true
/PDFXTrimBoxToMediaBoxOffset [
  0.00000
  0.00000
  0.00000
  0.00000
]
/PDFXSetBleedBoxToMediaBox true
/PDFXBleedBoxToTrimBoxOffset [
```

```
    0.00000
    0.00000
    0.00000
    0.00000
  ]
  /PDFXOutputIntentProfile ()
  /PDFXOutputConditionIdentifier ()
  /PDFXOutputCondition ()
  /PDFXRegistryName ()
  /PDFXTrapped /False

  /CreateJDFFile false
  /Description <<
   /ARA
<FEFF06270633062A062E062F0645002006470630064700200627064406250639062F0627
062F0627062A002006440625064606340627062100200648062B06270626064200200041000
64006F0062006500020005000440060020064506A0648062706410642062900200644064406
37062806270639029002006300627062A0020062F0631062C0627062A00200627064406270
80639002006300627062A0020062F0631062C0627062A00200627064406270062064800620F0629
0020062700270644063906270644064A0629061B0020006400A064506430640002004061A062A062D0
0200648062B06270626064200200050004400460020062706440645064604300064620306290002
0062806270633062A062E062F0627064500200041006300720060020620064800620061070400200064800
0410064006F0062006500020005200650050061006400650070020062506350627062706310020
0035002E0030002006480627064406250635062F0627061002006270062A0020006270644062302
62D062F062B002E0635062F06270631002000350020E0030002006480627064406250635062
2F0627061062706310627062A0020062706440623062D062F062B002E>
   /BGR
<FEFF0418043704300430043004300420043004390044204350020044204350437043800200200
43D0430044104420440043e0439043a0438002c00200437043000200034043000200441044a
0437043404300300043204340440204035002000041006400060f00620065020005000540004600200043
4043e043a0430430430043504430044420043800200020043c0430430044410438380020430043043b04
3d043e00200043f044004380433043e043043040435043e0438000200370043040000200320438044410
43e043a043e043a043004304300447043504410104044204320035002000020043200200020003a04430443a043e04
0437043000200043f044004350434043e00200044203d0430300043f043004300435004f0442002000440410
02000410060037200600f0062006100740002000438000200441060040006f0062006500020005200650
061006400650070020002003500200035002e00303000200435002004380044104030200441004d0430430438004f0438
0020003040320435044404041043804380438002e>
   /CHS
<FEFF4f7f75288fd94e9b8bbe5b9a521b5efa768400200041006400F006200065002000050004
40046002065878686396900275284e8e9ad88d2891cf76845370524d53705237300260a853ef4ee
54f7f752800200041006300720006f00620061006100740002054c0020000410064006F006200650020
0052006500610064006500700200200035002e0030002006480027006500000440006000602658768633002>
   /CHT
<FEFF4f7f752890194e9b8a2d7f6e5efa7acb768400200041006400F006200065002000050004
0046002065874ef69069752865bc9ad854c18cea76845370524d53705237865574063002060a
```

853ef4ee54f7f7528002000410063007200 6f006200610074002005 48c002000410064006f0062
00650020005200650061006400650072002002000035002e00 3000020 4ee553ca66f49ad87248672
c4f86958b555f5df25efa7acb768400200050004400460 02065874ef63002>
    /CZE
<FEFF005400610074006f0020006e0061007300740 06100760065006e00 ed00200070006f00
75017e0069006a00740065002000620020 0076007900740 07600e101590065006e00ed00200
064006f006b0075006d0065006e0074016 f0020004100640 06f0062006500200050004400460
02c0020006b00740065007200 e9002000730065002000e 0065006a006c00e9007000650020
0068006b00f006400ed 002007000720020006f00200760076 0061006c0069006100630c00e00ed00200074
0069007300 62002000610020007000720065007000 7200650073007300 2e0020002000560073
900740076006f015900650020 00e900200064006f006b0075006 0065006e007400790020005
0004400460020020075006200750066 0656e0020006d006f00f017e 006e00e9002000 6f007400650076 6015
900ed00740020007600200070007200 6f00670072006100 6006500630306 0680020004100630
072006f006200610074002000610 020004100640 06f006200650020005200650 06100640065 00
7200200035002e003 0002000610020006e006 f0076011b00 6a016100ed0 0063006800 2e>
    /DAN
<FEFF004200720075006700200069006e0064 0073007400690 06c006 0069006e00670065 00
072006e0065500200074006906000650 06c002000 6100740020 0f00700072 0065005007400 40065002 0
00410064006f006200 650020005 0004400460020 06d006f006b0 0750065006 0740065
0072002c0020 006400650072002 00200063 006500640073007300740 0200065007 00650072 002
00073006 90067004 0650020 00c020007000 7200650075006 007200650073007300 2d0075007500
6400730006b 00720069 006e0076 0069006e00650 067002000 10006600200068 f8006a002 00006b0
0760061006c 0069006900740065007400 40002e002000440 006500200 00f0000720065 00740007400 65
00640065 005002000500044046002 d0064006f0 06b0075006d0065006 e007400650070 2d007500
6b0061006e002000e50 0020065007 30020006900200061 0 0063007200 6f00620061007400
200065006c 006c0065 0075007200 2000410063 0072006f00620061 0074002000520 065006100640
065007200200 035002e00 300020006 f00670020 00e0790065007200 065002e>
    /DEU
<FEFF00560065007200 770065006e 0064 00650065002000 53006900650020 00640069006 500
073006500200 450069 00020006800 7300740074004 065006c 00750065 00670065006 e0020007a00 75
00640020004500720 0730 07406 5006c00c00 65006e 00200 76006f006 e002000410064006f006 20006500200
05000700072006500 7000720 065007300 73002000 d0 04400720075006 003006b0065 0020006 5007200 
07a0065006007 5006f00650 06002000 6d00690070 07400200 04100630 072006f006200 65007 002000
00740065006 c006c 00740065 0020005000 4400460 02d00440 06f006b0075006d0 06500650007 
40065002000 6b00f00 06e006e0065006e 0020002 000d0069 007400 2000410063 0072006f0062 0006
100740020 0075006006d00 6400200041006 4006f00 6200650 0200052006500 6100640065007200 
20002003 5002e00 30002000200 06f0064006 50072002 0020006800 0f60068006 5007 200 2000067 006500f600 
660066006e 00e0650070 074002 007700650 0720064 0065006e 002e>
    /ESP
<FEFF00550074 0069006c 0069006300 6500200065 0073007300740 06100200063006f00e 006600 
69006700750072 006100630069006 f3006e002000 70006100720061 0063 00720065 006500610
07200200064006f 06300d006 5006e00740 065006c00670065 007400200 05000440046002 0064006 50 
02000410064006f0062006500200 610064006500630007500 10064006f0 07300200069 006000610 
072006100200 069006d0 07000720065007300690069f300 6e0020 00700072006 5002d00650064 
006900740406f0072006900610 06c0020 0020640650020 0610 06c006f007400 6100200063006006 
c0069006400 610064002e00200020 00530 06500200070007500 6500640065006e 00200061006200

72006900720020006400f00630075006d0065006e0074006f007300200050004400460020006300720065006100640006f007300200063006f006e0020004100630072006f00620061007400 2c002000410064006f006200650020002000520065006100640065007200200035002e003000200079002000760065007200730069006f006e0065007300200070006f007300740065007200690 06f007200650073002e>
/ETI
<FEFF004b0061007300750074004100670065006500200065006900640020007300e40074 0740065006900640020006b0076006100690063006900740065006500740073006500200074007200fc006b006900650065006c006c0073006002000740007200690064006e006900640073006 50020006a0061006f0073006500200073006200690069006900400020006500200041006400f00620065002000500044004600200064006f006b0075006d0065006e0074004600910064006500 0006c006f006f006d006d00690065006e0073006b0073002c002000200041006200f00640007500640020005000440046002000760064006f006b0075006d0065006e0074004600200073006500011007400 60020006610076006b0064006100200007000720061006d0006900640006500 6700610020004100630072006f00620061007400200200006e0069006e00670020007200740030200640061006c00640006f00 6200650020005200650061006006500720020003500320030002000650074004000200076006500720073006900f006f006e00690064006500670061 02e000d000a>
/FRA
<FEFF005500740069006c006900730065007a002000630065007300200070007400690006f006e007300200064000e006e006600690069006400600650065007300200064006f00630075006d0065006e00740073002000410064006f0062006500200050004400460020007000750072002000750072006500650020007100750061006c006900f4006900200065006e006400f00700072006500720021006e002000750072006e006500720020006e006500 740073002000500044004600200064006f00630075006d0065006e00740073002000500050007600060065006e00740002000ea004007200650065002e002000410064006f006200650072006500 00200041006300720006f0062006200620074006f002000200069006e00730069006900200072007500700041006400f00620065002000500065006100640065007200200035002e0030002000650 07400200064006f006b0075006d0065006e007300200075006c007400e9007200690065006500750007200650073002e>
/GRE
<FEFF03a703c103b703c303b903bc03bf03c003bf03b903ae03c303c403b5002003b103c503c 403ad03c2002003c403b903c2002003c103c503b803c03af03c303b503b903c2002003b303b 903b1002003bd03b1002003b403b703bc03b903bf03c503c103b303ae03c303b503c403b500 2003ad03b303b303c103b103c603b10002004006200065002000500044004600200440046002000 3c003bf03c5002003b503af03bd03b103b9002003ba03b103c42019002003b503be03bf03c70 3ae03bd002003ba03b103c403ac03bb03bb03b703bb03b1002003b303b903b1002003c003c1 03bf002d03b503ba03c403c503c903c903b700610200002003b503c503bf03c103b303ae03c303b503c403b500 03af03b503c2002003c503c803b703bb03ae03c2002003c003bf03b903cc03c403b703c403b1 03c2002e002000a403b1002005000440046002003ad03b303b303c103b103c603b1002 003c003bf00200041006300720006f002000c002003c403bf00200410064006f00620006500610064006500720020002000350020e0030002003ba03b103b9002003bc03b 503c403b103b303b503bd03ad03c303c403b5c03b503c2002003b503ba03b403cc03c303 b503b903c2002e>
/HEB

<FEFF05D405E905EA05DE05E905D5002005D105D405D205D305E805D505EA002005D005DC05D4002005DB05D305D9002005DC05D905E605D505E8002005DE05E105DE05DB05D9002000410064006F006200650020005000440046002005D405DE05D505EA05D005DE05D905DD002005DC05D405305E405E105EA002005E705D305DD002D05305E405D505E10020005D005D905DB05D505EA05D905EA002E002005DE05E105DE05DB05D90020005005400460028002005E905D905D5002005E005D905EA05E005D905DD002005DC05E405EA05D905D705D4002005D105D005DE05E605E205D505EA0020004100630072006F006200650020005200610064006500720020003500200030002005D505D205E805E105D005D505EA002005DE05EA05E705D305DE05D505EA002005D905D505EA05E8002E05D005DE05D905DD002DC002D005000440046002F0058002D0033002C002005E205D905D905E005D5002005D105DE05D305E805D905DA002005DC05DE05E905EA05DE05E9002005E905DC0200041006300720062006F0062006200650020005E905D505D505EA05D905EA05D905DD002005DC05E405EA05D905D705D4002005D105D005DE05E605E205D505EA0020004100630072006F006200650020005200610064006500720020003500200030002005D505D205E805E105D005D505EA002005DE05EA05E705D305DE05D505EA002005D905D505EA05E8002E>

/HRV (Za stvaranje Adobe PDF dokumenata najpogodnijih za visokokvalitetni ispis prije tiskanja koristite ove postavke.  Stvoreni PDF dokumenti mogu se otvoriti Acrobat i Adobe Reader 5.0 i kasnijim verzijama.)
    /HUN

<FEFF004b0069007600e1006c00f30020006d0069006e0151007300e9006701710020006e0079006f006d00640061006900900020006e0151006b00e90073007300e9006700670075007400740010006f079006f006d00740061007400e100730068006f007a0020006c006500670069006e006b006b006e10020062006200200006d006500670060065006c0065006c0151002000410064006f006200650020005000440046002000500044004600200064006f006b0075006d0065006e00740075006d006f006b00740020006e0065007a00650062006b0065006c002000410064006f0062006f0061006c00200020006e007400690061006e006b0020006e00790073007300e900200041006f0062006f006100200020006e00790073007300e90020006f006b007400740069006e006b00200020006d006800650074006e00650071002000200410020006e0069007400720061006d00200041006f006200660069006c006500610061006500610061006d006f006c006f00200041006f0062006f006100200020006e0069007400720061006d0020006e00650062006c006500610061006500610061006d006f006c006f0020007400f3006c0020007300750069006500680061007400f3006c0020006d0d0065006f07002e>

/ITA

<FEFF005500740069006c0069007a007a006100720065002000710075006500730074006500200069006d0070006f007300740061007a0069006f006e00690020007000650072002000630072006500610072006500200064006f00630075006d0065006e0074006900200041006f0062006f0061006c00200050004400460020007000690090002000610064006100740020007400610020002000700075006d006500e006100200070007200650073007300740061006d00700061006100700069006f00200020006e006f007200700072006f006b006f006f00200064006900630075006d0065006e00740069002000410064006f0062006f006300200020004e0062006f006100200020006e0069007400720061006d006f006c006f002000410064006f006200660069006c006500610020004100640061006300200020006e0069007400720061006d006f006c006f002e>

/JPN

<FEFF9ad854c18cea306a30d730ea30d730ec30b951fa529b7528002000410064006f006200

650020005000440046002065876618306e4f5c6210306b4f7f75283057307e305930023053306
e8a2d5b9a30674f5c62103055308c305f002000500044004600202030d530a130a430eb306f300
10041006300720006f006200610070074002030304a3088307300200041006400066f006200650020005
200650061006400650072002000035002e003000204ee5964d3067958b304f30533068304c30
67304d307e305930023053306e8a2d5b9a306b306f30d530a930f330c8306e57cb30818fbc30
7f304c5fc59808306730593002>

/KOR <FEFFc7740020c124c815c
7440020c0acc6a9d558c5ec0020ace0d488c9c80020c2dcd5d80020c778c1c4c5d00020ac00c
7a50020c801d569d55c002000410064006f006200650020005000440046002000bb38c11cb97c
0020c791c131d569b2c8b2e4002e0020c774b807ac8c0020c791c131b41c002000500004004
60020bb38c11cb29400200041006300720006f0062006100740020bc0f002000410064006f006
200650020006500610064006500720020002000035002e00300020c774c0c1c5d0c11c0020c5f
40020c2180020c788c2b5b2c8b2e4002e>

/LTH
<FEFF004e006100750064006f006b0069007400650020016100690075006f00730020007000
6100720061006d00650074007200750073007200200020006e006f0072011700640061006d006900200
06b007500720074006f006900200041006400006f00620006500200050000440046002000640006f006b0
07500600d0065006e00740075000730020002000690069006b006900610069006900610061006900206969
006100750073007300690061006900610061006900610020007000069007400610690061006900200696
10075006b001610740004f00730200006b006f006b0079006f60117007300200007000610072006
5006e00670074004069006900061006d000200204100730020007000061007500730007000700061007206
5006e006700074004069006900061006d000200207300069006900610690061006900200696900
6d00075006900610e002002000205300730006b00750072004069002005000044004600200069406
06f006b0075006d0065006e006740004006100690069002000670061006c006c0690020006201600006940069
0020006100740069006900610061006100610061006100061006100740002000074007000700061000610072067
06900720020004100064006f006200650020005000440046002000200052006506006100646005007200200035002e003
00020006100700072000200760117006c00650073006e0117006d006900200730200076006500720020
7300690006a006f006d0069006900073002e>

/LVI
<FEFF0049007a006d0061006e0074006f006a006900065007400200161006f007300200069000
6500073007400400610074012b006a0075006d0075007300002c0020006c00610069069002007600650
0690064006f0074007500200041006400f006f00620065007500200005000440046006020006400f006b0
0075006d0065006e006740075007300002c00200006b00611007300020006900720020012b00700061000
0161006900020007000069006100650073020116100640006f007400f006f00640069002000690069002007600650069002007
1007300200006b00760061006900c006690740100074006500730020007300200020007000069006900720006d006b0073007
6900650073007300070069006900650016006100690065006901007300020000064007200750006b0061006900900e0
02000490079007a0076061006400200500006500009006500740020005000440046002000600004400460200069400640020040600f0
06b00075006d0065006e006740075007300002c0020006b0061007700069006d006100740020004006900060006100074007
0076011300720740200006100720020004100720006300072006006f006200610069007400200075006e002
0004100640006f006200650020005000440046002000200052006506006100646005007200200035002e0030002005202002000
6b01010020006100720201200200002074006f00620006a006100610061006900610061006900100061010100600d002
00760006507200730069006a01010006d002e>

/NLD (Gebruik deze instellingen om Adobe PDF-documenten te maken die zijn
geoptimaliseerd voor prepress-afdrukken van hoge kwaliteit. De gemaakte PDF-documenten
kunnen worden geopend met Acrobat en Adobe Reader 5.0 en hoger.)
/NOR

<FEFF00420072075006b0020006400690073007300650020006900e006e006730074004069000
06c006c0069006e006700670065006500200074006900c002000e50020006f007000070072
00650074040074400650020000410064006f006200650020005000440046002d006400f006b0075
006d0065006e0074406500720200200073006f006d00200206500720020006200650073007400002>

000650067006e0065007400200066006f00720020006600f8007200740072007900 6b006b007
3007500740073006b00720069006600740020006100760020006800f80079002000 6b007600
61006c0069007400650074004002e00200050004400460002d0064006f06b006f06b 0075006d0065006e0e0
0740065006e0065002000200006b0061006e0e002000e50070006e006006500730020 00690020004100063
0072006f0062006100740020000 65006c006c0065007200200004100640064006f062006500200052
006500610064006500720020000 35002e003000200065006l006c006500700200007300650063006
e006500720025002e>
    /POL
<FEFF00550073007400610 07700690065006e006900610020006 4006f002000740 077006f00
72007a0065006e006900610020006 4006f06b0075006d0065006e007400f300770020005000
44004600200070 0072007a0065007a006e006110063007a006f06f0e007900630068002000640
06f00200077007900640067 20075006b00f03007700200007700200077007900730060 06b006690
065006a0020006a0061006b0f015b0063006900e002002000440046 f06b0075006d0065
06e0074007900200050004400460020006d006f017c006e006 10020006f00740077006900650
0720061070 072000770 200070072006f06700720 061006d0069006900650072002000041006300 72
006f0062006100740020006 90020004104006f0620650200050 006520065006100640065 0072
0020003 5002e003000200069002 0006e006f00770073007a00 79006d002e>
    /PTB
<FEFF005500740069006c0069007a0065002000006 50073007300610073006100200063006f006e00
66000690067007500720 06
100e700f50065007300200064006400650020002000 66006f00720061000200061002000630072006
9006100720200020006 4006f00630075006d0065006e006 74006f0073002000410064006f062006
5002000050004400460200 20006d006100690007300200061006406500071007500610064006f00
73002000700061007200 200079002 d0069006e0c0070007200650075 0070073007300f50
065007300200064006500200061006c006 00740061010200 001007100750061006c006f069006f0440 0640064
0065002e00200004f00730020002 0006d00f006300300075006d0065006e0074006 f00730020005000 44
00460020007300720065006 1006e0064006 f00730020002000700 06f064f065006500200020007300650020020
02000061006200650072007 4006f007300200063006f06d0020006f00200000110063007200 6f06f
0620061007400200006500200006f00200041006 4006f06200650020002005200650061006400 650
0720020030002000035002e0030000020006 f207606500720073006f0f5006500730020007006f00730
0740065007200690069006f0720065007300 2e>
    /RUM
<FEFF00550074006900 6c0069007a006101063006900690020002000610063006300650073007300740065 00200
0073006500740010300720069002000700065006e0e0074007200750020002000610020006300720065
00610020006400f006300750065006d0065006e00740065002000410 0064006f062006500200050
00440046002000061006400650063006300760610 061006c00065002000e00740072007500200002
000740069006900700010300720069009007200650 0061006 00200070006f0720065007200065007 300730
2000640065002000630061006c0069007400610 06100740065002000700 07300750070006500720069 0
06f0061007201030020c00 200200044006f006200650020020020044006f06300750065006d00650 07200200
05000440046002000630720 06500610006007406500200700006f007400 200066060690020006
00650073 00730 063006300800690073006500200020006300750020004100630072 006f06200610074002
c0020004100640 06f062006500200065002000520065006100640065007200200035002e003000020 01
5f00690020070 06f0650072 007300690075 06e006900 6c006500200075006 c0074006500720 007
200069006f00610 07200650002e>
    /RUS
<FEFF04180441043f043e043b044c043704404304 39044204350020043404304 30043d043d044b04
350020 043d04300441044204400443e0439043a04 38002004340 43b044f0200044104 3e04370
4340430043d0438044f00200434043e043a0443043 c04350044204 3e043200200041004064
006f0062006500200050004400460020002c0020 0043c04304 30a04410438043c0430043b 044c04 43

d043e0020043f043e04340445043e0434044f044904380445002004340 43b044f00200432044
b0441043e043a043a043e04300447043504411044204320435043d043d043e0433043e002004
34043e043f04350447043002442043d043e0433043e002004432044b0432043c043404300200e0
02000200421043e043704340430043d043d044b0435350200050004400046002d0434043e043a
0443043c0435043d0442044b0020043d043c043d0436043d043e0020043e04442043a0440044b043
204300442042c0020004410020044f043e043c043e044c044e002000410100630072006f006
20061007400200438002000410640006f00620060500200052006500610064006500720200200
35002e0030000200438000200431043e043b043b043504350200043f043e04370434043d043804450
02004320435044004044104380439002e>

/SKY
<FEFF005400690065007400f002000e0061007300740061007600650 06e0069006100200
070006f0075017e0069007400650020006e00610020007600790074007600e100720061006e
006900650020004006f006b0075006d0065006e0074006f0076600200041064006f00620065
0020005000440046002c0020006b0074006f007200e9002007300610020006e0061006a006
c0065070016100690065005002000680006f00640060069006100200006e0061100200076006100
6c00690074006e00fa00200074006c0061010d002000610020007007200065007000720065
0730073002e00200005600790074007600f00720065006e00e9002000064006f006b0075006d0
065006e0074007900200500050004400400460020006200750064006500e0074006f0e006e00e9
0020006f00740076006f00f72006901650020007060200070007200f00670072061006d006f0
0630006800200041006300072006f006200061007400200610020004100640006f006200650020
052006500610064006500720020020035002e0030002000610020006e006f0076016100ed006 3
0068002e>

/SLV
<FEFF00540065002000e006100730074007400610070600690074006076500200075 0070006f0
0720061006200690074400650020007a00610020007500730074004f00610072061006e
006a00650050020004006f006b0075006d0065006e0074006f007600200041064006f00620065
0020005000440046002c0020006b006b0069900200073006f0061006e0061006e002e00740020060 9006
d00650072006e0065006a016100690020007a00610020006e006b006b006b0076007600 73007
4006e006f0f0020074006900730061006e006a006500650020007300200020007000720069007 000
72006100f006006e006100020074400690073006006d00022e0020020550073007400f006076 0
0610072006a0065006e006c0650065002000640006f006b0075006d0065006e00740065002000500044
00460020006a00650020006d006f0067006f01 0
d0065002000610040700072006500070400690007a002002004100630072006f00620061007
40200000069006e00200004100640006f0062006050002000520065006100640065007200200035 00
2e003000200006900e0020006e006e006f0076006500a01610069006d002e>

/SUO
<FEFF004b00e04007900740006400200006e00e40069007400e400200061007300650074007 50
06b007300690061002c002006b0075006e006002000600c0075006f00740020006c00e400680069
006e006e00e4002007007600610016100740064061006b1006006e0020007000700016100690069006e006
10040740075006b0073006500e002000076006100c006d0069900730074006500c007500740 0
7900f06006800f006006e00200020073006f0f07000690007600690061006002000041064006f00620065002
0005000440046002d002004006b006f06b0075006d0065006e07400740065006006a0061002e00
20004c0075006f06400075007500740002000500044004600460046006f0600b0075006d0065006e00
7400690074400200076006f0069900640061006e00e0020006100760076006100 740061002000410
06300720206f0062006100074004069006e00200006c006c06100020006100a006f02000041064006f00620050
02000052006500610006400650060720020000035002e0030003a006e006c006c006c006100020006a00610020
00750075007500640065006d006006d0069906c0061002e>

/SVE
<FEFF0041006e007600e4006e00640020006400650020006800e40072002000069006e00730

07400e4006c006c006e0069006e006700610072006e00610020006f006d0020006400750020
00760069006c006c00200073006b006b00610070007000610020004106400f0062006500200050004
40046002d0064006f006f006d0065006e007400200073006f006d0020002000e400720020006
c00e4006d0070006c006900670074006100200066006f00720020007000720065006500700072006500
730073002d0075007500740073006b00720069006600600740020006d0065006500640020006800f600670
020006b006760061006c0069006907400650074002e002000200053006b0061007700660100640065
0020005000440046002d0064006f006f0075006d0065006e00740020006b0061006e006e002000f6
00700070006e006100750073002000690002000410063007200f0062006100740020006f00630068
0020004106400f006200650065006d006200500020006560061006400650072002000350062e00300020006f
0063006800020007300650006e006100720065002e>
     /TUR
<FEFF005900fc006b00730065006b0020006b0061006c006900740065006c0069002000f60
06e002000790061007a006401310072006d00610002000062006100730006b01310730131006e0
06100020006560060e0020006900790069002000075007900610061002069006c0065006300650006b
00200041006400f00620065002000050004400460020006300200620006f006f0075015f007400750072006d00610106b0020006900e00700690006e0020006
20075002000069006107000720131002006b00075006c006c0061006e006e013100
6e002e00200020004006c0075015f007400750072007500752006c006106e00200050004004006460
2000620065006c006700c7006b006500650067007200690002000410063007200f00620061007400200
0760060500020004100640006f006200065005002000050026500610064006500720200200035002e003
00200076006500200073006f006e0072006100730131006e00640061006b0069002000730fc
007200f006d006c006500720006c006500200100e70131006c006100620069006c0069007
2002e>
     /UKR
<FEFF04120438043a043e04400438044104420438043204430441043043904204350020004460456
020043f0430044004300430043c04350442044004380020043c043b044f0020043204430432043e0
44004350430430043040044f0200434043043004430200442043204430250044044045604320020041064
06f00620065002000050004400460002c002004440f043a045600200420043043004390430044004430
0449044350020043f0456043430445043e04340044f0442044c00200434043b044f002043204380
0441043e043a043440f043a0456044450044043d043043e0002043f04350443004350430434034
04400044043043043043430430433043e002043404404004004304430043002e002002004210440
204320438043e04400435043d00045600200434043e043a0443043c04350430d044204380020005000
4400460020043043e0436043d0430044204204380044204380020004300e704310d00438
0200041006300720006f00620006100740020043003020004100640006f0062006500020005020
06500061006400650070072002000350020e0030000200043004310043e0020043f04560643704304d0456
0448043e04570020043043043544044041040456007502e>
     /ENU (Use these settings to create Adobe PDF documents best suited for high-quality
prepress printing.  Created PDF documents can be opened with Acrobat and Adobe Reader
5.0 and later.)
   >>
  /Namespace [
    (Adobe)
    (Common)
    (1.0)
  ]
  /OtherNamespaces [
    <<
      /AsReaderSpreads false
      /CropImagesToFrames true

```
/ErrorControl /WarnAndContinue
/FlattenerIgnoreSpreadOverrides false
/IncludeGuidesGrids false
/IncludeNonPrinting false
/IncludeSlug false
/Namespace [
  (Adobe)
  (InDesign)
  (4.0)
]
/OmitPlacedBitmaps false
/OmitPlacedEPS false
/OmitPlacedPDF false
/SimulateOverprint /Legacy
>>
<<
/AddBleedMarks false
/AddColorBars false
/AddCropMarks false
/AddPageInfo false
/AddRegMarks false
/ConvertColors /ConvertToCMYK
/DestinationProfileName ()
/DestinationProfileSelector /DocumentCMYK
/Downsample16BitImages true
/FlattenerPreset <<
  /PresetSelector /MediumResolution
>>
/FormElements false
/GenerateStructure false
/IncludeBookmarks false
/IncludeHyperlinks false
/IncludeInteractive false
/IncludeLayers false
/IncludeProfiles false
/MultimediaHandling /UseObjectSettings
/Namespace [
  (Adobe)
  (CreativeSuite)
  (2.0)
]
/PDFXOutputIntentProfileSelector /DocumentCMYK
/PreserveEditing true
/UntaggedCMYKHandling /LeaveUntagged
/UntaggedRGBHandling /UseDocumentProfile
/UseDocumentBleed false
>>
]
>> setdistillerparams
```

```
<<
  /HWResolution [2400 2400]
  /PageSize [612.000 792.000]
>> setpagedevice
```

# ALAVEN PHARMACEUTICAL



## Medication Guide

### METOCLOPRAMIDE TABLETS, USP

**Rx only**

Read the Medication Guide that comes with metoclopramide tablets, USP before you start taking them and each time you get a refill. There may be new information. If you take another product that contains metoclopramide (such as metoclopramide injection, metoclopramide orally disintegrating tablets, or metoclopramide oral syrup), you should read the Medication Guide that comes with that product. Some of the information may be different. This Medication Guide does not take the place of talking with your doctor about your medical condition or your treatment.

**What is the most important information I should know about metoclopramide tablets, USP?**

Metoclopramide tablets, USP can cause serious side effects, including:

**Abnormal muscle movements** called tardive dyskinesia (TD). These movements happen mostly in the face muscles. You can not control these movements. They may not go away even after stopping metoclopramide tablets, USP. There is no treatment for TD, but symptoms may lessen or go away over time after you stop taking metoclopramide tablets, USP.

Your chances for getting TD go up:

- the longer you take metoclopramide tablets, USP and the more metoclopramide tablets, USP you take. You should not take metoclopramide tablets, USP for more than 12 weeks.
- if you are older, especially if you are a woman
- if you have diabetes

It is not possible for your doctor to know if you will get TD if you take metoclopramide tablets, USP.

Call your doctor right away if you get movements you can not stop or control, such as:

- lip smacking, chewing, or puckering up your mouth
- frowning or scowling
- sticking out your tongue
- blinking and moving your eyes
- shaking of your arms and legs

See the section "What are the possible side effects of metoclopramide tablets, USP?" for more information about side effects.

---

## Medication Guide

### REGLAN (REG-lan) Tablets (metoclopramide tablets)

Read the Medication Guide that comes with REGLAN before you start taking it and each time you get a refill. There may be new information. If you take another product that contains metoclopramide (such as REGLAN injection, REGLAN ODT, or metoclopramide oral syrup), you should read the Medication Guide that comes with that product. Some of the information may be different. This Medication Guide does not take the place of talking with your doctor about your medical condition or your treatment.

**What is the most important information I should know about REGLAN?**

REGLAN can cause serious side effects, including:

**Abnormal muscle movements** called tardive dyskinesia (TD). These movements happen mostly in the face muscles. You can not control these movements. They may not go away even after stopping REGLAN. There is no treatment for TD, but symptoms may lessen or go away over time after you stop taking REGLAN.

Your chances for getting TD go up:

- the longer you take REGLAN and the more REGLAN you take. You should not take REGLAN for more than 12 weeks.
- if you are older, especially if you are a woman
- if you have diabetes

It is not possible for your doctor to know if you will get TD if you take REGLAN.

Call your doctor right away if you get movements you can not stop or control, such as:

- lip smacking, chewing, or puckering up your mouth
- frowning or scowling
- sticking out your tongue
- blinking and moving your eyes
- shaking of your arms and legs

See the section "What are the possible side effects of REGLAN?" for more information about side effects.

---

1. "REGLAN" is replaced with "metoclopramide tablets, USP" when product name is mentioned and with "metoclopramide" when chemical name is mentioned throughout proposed medication guide to comply with Teva format.

2. "Rx only" appears below product name in the proposed medication guide to comply with Teva format.

3. "ODT" is replaced with "orally disintegrating tablets" throughout proposed medication guide to comply with Teva format.

4. "What are the possible side effects of REGLAN?" is replaced with "What are the possible side effects of metoclopramide tablets, USP?" in proposed medication guide to comply with Teva format.

# ALAVEN PHARMACEUTICAL



**What are metoclopramide tablets, USP?**
Metoclopramide tablets, USP are a prescription medicine used:

- in adults for 4 to 12 weeks to relieve heartburn symptoms with gastroesophageal reflux disease (GERD) when certain other treatments do not work. Metoclopramide tablets, USP relieve daytime heartburn and heartburn after meals. They also help ulcers in the esophagus to heal.
- to relieve symptoms of slow stomach emptying in people with diabetes. Metoclopramide tablets, USP help treat symptoms such as nausea, vomiting, heartburn, feeling full long after a meal, and loss of appetite. Not all these symptoms get better at the same time.

It is not known if metoclopramide tablets, USP are safe and work in children.

**Who should not take metoclopramide tablets, USP?**
Do not take metoclopramide tablets, USP if you:

- have stomach or intestine problems that could get worse with metoclopramide tablets, USP, such as bleeding, blockage or a tear in the stomach or bowel wall
- have an adrenal gland tumor called a pheochromocytoma
- are allergic to metoclopramide tablets, USP or anything in them. See the end of this Medication Guide for a list of ingredients in metoclopramide tablets, USP
- take medicines that can cause uncontrolled movements, such as medicines for mental illness
- have seizures

**What should I tell my doctor before taking metoclopramide tablets, USP?**
Tell your doctor about all your medical conditions, including if you have:

- depression
- Parkinson's disease
- high blood pressure
- kidney problems. Your doctor may start with a lower dose.
- liver problems or heart failure. Metoclopramide tablets, USP may cause your body to hold fluids.
- diabetes. Your dose of insulin may need to be changed.
- breast cancer
- you are pregnant or plan to become pregnant. It is not known if metoclopramide tablets, USP will harm your unborn baby.
- you are breast-feeding. Metoclopramide can pass into breast milk and may harm your baby. Talk with your doctor about the best way to feed your baby if you take metoclopramide tablets, USP.

**What is REGLAN?**

REGLAN is a prescription medicine used:

- in adults for 4 to 12 weeks to relieve heartburn symptoms with gastroesophageal reflux disease (GERD) when certain other treatments do not work. REGLAN relieves daytime heartburn and heartburn after meals. It also helps ulcers in the esophagus to heal.
- to relieve symptoms of slow stomach emptying in people with diabetes. REGLAN helps treat symptoms such as nausea, vomiting, heartburn, feeling full long after a meal, and loss of appetite. Not all these symptoms get better at the same time.

It is not known if REGLAN is safe and works in children.

**Who should not take REGLAN?**

Do not take REGLAN if you:

- have stomach or intestine problems that could get worse with REGLAN, such as bleeding, blockage or a tear in the stomach or bowel wall
- have an adrenal gland tumor called a pheochromocytoma
- are allergic to REGLAN or anything in it. See the end of this Medication Guide for a list of ingredients in REGLAN
- take medicine that can cause uncontrolled movements, such as medicines for mental illness
- have seizures

**What should I tell my doctor before taking REGLAN?**

Tell your doctor about all your medical conditions, including if you have:

- depression
- Parkinson's disease
- high blood pressure
- kidney problems. Your doctor may start with a lower dose.
- liver problems or heart failure. REGLAN may cause your body to hold fluids.
- diabetes. Your dose of insulin may need to be changed.
- breast cancer
- you are pregnant or plan to become pregnant. It is not known if REGLAN will harm your unborn baby.
- you are breast-feeding. REGLAN can pass into breast milk and may harm your baby. Talk with your doctor about the best way to feed your baby if you take REGLAN.

# ALAVEN PHARMACEUTICAL

Tell your doctor about all the medicines you take, including prescription and non-prescription medicines, vitamins, and herbal supplements. Metoclopramide tablets, USP and some other medicines may interact with each other and may not work as well, or cause possible side effects. Do not start any new medicines while taking REGLAN until you talk with your doctor.

Especially tell your doctor if you take:
- another medicine that contains metoclopramide, such as REGLAN ODT, or metoclopramide oral syrup
- a blood pressure medicine
- a medicine for depression, especially an Monoamine Oxidase Inhibitor (MAOI)
- insulin
- a medicine that can make you sleepy, such as an anti-anxiety medicine, sleep medicines, and narcotics.

If you are not sure if your medicine is one listed above, ask your doctor or pharmacist.

Know the medicines you take. Keep a list of them and show it to your doctor and pharmacist when you get a new medicine.

How should I take REGLAN?
- REGLAN comes as a tablet you take by mouth.
- Take REGLAN exactly as your doctor tells you. Do not change your dose unless your doctor tells you.
- You should not take REGLAN for more than 12 weeks.
- If you take too much REGLAN, call your doctor or Poison Control Center right away.

What should I avoid while taking REGLAN?
- Do not drink alcohol while taking REGLAN. Alcohol may make some side effects of REGLAN worse, such as feeling sleepy.
- Do not drive, work with machines, or do dangerous tasks until you know how REGLAN affects you. REGLAN may cause sleepiness.

What are the possible side effects of REGLAN?

Reglan can cause serious side effects, including:
- **Abnormal muscle movements.** See "What is the most important information I need to know about REGLAN?"
- **Uncontrolled spasms of your face and neck muscles, or muscles of your body, arms, and legs (dystonia).** These muscle spasms can cause abnormal movements and body positions. These spasms usually start within the first 2 days of treatment. These spasms happen more often in children and adults under age 30.
- **Depression, thoughts about suicide, and suicide.** Some people who take REGLAN become depressed. You may have thoughts about hurting or killing yourself. Some people who take Reglan have ended their own lives (suicide).
- **Neuroleptic Malignant Syndrome (NMS).** NMS is a very rare but very serious condition that can happen with Reglan. NMS can cause death and must be treated in a hospital. Symptoms of NMS include: high fever, stiff muscles, problems thinking, very fast or uneven heartbeat, and increased sweating.
- **Parkinsonism.** Symptoms include slight shaking, body stiffness, trouble moving or keeping your balance. If you already have Parkinson's disease, your symptoms may become worse while you are receiving REGLAN.



Tell your doctor about all the medicines you take, including prescription and non-prescription medicines, vitamins, and herbal supplements. Metoclopramide tablets, USP and some other medicines may interact with each other and may not work as well, or cause possible side effects. Do not start any new medicines while taking metoclopramide tablets, USP until you talk with your doctor.

Especially tell your doctor if you take:
- another medicine that contains metoclopramide, such as metoclopramide orally disintegrating tablets, or metoclopramide oral syrup
- a blood pressure medicine
- a medicine for depression, especially an Monoamine Oxidase Inhibitor (MAOI)
- insulin
- a medicine that can make you sleepy, such as an anti-anxiety medicine, sleep medicines, and narcotics.

If you are not sure if your medicine is one listed above, ask your doctor or pharmacist.

Know the medicines you take. Keep a list of them and show it to your doctor and pharmacist when you get a new medicine.

How should I take metoclopramide tablets, USP?
- Metoclopramide tablets, USP come as a tablet you take by mouth.
- Take metoclopramide tablets, USP exactly as your doctor tells you. Do not change your dose unless your doctor tells you.
- You should not take metoclopramide tablets, USP for more than 12 weeks.
- If you take too many metoclopramide tablets, USP call your doctor or Poison Control Center right away.

What should I avoid while taking metoclopramide tablets, USP?
- Do not drink alcohol while taking metoclopramide tablets, USP. Alcohol may make some side effects of metoclopramide tablets, USP worse, such as feeling sleepy.
- Do not drive, work with machines, or do dangerous tasks until you know how metoclopramide tablets, USP affect you. Metoclopramide tablets, USP may cause sleepiness.

What are the possible side effects of metoclopramide tablets, USP?
Metoclopramide tablets, USP can cause serious side effects, including:
- **Abnormal muscle movements.** See "What is the most important information I need to know about metoclopramide tablets, USP?"
- **Uncontrolled spasms of your face and neck muscles, or muscles of your body, arms, and legs (dystonia).** These muscle spasms can cause abnormal movements and body positions. These spasms usually start within the first 2 days of treatment. These spasms happen more often in children and adults under age 30.
- **Depression, thoughts about suicide, and suicide.** Some people who take metoclopramide tablets, USP become depressed. You may have thoughts about hurting or killing yourself. Some people who take metoclopramide tablets, USP have ended their own lives (suicide).
- **Neuroleptic Malignant Syndrome (NMS).** NMS is a very rare but very serious condition that can happen with metoclopramide tablets, USP. NMS can cause death and must be treated in a hospital. Symptoms of NMS include: high fever, stiff muscles, problems thinking, very fast or uneven heartbeat, and increased sweating.
- **Parkinsonism.** Symptoms include slight shaking, body stiffness, trouble moving or keeping your balance. If you already have Parkinson's disease, your symptoms may become worse while you are receiving metoclopramide tablets, USP.

5

5.   "What is the most important information I need to about know REGLAN?" is replaced with "What is the most important information I need to know about metoclopramide tablets, USP?" in proposed medication guide to comply with Teva format.

# ALAVEN PHARMACEUTICAL

**Call your doctor and get medical help right away if you:**

* feel depressed or have thoughts about hurting or killing yourself
* have high fever, stiff muscles, problems thinking, very fast or uneven heartbeat, and increased sweating
* have muscle movements you cannot stop or control
* have muscle movements that are new or unusual

**Common side effects of Reglan include:**

* feeling restless, sleepy, tired, dizzy, or exhausted
* headache
* confusion
* trouble sleeping

You may have more side effects the longer you take REGLAN and the more REGLAN you take.

You may still have side effects after stopping REGLAN. You may have symptoms from stopping (withdrawal) REGLAN such as headaches, and feeling dizzy or nervous.

Tell your doctor about any side effects that bother you or do not go away. These are not all the possible side effects of REGLAN.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store REGLAN?**

* Keep REGLAN at room temperature between 68°F to 77°F (20°C to 25°C).
* Keep REGLAN in the bottle it comes in. Keep the bottle closed tightly.

**Keep REGLAN and all medicines out of the reach of children.**

**General Information about REGLAN**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use REGLAN for a condition for which it was not prescribed. Do not give REGLAN to other people, even if they have the same symptoms that you have. It may harm them.

This Medication Guide summarizes the most important information about REGLAN. If you would like more information, talk with your doctor. You can ask your doctor or pharmacist for information about REGLAN that is written for health professionals. For more information, go to www.alavenpharma.com or call 1-888-317-0001.

# ΤΕΛΑ

**Call your doctor and get medical help right away if you:**

* feel depressed or have thoughts about hurting or killing yourself
* have high fever, stiff muscles, problems thinking, very fast or uneven heartbeat, and increased sweating
* have muscle movements you cannot stop or control
* have muscle movements that are new or unusual

**Common side effects of metoclopramide tablets, USP include:**

* feeling restless, sleepy, tired, dizzy, or exhausted
* headache
* confusion
* trouble sleeping

You may have more side effects the longer you take metoclopramide tablets, USP and the more metoclopramide tablets, USP you take.

You may still have side effects after stopping metoclopramide tablets, USP. You may have symptoms from stopping (withdrawal) metoclopramide tablets, USP such as headaches, and feeling dizzy or nervous.

Tell your doctor about any side effects that bother you or do not go away. These are not all the possible side effects of metoclopramide tablets, USP.

Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088.

**How should I store metoclopramide tablets, USP?**

* Keep metoclopramide tablets, USP at room temperature between 68°F to 77°F (20°C to 25°C).
* Keep metoclopramide tablets, USP in the bottle they come in. Keep the bottle closed tightly.

**Keep metoclopramide tablets, USP and all medicines out of the reach of children.**

**General Information about metoclopramide tablets, USP**

Medicines are sometimes prescribed for purposes other than those listed in a Medication Guide. Do not use metoclopramide tablets, USP for a condition for which they were not prescribed. Do not give metoclopramide tablets, USP to other people, even if they have the same symptoms that you have. They may harm them.

This Medication Guide summarizes the most important information about metoclopramide tablets, USP. If you would like more information, talk with your doctor. You can ask your doctor or pharmacist for information about metoclopramide tablets, USP that is written for health professionals. For more information, call 1-888-838-2872, MEDICAL AFFAIRS.



6.   Company contact information is different.



# TEVA

What are the ingredients in metoclopramide tablets, USP?

Active ingredient: metoclopramide

Inactive ingredients: corn starch, dibasic calcium phosphate, magnesium stearate, microcrystalline cellulose and sodium starch glycolate.

This Medication Guide has been approved by the U.S. Food and Drug Administration.

TEVA PHARMACEUTICALS USA
Sellersville, PA 18960

Iss. 7/2009

# ALAVEN PHARMACEUTICAL

What are the ingredients in REGLAN?

Active ingredient: metoclopramide
Inactive ingredients:

REGLAN 10 mg tablets: magnesium stearate, mannitol, microcrystalline cellulose, stearic acid

REGLAN 5 mg tablets: corn starch, D&C yellow 10 aluminum lake, FD&C blue 1 aluminum lake, lactose, microcrystalline cellulose, silicon dioxide, stearic acid

Manufactured for

Alaven Pharmaceutical LLC, Marietta, GA 30062

Revised June 2009

This Medication Guide has been approved by the U.S. Food and Drug Administration.

7. Inactive ingredients are not identical.
8. Referenced product's manufacturer/distributor and proposed product's manufacturer/distributor are different.
9. Issue date phrasing based on Teva format.

Deleted: 1⁋

# METOCLOPRAMIDE TABLETS, USP
## 2204
## 2203
## Rx only

---

**WARNING: TARDIVE DYSKINESIA**

**Treatment with metoclopramide can cause tardive dyskinesia, a serious movement disorder that is often irreversible. The risk of developing tardive dyskinesia increases with duration of treatment and total cumulative dose.**

**Metoclopramide therapy should be discontinued in patients who develop signs or symptoms of tardive dyskinesia. There is no known treatment for tardive dyskinesia. In some patients, symptoms may lessen or resolve after metoclopramide treatment is stopped.**

**Treatment with metoclopramide for longer than 12 weeks should be avoided in all but rare cases where therapeutic benefit is thought to outweigh the risk of developing tardive dyskinesia.**

**See WARNINGS.**

---

## DESCRIPTION

Metoclopramide hydrochloride is a white or practically white, crystalline, odorless or practically odorless powder. It is very soluble in water, freely soluble in alcohol, sparingly soluble in chloroform and practically insoluble in ether. Chemically, it is 4-amino-5-chloro-*N*-[2-(diethylamino)ethyl]-2-methoxy benzamide monohydrochloride monohydrate. Its structural formula is as follows:



$C_{14}H_{22}ClN_3O_2 \cdot HCl \cdot H_2O$        M.W. 354.3

Each tablet for oral administration contains 5 mg or 10 mg metoclopramide (present as the hydrochloride).

## Inactive Ingredients

Deleted: ¶
¶
METOCLOPRAMIDE TABLETS USP¶
¶
¶                  . ¶
¶
2204¶
2203¶
¶
Rx only¶

Deleted:

Deleted:

Deleted:

Deleted: ¶

Deleted: ∨

Deleted: ∨

Deleted:

Deleted:

Deleted: ¶

Corn starch, dibasic calcium phosphate, magnesium stearate, microcrystalline cellulose and sodium starch glycolate.

## CLINICAL PHARMACOLOGY

Metoclopramide stimulates motility of the upper gastrointestinal tract without stimulating gastric, biliary, or pancreatic secretions. Its mode of action is unclear. It seems to sensitize tissues to the action of acetylcholine. The effect of metoclopramide on motility is not dependent on intact vagal innervation, but it can be abolished by anticholinergic drugs.

Metoclopramide increases the tone and amplitude of gastric (especially antral) contractions, relaxes the pyloric sphincter and the duodenal bulb, and increases peristalsis of the duodenum and jejunum resulting in accelerated gastric emptying and intestinal transit. It increases the resting tone of the lower esophageal sphincter. It has little, if any, effect on the motility of the colon or gallbladder.

In patients with gastroesophageal reflux and low LESP (lower esophageal sphincter pressure), single oral doses of metoclopramide produce dose-related increases in LESP. Effects begin at about 5 mg and increase through 20 mg (the largest dose tested). The increase in LESP from a 5 mg dose lasts about 45 minutes and that of 20 mg lasts between 2 and 3 hours. Increased rate of stomach emptying has been observed with single oral doses of 10 mg.

The antiemetic properties of metoclopramide appear to be a result of its antagonism of central and peripheral dopamine receptors. Dopamine produces nausea and vomiting by stimulation of the medullary chemoreceptor trigger zone (CTZ), and metoclopramide blocks stimulation of the CTZ by agents like l-dopa or apomorphine which are known to increase dopamine levels or to possess dopamine-like effects. Metoclopramide also abolishes the slowing of gastric emptying caused by apomorphine.

Like the phenothiazines and related drugs, which are also dopamine antagonists, metoclopramide produces sedation and may produce extrapyramidal reactions, although these are comparatively rare (see **WARNINGS**). Metoclopramide inhibits the central and peripheral effects of apomorphine, induces release of prolactin and causes a transient increase in circulating aldosterone levels, which may be associated with transient fluid retention.

The onset of pharmacological action of metoclopramide is 1 to 3 minutes following an intravenous dose, 10 to 15 minutes following intramuscular administration, and 30 to 60 minutes following an oral dose; pharmacological effects persist for 1 to 2 hours.

### Pharmacokinetics

Metoclopramide is rapidly and well absorbed. Relative to an intravenous dose of 20 mg, the absolute oral bioavailability of metoclopramide is 80% ± 15.5% as demonstrated in a crossover study of 18 subjects. Peak plasma concentrations occur at about 1 to 2 hr after a single oral dose. Similar time to peak is observed after individual doses at steady state.

In a single dose study of 12 subjects, the area under the drug concentration-time curve increases linearly with doses from 20 to 100 mg. Peak concentrations increase linearly with dose; time to peak concentrations remains the same; whole body clearance is unchanged; and the elimination rate remains the same. The average elimination half-life in individuals with normal renal function is 5 to 6 hr. Linear kinetic processes adequately describe the absorption and elimination of metoclopramide.

Approximately 85% of the radioactivity of an orally administered dose appears in the urine within 72 hr. Of the 85% eliminated in the urine, about half is present as free or conjugated metoclopramide.

The drug is not extensively bound to plasma proteins (about 30%). The whole body volume of distribution is high (about 3.5 L/kg) which suggests extensive distribution of drug to the tissues.

Renal impairment affects the clearance of metoclopramide. In a study with patients with varying degrees of renal impairment, a reduction in creatinine clearance was correlated with a reduction in plasma clearance, renal clearance, non-renal clearance, and increase in elimination half-life. The kinetics of metoclopramide in the presence of renal impairment remained linear however. The reduction in clearance as a result of renal impairment suggests that adjustment downward of maintenance dosage should be done to avoid drug accumulation.

**Adult Pharmacokinetic Data**

| Parameter | Value |
|-----------|-------|
| Vd (L/kg) | ~ 3.5 |
| Plasma Protein Binding | ~ 30% |
| $t_{1/2}$ (hr) | 5 to 6 |
| Oral Bioavailability | 80% ± 15.5% |

In pediatric patients, the pharmacodynamics of metoclopramide following oral and intravenous administration are highly variable and a concentration-effect relationship has not been established.

There are insufficient reliable data to conclude whether the pharmacokinetics of metoclopramide in adults and the pediatric population are similar. Although there are insufficient data to support the efficacy of metoclopramide in pediatric patients with symptomatic gastroesophageal reflux (GER) or cancer chemotherapy-related nausea and vomiting, its pharmacokinetics have been studied in these patient populations.

In an open-label study, six pediatric patients (age range, 3.5 weeks to 5.4 months) with GER received metoclopramide 0.15 mg/kg oral solution every 6 hours for 10 doses. The mean peak plasma concentration of metoclopramide after the tenth dose was 2 fold (56.8 mcg/L) higher compared to that observed after the first dose (29 mcg/L) indicating drug accumulation with repeated dosing. After the tenth dose, the mean time to reach peak concentrations (2.2 hr), half-life (4.1 hr), clearance (0.67 L/h/kg), and volume of distribution (4.4 L/kg) of metoclopramide were similar to those observed after the first dose. In the youngest patient (age, 3.5 weeks), metoclopramide half-life after the first and the tenth dose (23.1 and 10.3 hr, respectively) was significantly longer compared to other infants due to reduced clearance. This may be attributed to immature hepatic and renal systems at birth.

Single intravenous doses of metoclopramide 0.22 to 0.46 mg/kg (mean, 0.35 mg/kg) were administered over 5 minutes to 9 pediatric patients receiving chemotherapy (mean age, 11.7 years; range, 7 to 14 yr) for prophylaxis of cytotoxic-induced vomiting. The metoclopramide plasma concentrations extrapolated to time zero ranged from 65 to 395 mcg/L (mean, 152 mcg/L). The mean elimination half-life, clearance, and volume of distribution of metoclopramide were 4.4 hr (range, 1.7 to 8.3 hr), 0.56 L/h/kg (range, 0.12 to 1.20 L/h/kg), and 3.0 L/kg (range, 1.0 to 4.8 L/kg), respectively.

In another study, nine pediatric cancer patients (age range, 1 to 9 yr) received 4 to 5 intravenous infusions (over 30 minutes) of metoclopramide at a dose of 2 mg/kg to control emesis. After the last dose, the peak serum concentrations of metoclopramide ranged from 1060 to 5680 mcg/L. The mean elimination half-life, clearance, and volume of distribution of metoclopramide were 4.5